# EXHIBIT E

Comp Life I

**List of
Policy
Provisions**

General Provisions
   Insuring Agreement
   Contract
   Application
   Owner
   Contingent Owner
   Change of Owner or Contingent Owner
   Collateral Assignment
   Beneficiary
   Change of Beneficiary
   Incontestability
   Suicide Exclusion
   Policy Proceeds
   Misstatement of Age or Sex
   Effective Date of Coverage
   Processing Date
   Policy Change
   Annual Report
   No Dividends
   Projections of Benefits/Values
   Calculations
   Termination

Premium Provisions
   Initial Premium
   Scheduled Premiums
   Unscheduled Premiums
   Grace Period
   Reinstatement

Insurance Coverage Provisions
   Death Benefit
   Change of Death Benefit Option
   Changes in Specified Amount

Nonforfeiture Provisions
   Cash Value
   Interest Rate
   Monthly Deduction
   Cost of Insurance
   Mortality Charge
   Continuation of Insurance
   Insufficient Cash Value
   Full Surrender
   Partial Surrender
   Surrender Requirements
   Surrender Value
   Policy Loan
   Loan Interest
   Repayment

380-2088


EXHIBIT
Derksen
40   12-7-18
Grossbier & Associates, Inc.

Sentry000177

Settlement Option Provisions
  Optional Settlement Plans
  · Provisions of Optional Settlement Plans

Optional Settlement Plan Tables

Table of Guaranteed Maximum Mortality Rates

**READ YOUR POLICY CAREFULLY**
**IT IS A LEGAL CONTRACT BETWEEN YOU AND US**

Sentry000178

# GENERAL PROVISIONS

**Insuring Agreement** — We will pay the *beneficiary* the death benefit subject to the terms of this policy when we receive due proof that the *insured* died prior to the *maturity date* and while this policy was *in effect.*

We will pay you the cash value if the *insured* is living on the *maturity date* and this policy is still *in effect.*

**Contract** — We have issued this policy in consideration of the required initial premium payment and the application. The policy with all its pages and cover, the attached copies of the application and any supplemental applications, and any attached endorsements or riders form the entire contract.

No agent, nor anyone other than one of our officers, has the power to change this contract or waive any of our rights or requirements.

**Application** — In issuing this policy, we have relied on statements in the application. All statements in the application and any supplemental applications are assumed to be true and complete to the best of the knowledge and belief of the person making them. No statement will be used by us to void the policy or deny a claim unless that statement is a material misrepresentation and is in the application or supplemental applications.

**Owner** — The owner is the *insured* unless otherwise specified in the application. You may exercise all policy rights and privileges while the *insured* is living without the consent of any revocable *beneficiary.*

**Contingent Owner** — If you are not the *insured* you may name a contingent owner. If you die before the *insured* the contingent owner named in the application will become the owner and will possess all the rights of an owner. If the contingent owner is dead, or if no contingent owner has been named at your death, your rights as owner will go to your estate.

**Change of Owner or Contingent Owner** — You may change the owner or contingent owner of this policy. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living when we record a change of owner for it to be effective. You do not have to be living when we record a change of contingent owner for it to be effective. We will not be responsible for any payment we make or other action we take before we record any change.

**Collateral Assignment** — You may assign this policy as collateral. We are not responsible for the validity or effect of any collateral assignment. The interest of any revocable *beneficiary* will be subject to the terms of the assignment. We will not be responsible for knowledge of any assignment until we record your written notice to us.

380-2029

11-82

Sentry000179

**Beneficiary** — The *beneficiary* of this policy is named in the application. If there is no named *beneficiary* when the *insured* dies we will pay the death benefit to you or your estate. If any *beneficiary* dies at the same time or within ten days of the *insured*, the death benefit will be paid as though that *beneficiary* died before the *insured*.

**Change of Beneficiary** — You may change the *beneficiary*. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living at the time we record the change for it to be effective. We will not be responsible for any payment we make or other action we take before we record the change.

**Incontestability** — Except for failure to pay premiums, we will not contest the validity of this policy after it has been *in effect* during the *insured's* lifetime for two years from the *policy date*. This will not apply to any Accidental Death Rider or Waiver Of Cost Of Insurance Rider.

Any increase of the *specified amount* after the *policy date* will be incontestable only after such increase has been in force during the *insured's* lifetime for two years following the effective date of such increase.

**Suicide Exclusion** — If the *insured* commits suicide within two years from the *policy date*, whether sane or insane, our liability will be limited to the premiums paid prior to the *insured's death*, less any *indebtedness*, and less any partial surrenders.

If the *insured* commits suicide, whether sane or insane, within two years from the effective date of any increase in *specified amount*, our liability with respect to such increase will be limited to the cost of insurance for such increase.

**Policy Proceeds** — Policy proceeds means the amount payable under this policy on the earliest of the following:

1) The *maturity date*;

2) full surrender of the policy; or

3) death of the *insured*.

On the *maturity date*, the policy proceeds will be the cash value less any *indebtedness*. If the policy is surrendered, the policy proceeds will be the surrender value (as described in the Surrender Value provision). At the *insured's* death, the policy proceeds will be the death benefit (as described in the Death Benefit Provision).

**Misstatement of Age or Sex** — If the *insured's age* or sex has been misstated, the policy proceeds will be adjusted by the difference between the monthly deductions actually deducted and the monthly deductions which would have been deducted at the correct *age* or sex. The adjustment will be accummulated at the interest rates that were credited to the cash value.

**Effective Date of Coverage** — The effective date of coverage under this policy is as follows:

1)  The *policy date* is the effective date for all coverage provided as a result of the original application.

2)  The effective date for any increase or addition to coverage will be the *monthly policy day* on or next following the date we approve your application for the increase or addition. This date will be shown on the Policy Specifications Page.

**Processing Date** — The processing date shown on the Policy Specifications Page is the date of the most recent policy change (as described in the following provision).

**Policy Change** — If any change in the policy is made we will issue a new Policy Specifications Page. The new page will include the change and replace the existing page. In the event that more than one Policy Specifications Page exists, the page bearing the latest processing date will supersede all previous pages.

**Annual Report** — At least once a year, we will send you a report which shows the current cash value, surrender value, premiums paid and charges deducted since the last report, and loan activity and status.

**No Dividends** — This is a nonparticipating policy. It does not pay dividends, and will not share in our profits or surplus.

**Projections of Benefits/Values** — You may request a projection of illustrative future death benefits and cash values at any time. Your request to us must be in writing. We may charge a service fee for this projection. The illustration will be based on:

1)  Assumptions as to the *specified amount* and future premium payment, as you may specify; and

2)  other assumptions as are necessary and agreed upon by you and us.

**Calculations** — Minimum cash values are based on the 1958 Commissioner's Standard Ordinary Mortality Table, Age Last Birthday, with interest at an effective annual rate of 4½%. A detailed statement of the method of calculating cash values under this policy has been filed with the Insurance Department of the State in which this policy is delivered. Cash values under this policy are not less than the minimum required on the *policy date* by the state in which this policy is delivered.

380-2090 (RPT. 1)                                                                                              2-84

Sentry000181

**Termination** — All coverage under this policy will terminate when any one of the following events occurs:

1) You request a full surrender of the policy.

2) The *insured dies.*

3) The policy grace period ends.

4) The policy reaches the *maturity date.*

5) *Indebtedness* equals or exceeds the cash value.

## Premium Provisions

**Initial Premium** — The initial premium is due on the *policy date* and is payable to us in advance. The initial premium is shown on the Policy Specifications Page.

**Scheduled Premiums** — Scheduled premium payments may be made annually, semiannually, quarterly or by automatic bank check. Other modes of payment will be accepted subject to our requirements. The scheduled premium payments are subject to the following minimum amounts:

| Mode of Payment | Scheduled Premium Minimum Amount |
|---|---|
| Annual | $200 |
| Semi-Annual | 125 |
| Quarterly | 75 |
| Automatic Bank Check | 30 |

You may change the frequency and amount of scheduled premiums by sending us a written notice. We reserve the right to limit the amount of any increase of the scheduled premium.

Any premium payment which exceeds the scheduled premium shown on the Policy Specifications Page will be considered an unscheduled premium subject to the following provision.

**Unscheduled Premiums** — You may make unscheduled premium payments of at least $50 at any time prior to the *maturity date.* We reserve the right to limit the frequency and amount of unscheduled premium payments.

**Grace Period** — If the cash value, less any *indebtedness,* is not sufficient to cover the monthly deduction when due a grace period of 61 days will be allowed for the payment of a premium sufficient to cover the monthly deduction. We will mail notice of such premium due to the last known address we have recorded for you at least 30 days prior to the end of the grace period. The policy will continue to be *in effect* during this grace period. If the *insured* dies during the grace period, we will deduct any monthly deductions that are due from the policy proceeds.

If the required premium is still unpaid at the end of the grace period the premium is in default and all coverage will terminate without value.

**Reinstatement** — After a premium default, you may request that the policy be put back *in effect*. We will reinstate the policy on the following conditions:

1) Your request is in writing and within five years from the date of premium default;
2) you provide proof satisfactory to us that the *insured* is still insurable;
3) you pay a minimum premium sufficient to keep the policy in force for two *policy months;* and
4) you repay or agree to continue any *indebtedness* against this policy.

The effective date of a reinstated policy will be the *monthly policy day* on or next following the date we approve your application for reinstatement.

## INSURANCE COVERAGE PROVISIONS

**Death Benefit** — Subject to the terms of this policy, the death benefit will be as follows:

Option A — If Death Benefit Option A is shown on the Policy Specifications Page, the *specified amount* includes the cash value. The benefit will equal the greater of 1) or 2), where:

1) is the *specified amount* on the date of death and;
2) is an amount calculated as (1) multiplied by (2), where:

    (1) is the cash value on the date of death; and
    (2) is the applicable percentage shown in the Table of Death Benefit Percentages and is based on the *insured's age* on the date of death.

Option B — If Death Benefit Option B is shown on the Policy Specifications Page, the *specified amount* is in addition to the cash value. The death benefit will equal the greater of 1) or 2), where:

1) is the *specified amount* plus the cash value on the date of death; and
2) is an amount calculated as (1) multiplied by (2), where:

    (1) is the cash value on the date of death; and
    (2) is the applicable percentage shown in the Table of *Death Benefit Percentages* and is based on the *insured's age* on the date of death.

The death benefit will be reduced by the amount of any *indebtedness* against this policy on the date of death.

**Change of Death Benefit Option** — You may change the Death Benefit Option shown on the Policy Specifications Page upon our acceptance of your written request. Such a change may result in a new *specified amount* and may be subject to evidence of insurability before the change will be made.

380-2091 (RPT. 3)

12-84

Sentry000183

**Changes in Specified Amount** — The *specified amount* may be increased or decreased upon your written request subject to the following conditions:

1) The *specified amount* may be changed only one time in any policy year.

2) The *specified amount* may not be less than the minimum shown below for the age corresponding to the *insured's* attained *age* on the date of the change;

| Insured's Age On Date of Change | Minimum Specified Amount |
|---|---|
| 0-44 | $50,000 |
| 45 + | $30,000 |

3) Decreases In Specified Amount — Any decrease will take effect on the *monthly policy day* on or next following the date we receive your written request for the decrease. A decrease will be deducted proportionately from the initial specified amount and each additional specified amount shown on the Policy Specifications Page.

4) Increases In Specified Amount — Any request for an increase must be applied for on a supplemental application. You must also provide us with satisfactory evidence of insurability. When we approve the increase, it will take effect on the next *monthly policy day* following our approval. The effective date of the increased amount will be shown on the Policy Specifications Page. Approval of your request for an increase will also be subject to our deducting from the cash value of this policy the first *policy month's* monthly deduction for the increase.

If the increase in *specified amount* results in a change to the Mortality Class Factors for this policy, the new Factors will be shown on the Policy Specifications Page. Refer to the Cost of Insurance Provisions for details on how the Factors are determined and applied.

## NONFORFEITURE PROVISIONS

**Cash Value** — On the *policy date* the cash value will be 92.5% of the initial premium payment. (The 7.5% deduction is an expense charge.)

On each *monthly policy day* the cash value will be calculated as (1) minus (2), plus (3), plus (4), minus (5), where:

(1)   is the cash value on the previous *monthly policy day.*

(2)   is the monthly deduction for the previous *policy month.*

(3)   is one *policy month's* interest on the difference between (1) and (2).

(4)   is 92.5% of all premiums received for the policy since the previous *monthly policy day*, plus interest from the date we received your premium payment. (The 7.5% deduction is an expense charge.)

(5)   is the amount of any partial surrender made on the *monthly policy day.*

On any day between *monthly policy days* the cash value will be calculated as (1) minus (2), plus (3), plus (4), where:

(1)   is the cash value on the preceeding *monthly policy day.*

(2)   is the monthly deduction for that *policy month.*

(3)   is interest on the difference between (1) and (2) for the number of days since the preceeding *monthly policy day.*

(4)   is 92.5% of all premiums received since the preceeding *monthly policy day*, plus interest from the date we received your premium payment. (The 7.5% deduction is an expense charge.)

**Interest Rate** — The guaranteed interest rate applied in the calculation of cash values is applied on a daily basis at a daily rate which is equivalent to an effective annual rate of 4½%.

We may apply interest in addition to the guaranteed rate in calculating cash values at such increased rates and in such manner as we may determine. We will not credit additional interest on that part of the cash value which equals any *indebtedness* against this policy.

380-2092

Sentry000185

**Monthly Deduction** — The monthly deduction for a *policy month* will be calculated as (1) plus (2), where:

(1) is the cost of insurance (as described below) and the cost of insurance for additional benefits provided by rider for the *policy month*.

(2) is the following policy charges:

— $42.00 plus $.09 per $1,000 of the *insured's* initial specified amount. This charge applies only to the first 12 *policy months*.

— $1.00 per $1,000 of any increase in the *insured's specified amount*. This charge applies only to the first *policy month* following the effective date of the increase in *specified amount*.

**Cost of Insurance** — The cost of insurance for the policy is determined on a *policy month* basis. Such cost is calculated as (1) multiplied by the result of (2) minus (3), where:

(1) is the mortality charge (as described below).

(2) is the death benefit at the beginning of the *policy month* divided by 1.0036748.

(3) is the cash value at the beginning of the *policy month*, less the policy charges (as described in the Monthly Deduction Provision) for that *policy month*.

The cost of insurance for any rider is calculated as shown in the Cost of Insurance Provisions of the rider.

**Mortality Charge** — The monthly mortality charge is based on our current Mortality Rates and the Mortality Class Factors for your policy. (These two parts to the mortality charge are described below.) A detailed statement of the formulas used to calculate the monthly mortality charge has been filed with the Insurance Department of the State where this policy is delivered.

1) Mortality Rates — The current mortality rates for the policy are based on the *insured's* attained age, sex, and mortality class. We will determine the current mortality rates based on our expectations as to future mortality experience. Any change in mortality rates will apply to all *insureds* of the same mortality class. In no case will mortality rates for an *insured* in a standard mortality class ever be greater than those shown in the Table of Guaranteed Maximum Mortality Rates in this policy. Such guaranteed rates are based on the 1958 Commissioner's Standard Ordinary Mortality Table, Age Last Birthday.

2)  Mortality Class Factors — The mortality class(es) shown on the Policy Specifications Page are the result of our underwriting your insurability. The Factors shown with each mortality class are used to determine the mortality charge. These Factors may change if you increase the *specified amount* due to the *insured's* insurability at the time of the increase.

**Continuation of Insurance** — If you stop paying premiums this policy will remain *in effect* until the cash value less any *indebtedness* is insufficient to cover the monthly deduction, as provided in the Grace Period Provision.

This provision will not continue the policy beyond the *maturity date* or continue any rider beyond its termination date as provided in the rider.

**Insufficient Cash Value** — This policy will terminate, as provided in the Grace Period Provision, if the cash value less any *indebtedness* is:

1)  Insufficient to cover a monthly deduction when due; and

2)  no premium sufficient to cover the monthly deduction is received by us before the end of the grace period.

**Full Surrender** — You may surrender this policy for its surrender value upon written request to us, subject to the terms of this and the Surrender Requirements Provision. If you make a full surrender the policy will terminate.

**Partial Surrender** — You may request a partial surrender of this policy upon written request to us, subject to the terms of this and the Surrender Requirements Provision.

An administrative fee of $25 will be deducted from each partial surrender. We reserve the right to limit the number of partial surrenders made in a policy year.

The cash value and death benefit will be reduced by the amount of any partial surrender. If the policy is on Death Benefit Option A, the *specified amount* will also decrease by the amount of any partial surrender. The *specified amount* remaining after a partial surrender must be at least $10,000.



380-2093

**Surrender Requirements** — Your request for a partial or full surrender of this policy is subject to the following requirements:

1) It must be effective on a *monthly policy day;*

2) it must be made during the *insured's* lifetime;

3) it must be made before the *maturity date;* and

4) it must be made while the policy is *in effect.*

We reserve the right to defer payment of the amount of any partial or full surrender for up to six months from the date we receive your request for a surrender.

**Surrender Value** — The surrender value will equal the cash value on the date of surrender less any *indebtedness* against this policy.

**Policy Loan** — You may borrow any existing surrender value under this policy at any time while the policy is *in effect.* Your request for a policy loan must be in writing. The loan will be made on the sole security of this policy and proper assignment of the policy to us.

We reserve the right to defer making a policy loan for up to six months from the date we receive your written request for the loan.

**Loan Interest** — We charge 8% interest per year on all policy loans. Interest will be due at the end of each policy year. Unpaid interest will be added to the existing *indebtedness* and be charged interest at the same rate.

**Repayment** — *Indebtedness* may be repaid in part or in full at any time while this policy is *in effect.* If not repaid, it will be deducted from the policy proceeds.

If the *indebtedness* equals or exceeds the cash value the policy will terminate. We will mail notice to you and any collateral assignee in our records at the last known address we have for you and the assignee at least 30 days prior to termination.

## OPTIONAL SETTLEMENT PROVISIONS

**Optional Settlement Plans** — Any policy proceeds payable under this policy will be paid in one sum unless one of the following plans is chosen. While the *insured* is living, you may request one of the plans. If no plan has been requested at the *insured's* death, the *beneficiary* may request a plan. The request requires satisfactory written notice to us. After we record it, the request is effective from the date the notice was signed. We will not be responsible for any payment we make or other action we take before we record your request.

Plan 1:   Proceeds Held At Interest — We will hold the policy proceeds and make payments at the times and in the amount agreed upon as long as any policy proceeds remain. We will credit the policy proceeds we hold with interest of at least 3½% per year.

When the *payee* dies, any remaining policy proceeds will be paid to his or her estate unless otherwise specified.

Plan 2:   Lifetime Payments With A Guarantee — We will make monthly payments for as long as the *payee* lives. A guaranteed number of payments may be chosen. If the *payee* dies before the guaranteed number of payments has been made, we will continue payments until the guaranteed number has been made.

Guaranteed amounts of monthly payments for each plan are shown in the Optional Settlement Plan Tables. The minimum amount we will hold under any settlement plan is $5,000. The minimum payment is $50. We will consider special requests.

**Provisions of Optional Settlement Plans** — Proof of *age* and continued survival will be required from the *payee*.

The policy proceeds under one of the settlement plans may not be assigned or transferred.

The policy proceeds we hold, as well as any payments we make, are protected from the claims of any *payee's* creditors to the extent permitted by law.

SPECIMEN

380-2094

4-82

Sentry000189

## Optional Settlement Plan Tables
### PLAN 1

Guaranteed amounts of level monthly payments per $1,000 of policy proceeds which use up the policy proceeds.

| No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.65 | 7 | $13.38 | 13 | $7.94 | 19 | $5.97 | 25 | $4.96 |
| 2 | 43.05 | 8 | 11.90 | 14 | 7.49 | 20 | 5.75 | 26 | 4.84 |
| 3 | 29.19 | 9 | 10.75 | 15 | 7.10 | 21 | 5.56 | 27 | 4.73 |
| 4 | 22.27 | 10 | 9.83 | 16 | 6.76 | 22 | 5.39 | 28 | 4.63 |
| 5 | 18.12 | 11 | 9.09 | 17 | 6.47 | 23 | 5.24 | 29 | 4.53 |
| 6 | 15.35 | 12 | 8.46 | 18 | 6.20 | 24 | 5.09 | 30 | 4.45 |

### PLAN 2

The Table is based on the *payee's* adjusted age. To find the adjusted age, subtract one year from the *payee's* actual *age* on the date of the first payment for each 15 years since the *policy date*. The Table shows the guaranteed amounts of level monthly payments per $1,000 of policy proceeds.

| Adjusted Age of Payee | MALE 10 Year Guar. | MALE 20 Year Guar. | FEMALE 10 Year Guar. | FEMALE 20 Year Guar. | Adjusted Age of Payee | MALE 10 Year Guar. | MALE 20 Year Guar. | FEMALE 10 Year Guar. | FEMALE 20 Year Guar. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | $3.46 | $3.45 | $3.35 | $3.34 | 50 | $4.68 | $4.47 | $4.30 | $4.21 |
| 26 | 3.49 | 3.47 | 3.37 | 3.36 | 51 | 4.76 | 4.53 | 4.37 | 4.27 |
| 27 | 3.51 | 3.50 | 3.39 | 3.38 | 52 | 4.85 | 4.59 | 4.45 | 4.33 |
| 28 | 3.54 | 3.52 | 3.41 | 3.40 | 53 | 4.94 | 4.65 | 4.52 | 4.39 |
| 29 | 3.57 | 3.55 | 3.43 | 3.42 | 54 | 5.03 | 4.71 | 4.61 | 4.45 |
| 30 | 3.60 | 3.58 | 3.46 | 3.45 | 55 | 5.13 | 4.78 | 4.69 | 4.52 |
| 31 | 3.63 | 3.61 | 3.48 | 3.47 | 56 | 5.24 | 4.84 | 4.78 | 4.59 |
| 32 | 3.67 | 3.64 | 3.51 | 3.50 | 57 | 5.34 | 4.91 | 4.87 | 4.66 |
| 33 | 3.70 | 3.68 | 3.54 | 3.52 | 58 | 5.46 | 4.97 | 4.97 | 4.73 |
| 34 | 3.74 | 3.71 | 3.57 | 3.55 | 59 | 5.58 | 5.04 | 5.08 | 4.80 |
| 35 | 3.78 | 3.75 | 3.60 | 3.58 | 60 | 5.70 | 5.10 | 5.19 | 4.88 |
| 36 | 3.82 | 3.78 | 3.63 | 3.61 | 61 | 5.83 | 5.17 | 5.30 | 4.95 |
| 37 | 3.87 | 3.82 | 3.66 | 3.64 | 62 | 5.97 | 5.23 | 5.43 | 5.02 |
| 38 | 3.92 | 3.86 | 3.70 | 3.68 | 63 | 6.11 | 5.29 | 5.56 | 5.10 |
| 39 | 3.96 | 3.91 | 3.74 | 3.71 | 64 | 6.26 | 5.35 | 5.70 | 5.17 |
| 40 | 4.02 | 3.95 | 3.78 | 3.75 | 65 | 6.41 | 5.40 | 5.84 | 5.24 |
| 41 | 4.07 | 3.99 | 3.82 | 3.79 | 66 | 6.57 | 5.45 | 6.00 | 5.31 |
| 42 | 4.13 | 4.04 | 3.86 | 3.83 | 67 | 6.74 | 5.50 | 6.17 | 5.37 |
| 43 | 4.19 | 4.09 | 3.91 | 3.87 | 68 | 6.91 | 5.54 | 6.34 | 5.43 |
| 44 | 4.25 | 4.14 | 3.96 | 3.91 | 69 | 7.09 | 5.58 | 6.53 | 5.49 |
| 45 | 4.31 | 4.19 | 4.01 | 3.96 | 70 | 7.27 | 5.62 | 6.72 | 5.53 |
| 46 | 4.38 | 4.24 | 4.06 | 4.00 | 71 | 7.46 | 5.65 | 6.92 | 5.58 |
| 47 | 4.45 | 4.30 | 4.12 | 4.05 | 72 | 7.65 | 5.67 | 7.13 | 5.61 |
| 48 | 4.52 | 4.35 | 4.18 | 4.10 | 73 | 7.83 | 5.69 | 7.34 | 5.64 |
| 49 | 4.60 | 4.41 | 4.24 | 4.16 | 74 | 8.02 | 5.71 | 7.55 | 5.67 |

# TABLE OF GUARANTEED MAXIMUM MORTALITY RATES
## STANDARD MORTALITY CLASS
### MALE

| Attained Age | Monthly Rate Per $1,000 | Attained Age | Monthly Rate Per $1,000 | Attained Age | Monthly Rate Per $1,000 |
|---|---|---|---|---|---|
| 0 | $.36926 | 32 | $ .19045 | 64 | $ 2.53768 |
| 1 | .13669 | 33 | .19671 | 65 | 2.77608 |
| 2 | .12419 | 34 | .20462 | 66 | 3.03928 |
| 3 | .11918 | 35 | .21463 | 67 | 3.32978 |
| 4 | .11459 | 36 | .22671 | 68 | 3.64685 |
| 5 | .11043 | 37 | .24213 | 69 | 3.98676 |
| 6 | .10669 | 38 | .26088 | 70 | 4.34500 |
| 7 | .10376 | 39 | .28256 | 71 | 4.71692 |
| 8 | .10167 | 40 | .30716 | 72 | 5.09967 |
| 9 | .10084 | 41 | .33384 | 73 | 5.49760 |
| 10 | .10168 | 42 | .36260 | 74 | 5.92258 |
| 11 | .10376 | 43 | .39386 | 75 | 6.38757 |
| 12 | .10751 | 44 | .42806 | 76 | 6.90619 |
| 13 | .11293 | 45 | .46600 | 77 | 7.49028 |
| 14 | .11876 | 46 | .50810 | 78 | 8.14300 |
| 15 | .12502 | 47 | .55482 | 79 | 8.85700 |
| 16 | .13168 | 48 | .60653 | 80 | 9.62445 |
| 17 | .13793 | 49 | .66366 | 81 | 10.43681 |
| 18 | .14294 | 50 | .72664 | 82 | 11.28617 |
| 19 | .14710 | 51 | .79505 | 83 | 12.17113 |
| 20 | .15086 | 52 | .86931 | 84 | 13.09630 |
| 21 | .15377 | 53 | .95025 | 85 | 14.06747 |
| 22 | .15627 | 54 | 1.03830 | 86 | 15.09034 |
| 23 | .15836 | 55 | 1.13470 | 87 | 16.17587 |
| 24 | .16002 | 56 | 1.24073 | 88 | 17.34343 |
| 25 | .16211 | 57 | 1.35719 | 89 | 18.62108 |
| 26 | .16461 | 58 | 1.48455 | 90 | 20.04580 |
| 27 | .16752 | 59 | 1.62403 | 91 | 21.66244 |
| 28 | .17127 | 60 | 1.77650 | 92 | 23.52590 |
| 29 | .17544 | 61 | 1.94238 | 93 | 25.69963 |
| 30 | .18003 | 62 | 2.12333 | 94 | 28.33894 |
| 31 | .18503 | 63 | 2.32107 | | |

SPECIMEN

380-2095

6-82

Sentry000191

# TABLE OF GUARANTEED MAXIMUM MORTALITY RATES
## STANDARD MORTALITY CLASS
### FEMALE

| Attained Age | Monthly Rate Per $1,000 | Attained Age | Monthly Rate Per $1,000 | Attained Age | Monthly Rate Per $1,000 |
|---|---|---|---|---|---|
| 0 | $.32862 | 32 | $ .17544 | 64 | $ 1.94238 |
| 1 | .12836 | 33 | .18003 | 65 | 2.12333 |
| 2 | .11502 | 34 | .18503 | 66 | 2.32107 |
| 3 | .11001 | 35 | .19045 | 67 | 2.53768 |
| 4 | .10543 | 36 | .19671 | 68 | 2.77608 |
| 5 | .10126 | 37 | .20462 | 69 | 3.03928 |
| 6 | .09751 | 38 | .21463 | 70 | 3.32978 |
| 7 | .09459 | 39 | .22671 | 71 | 3.64685 |
| 8 | .09293 | 40 | .24213 | 72 | 3.98676 |
| 9 | .09250 | 41 | .26088 | 73 | 4.34500 |
| 10 | .09293 | 42 | .28256 | 74 | 4.71692 |
| 11 | .09418 | 43 | .30716 | 75 | 5.09967 |
| 12 | .09625 | 44 | .33384 | 76 | 5.49760 |
| 13 | .09918 | 45 | .36260 | 77 | 5.92258 |
| 14 | .10293 | 46 | .39386 | 78 | 6.38757 |
| 15 | .10751 | 47 | .42806 | 79 | 6.90619 |
| 16 | .11293 | 48 | .46600 | 80 | 7.49028 |
| 17 | .11876 | 49 | .50810 | 81 | 8.14300 |
| 18 | .12502 | 50 | .55482 | 82 | 8.85700 |
| 19 | .13168 | 51 | .60653 | 83 | 9.62445 |
| 20 | .13793 | 52 | .66366 | 84 | 10.43681 |
| 21 | .14294 | 53 | .72664 | 85 | 11.28617 |
| 22 | .14710 | 54 | .79505 | 86 | 12.17113 |
| 23 | .15086 | 55 | .86931 | 87 | 13.09630 |
| 24 | .15377 | 56 | .95025 | 88 | 14.06747 |
| 25 | .15627 | 57 | 1.03830 | 89 | 15.09034 |
| 26 | .15836 | 58 | 1.13470 | 90 | 16.17587 |
| 27 | .16002 | 59 | 1.24073 | 91 | 17.34343 |
| 28 | .16211 | 60 | 1.35719 | 92 | 18.62108 |
| 29 | .16461 | 61 | 1.48455 | 93 | 20.04580 |
| 30 | .16752 | 62 | 1.62403 | 94 | 21.66244 |
| 31 | .17127 | 63 | 1.77650 | | |

### Table of Death Benefit Percentages

| Age | % | Age | % | Age | % |
|---|---|---|---|---|---|
| 40 or less | 250 | 56 | 146 | 71 | 113 |
| 41 | 243 | 57 | 142 | 72 | 111 |
| 42 | 236 | 58 | 138 | 73 | 109 |
| 43 | 229 | 59 | 134 | 74 | 107 |
| 44 | 222 | 60 | 130 | 75 | 105 |
| 45 | 215 | | | | |
| | | 61 | 128 | 76-90 | 105 |
| 46 | 209 | 62 | 126 | | |
| 47 | 203 | 63 | 124 | 91 | 104 |
| 48 | 197 | 64 | 122 | 92 | 103 |
| 49 | 191 | 65 | 120 | 93 | 102 |
| 50 | 185 | | | 94 | 101 |
| | | 66 | 119 | 95 + | 100 |
| 51 | 178 | 67 | 118 | | |
| 52 | 171 | 68 | 117 | | |
| 53 | 164 | 69 | 116 | | |
| 54 | 157 | 70 | 115 | | |
| 55 | 150 | | | | |

SPECIMEN

12-84

Sentry000193

Sentry000194

Comp Lop II

**List of
Policy
Provisions**

General Provisions
   Insuring Agreement
   Contract
   Application
   Owner
   Contingent Owner
   Change of Owner or Contingent Owner
   Collateral Assignment
   Beneficiary
   Change of Beneficiary
   Incontestability
   Suicide Exclusion
   Policy Proceeds
   Misstatement of Age or Sex
   Effective Date of Coverage
   Maturity Date
   Processing Date
   Policy Change
   Annual Report
   No Dividends
   Projections of Benefits/Values
   Calculations
   Termination.

Premium Provisions
   Initial Premium
   Scheduled Premiums
   Unscheduled Premiums
   No-Lapse Conditions
   Grace Period
   Reinstatement

Insurance Coverage Provisions
   Death Benefit
   Change of Death Benefit Option
   Changes in Specified Amount

Nonforfeiture Provisions
   Cash Value
   Interest Rate
   Monthly Deduction
   Cost of Insurance
   Mortality Charge
   Continuation of Insurance

Sentry000195