# EXHIBIT F

SSUL

| POLICY SPECIFICATIONS | PROCESS DATE   08/27/86 |
|---|---|

INSURED
MARK M SENTRY

POLICY DATE
SEPTEMBER 01, 1986

AGE 35

MONTHLY POLICY DAY
01

POLICY NUMBER
1860735B

MATURITY DATE   *
SEPTEMBER 01, 2046

BASIC PLAN OF INSURANCE
FLEXIBLE PREMIUM
ADJUSTABLE LIFE INSURANCE

DEATH BENEFIT OPTION
1
SPECIFIED AMOUNT INCLUDES CASH VALUE

INITIAL PREMIUM
$       83.33

SCHEDULED PREMIUM
$       83.33
MODE    MONTHLY (SAL)

### SCHEDULE OF POLICY BENEFITS

SPECIMEN

| | | EFFECTIVE DATE | MORTALITY CLASS | MORTALITY CLASS FACTORS |
|---|---|---|---|---|
| INITIAL SPECIFIED AMOUNT | $   100,000.00 | POLICY DATE | STD-NON-SMOKER | 100.00% |

SPECIFIED AMOUNT    $   100,000.00

| RIDERS | MONTHLY COST OF INSURANCE | YEARS PAYABLE | MATURITY/* EXPIRY DATE |
|---|---|---|---|

* NOTE   IT IS POSSIBLE FOR BENEFITS TO END PRIOR TO THIS DATE WHEN EITHER
NO PREMIUMS ARE PAID AFTER THE INITIAL PREMIUM OR ADDITIONAL PREMIUMS AND
CREDITED INTEREST ARE INSUFFICIENT TO CONTINUE THE BENEFIT TO SUCH DATE.
REFER TO THE STATEMENT OF POLICY COST AND BENEFIT INFORMATION FOR AN
ILLUSTRATION OF PROJECTED POLICY VALUES AND EXPIRATION DATES BASED ON
CURRENT AND GUARANTEED FACTORS.

380-107(SLONY)

EXHIBIT
Derksen
41   12·7·18
Grossbier & Associates, Inc.

PAGE   1 OF   2

Sentry000344

POLICY SPECIFICATIONS (CONTINUED)

GUIDELINE  SINGLE PREMIUM                          $    17,028.36

GUIDELINE ANNUAL PREMIUM                           $     1,393.20

MAXIMUM PREMIUM LIMITATION – THE TOTAL PREMIUMS PAID CANNOT EXCEED THE
    GREATER OF THE GUIDELINE SINGLE PREMIUM OR THE SUM OF THE GUIDELINE
    ANNUAL PREMIUMS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXPENSE           –A $5.00 ADMINISTRATIVE FEE IS DEDUCTED FROM THE CASH
CHARGES             VALUE EACH MONTH.

INTEREST          –THE GUARANTEED INTEREST RATE APPLIED IN THE CALCULATION
RATE                OF CASH VALUES IS APPLIED ON A DAILY BASIS AT A DAILY
                    RATE BASIS AT A DAILY RATE WHICH IS EQUIVALENT TO AN
                    EFFECTIVE ANNUAL RATE OF 4½%.

                    WE MAY APPLY INTEREST IN ADDITION TO THE GUARANTEED RATE
                    IN CALCULATING CASH VALUES AT SUCH INCREASED RATES AND
                    IN SUCH MANNER AS WE MAY DETERMINE. WE WILL NOT CREDIT
                    ADDITIONAL INTEREST ON THAT PART OF THE CASH VALUE WHICH
                    EQUALS ANY INDEBTEDNESS AGAINST THE POLICY.

SURRENDERS        –A SURRENDER CHARGE IS DEDUCTED FROM THE CASH VALUE ON A
                    PARTIAL OR FULL SURRENDER. IF THE PARTIAL SURRENDER
                    CHARGE EQUALS ZERO, THEN AN ADMINISTRATIVE FEE OF $25,
                    OR, IF LESS, 5% OF THE AMOUNT WITHDRAWN WILL BE DEDUCTED
                    FROM ANY PARTIAL SURRENDER. WE RESERVE THE RIGHT TO
                    LIMIT THE NUMBER OF PARTIAL SURRENDERS MADE TO ONE PER
                    POLICY MONTH. REFER TO THE TABLE OF GUARANTEED POLICY
                    VALUES FOR A SCHEDULE OF FULL SURRENDER CHARGES.

                    AN ADDITIONAL SURRENDER CHARGE MAY BE IMPOSED. IT WILL
                    NEVER EXCEED THE INTEREST CREDITED IN ADDITION TO THE
                    4½% RATE ON THE AMOUNT SURRENDERED DURING THE 12 MONTHS
                    PRECEDING THE SURRENDER DATE.

MATURITY          –THE MATURITY DATE WILL BE THAT WHICH IS SHOWN ONLY IF
DATE                THE PLANNED PERIODIC PREMIUMS ARE PAID WHEN DUE, NO
                    CHANGES ARE MADE IN THE SPECIFIED AMOUNT OR PLAN OF
                    INSURANCE, THE CURRENT RATE OF INTEREST ON THE DATE OF
                    ISSUE DOES NOT CHANGE, THE CURRENT COST OF INSURANCE
                    RATES DO NOT CHANGE OVER THE LIFE OF THE CONTRACT AND
                    THERE ARE NO PARTIAL LOANS OR SURRENDERS.

380-107(SLONY)                              PAGE 2 OF 2

SPECIMEN

TABLE OF GUARANTEED POLICY VALUES

POLICY NO.   1860735B
BASIC PLAN OF INSURANCE   FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE
INSURED   MARK M SENTRY
ISSUE AGE 35

| SEPTEMBER 01 | ATTAINED AGE | GUARANTEED CASH VALUE | FULL SURRENDER CHARGE | GUARANTEED SURRENDER VALUE | CONTINUATION OF INSURANCE | |
|---|---|---|---|---|---|---|
| | | | | | YEARS | MONTH |
| 1987 | 36 | 702 | 425 | 277 | 0 | 10 |
| 1988 | 37 | 1,421 | 425 | 996 | 3 | 0 |
| 1989 | 38 | 2,157 | 425 | 1,732 | 5 | 3 |
| 1990 | 39 | 2,906 | 425 | 2,481 | 6 | 11 |
| 1991 | 40 | 3,665 | 425 | 3,240 | 8 | 0 |
| 1992 | 41 | 4,433 | 425 | 4,008 | 8 | 10 |
| 1993 | 42 | 5,207 | 340 | 4,867 | 9 | 6 |
| 1994 | 43 | 5,985 | 255 | 4,730 | 10 | 1 |
| 1995 | 44 | 6,766 | 170 | 6,596 | 10 | 5 |
| 1996 | 45 | 7,548 | 85 | 7,463 | 10 | 8 |
| 1997 | 46 | 8,325 | 0 | 8,325 | 10 | 11 |
| 1998 | 47 | 9,096 | 0 | 9,096 | 11 | 0 |
| 1999 | 48 | 9,854 | 0 | 9,854 | 11 | 0 |
| 2000 | 49 | 10,595 | 0 | 10,595 | 10 | 11 |
| 2001 | 50 | 11,312 | 0 | 11,312 | 10 | 9 |
| 2002 | 51 | 11,999 | 0 | 11,999 | 10 | 7 |
| 2003 | 52 | 12,649 | 0 | 12,649 | 10 | 4 |
| 2004 | 53 | 13,255 | 0 | 13,255 | 10 | 0 |
| 2005 | 54 | 13,810 | 0 | 13,810 | 9 | 8 |
| 2006 | 55 | 14,304 | 0 | 14,304 | 9 | 4 |
| 2011 | 60 | 15,384 | 0 | 15,384 | 6 | 10 |
| 2016 | 65 | 12,265 | 0 | 12,265 | 3 | 8 |
| 2021 | 70 | ** | 0 | ** | 0 | 0 |

**SCHEDULED PREMIUM INSUFFICIENT TO MAINTAIN COVERAGE TO THIS DATE.

THE VALUES IN THIS TABLE ARE BASED ON THE FOLLOWING ASSUMPTIONS
 -EACH SCHEDULED PREMIUM IS RECEIVED ON THE FIRST DAY OF EACH PAYMENT PERIOD.
 -THE SPECIFIED AMOUNT OF INSURANCE IS NOT CHANGED.
 -GUARANTEED MORTALITY RATES AND GUARANTEED RATES OF INTEREST ARE USED IN
    THE CALCULATION OF CASH VALUES.
 -THERE ARE NO PARTIAL SURRENDERS OR POLICY LOANS.
 -THE CONTINUATION OF INSURANCE PERIODS WILL BE BASED ON THE GUARANTEED
    SURRENDER VALUE.

380-108(SLONY)

Sentry000346

Sentry000347

# List of Policy Provisions

General Provisions
Insuring Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Owner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Contingent Owner . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Change of Owner or Contingent Owner . . . . . . . . . . . . . . . . . . . . . . . . 1
Collateral Assignment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Beneficiary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Change of Beneficiary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Incontestability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Suicide Exclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Policy Proceeds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Misstatement of Age . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Effective Date of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Maturity Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Policy Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Annual Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
No Dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Projections of Benefits/Values . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Calculations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Premium Provisions
Initial Premium . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Scheduled Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Unscheduled Premiums . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Maximum Premium Limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Grace Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Reinstatement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Insurance Coverage Provisions
Death Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Change of Death Benefit Option . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Changes in Specified Amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Nonforfeiture Provisions
Cash Value . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Interest Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Monthly Deduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Cost of Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Mortality Charge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Continuation of Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Sentry000348

Nonforfeiture Provisions (continued)

Partial Surrender................................................. 9
Full Surrender Charge........................................... 9
Full Surrender Value............................................10
Surrender  Requirements.......................................11
Policy Loan.....................................................11
Loan Interest...................................................11
Repayment......................................................11

Optional Settlement Provisions
Optional Settlement Plans......................................11
Provisions of Optional Settlement Plans........................12

Optional Settlement Plan Tables................................13

Table of Surrender Charges.....................................14

Table of Guaranteed Maximum Mortality Rates....................15

**READ YOUR POLICY CAREFULLY**
**IT IS A LEGAL CONTRACT BETWEEN YOU AND US**

## GENERAL PROVISIONS

**Insuring Agreement** — We will pay the *beneficiary* the death benefit subject to the terms of this policy, when we receive due proof that the *insured* died prior to the *maturity date*, and while this policy was *in effect*.

We will pay you the cash value less any *indebtedness* if the *insured* is living on the *maturity date* and this policy is still *in effect*.

**Contract** — We have issued this policy in consideration of the required initial premium payment and the application. The policy, with all its pages and cover, the attached copies of the application, any supplemental applications, and any attached amendments or riders form the entire contract.

No agent, nor anyone other than one of our officers, has the power to change this contract or waive any of our rights or requirements.

**Application** — In issuing this policy, we have relied on statements in the application. All statements in the application, and any supplemental applications, are assumed to be true and complete to the best of the knowledge and belief of the person making them. No statement will be used by us to void the policy or deny a claim unless that statement is a material misrepresentation and is in the application or supplemental applications.

**Owner** — The owner is the *insured*, unless otherwise specified in the application. You may exercise all policy rights and privileges, while the *insured* is living, without the consent of any revocable *beneficiary*.

**Contingent Owner** — If you are not the *insured*, you may name a contingent owner. If you die before the *insured*, the contingent owner named in the application will become the owner and will possess all the rights of an owner. If the contingent owner is dead, or if no contingent owner has been named at your death, your rights as owner will go to your estate.

**Change of Owner or Contingent Owner** — You may change the owner or contingent owner of the policy. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living when we record a change of owner for it to be effective. You do not have to be living when we record a change of contingent owner for it to be effective. We will not be responsible for any payment we make or other action we take before we record any change.

**Collateral Assignment** — You may assign this policy as collateral. We are not responsible for the validity or effect of any collateral assignment. The interest of any revocable *beneficiary* will be subject to the terms of the assignment. We will not be responsible for knowledge of any assignment until we record your written notice to us.

**Beneficiary** — The *beneficiary* of this policy is named in the application. If there is no named *beneficiary* when the *insured* dies, we will pay the death benefit to you or your estate. If any *beneficiary* dies at the same time or within ten days of the *insured*, the death benefit will be paid as though that *beneficiary* died before the *insured*.

Sentry000350

**Change of Beneficiary —** You may change the *beneficiary*. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living at the time we record the change for it to be effective. We will not be responsible for any payment we make or other action we take before we record the change.

**Incontestability —** Except for failure to pay premiums, we will not contest the validity of this policy after it has been *in effect* during the *insured's* lifetime for two years from the *policy date*. This will not apply to any riders attached to this policy.

Any increase in the *specified amount* after the *policy date* will be incontestable only after such increase has been in force during the *insured's* lifetime for two years following the effective date of such increase.

Additional incontestable periods will not run in situations where an increase in *specified amount* is due solely to a change in death benefit options.

**Suicide Exclusion —** If the *insured* commits suicide within two years from the *policy date*, our liability will be limited to the premiums paid prior to the *insured's* death, less any *indebtedness* and less any partial surrenders.

If the *insured* commits suicide within two years from the effective date of any increase in *specified amount*, our liability with respect to such increase will be limited to the cost of insurance for such increase.

Any expense charges deducted will be refunded together with the cost of insurance for an increase if the reduced benefit is paid due to suicide.

Additional suicide exclusion periods will not run in situations where an increase in *specified amount* is due solely to a change in death benefit options.

**Policy Proceeds —** Policy proceeds means the amount payable under this policy on the earliest of the following:

1) the *maturity date*;

2) full surrender of the policy; or

3) death of the *insured*.

On the *maturity date*, the policy proceeds will be the cash value less any *indebtedness*. If the policy is surrendered, the policy proceeds will be the surrender value (as described in the Full Surrender Value Provision). At the *insured's* death, the policy proceeds will be the death benefit (as described in the Death Benefit Provision).

**Misstatement of Age —** If the *insured's age* has been misstated, the policy proceeds will be adjusted by the difference between the monthly deductions actually deducted and the monthly deductions which would have been deducted at the correct *age*. The adjustment will be accumulated at the interest rates that were credited to the cash value.

Sentry000351

**Effective Date of Coverage** — The effective date of coverage under this policy is as follows:

1) The *policy date* is the effective date for all coverage provided as a result of the original application.

2) The effective date for any increase or addition to coverage will be the *monthly policy day* on or next following the date we approve your application for the increase or addition. This date will be shown on a Policy Amendment.

**Maturity Date** — The *maturity date*, as shown on the Policy Specifications Page, is the *insured's age 95*.

**Policy Change** — If any change in the policy is made, we will issue a Policy Amendment.

**Annual Report** — At least once a year, we will send you a report which shows the current cash value, surrender value, interest credited, premiums paid, partial surrenders and charges deducted since the last report, loan activity and status, as well as any other information required by the Superintendent.

**No Dividends** — This is a nonparticipating policy. It does not pay dividends and will not share in our profits or surplus.

**Projections of Benefits/Values** — You may request a projection of illustrative future death benefits and policy values at any time. Your request to us must be in writing. We may charge a service fee of up to $25 for this projection. The illustration will be based on:

1) assumptions as to the *specified amount* and future premium payment, as you may specify; and

2) other assumptions as are necessary and agreed upon by you and us.

**Calculations** — Minimum surrender values are based on the 1958 Commissioner's Standard Ordinary Mortality Table, Age Last Birthday, or appropriate increase in such table for smokers or rated risks, with interest at an effective annual rate of 4½%. A detailed statement of the method of calculating surrender values under this policy has been filed with the Insurance Department of the State in which this policy is delivered. Surrender values under this policy are not less than the minimum required on the *policy date* by the state in which this policy is delivered.

**Termination** — All coverage under this policy will terminate when any one of the following events occurs:

1) You request a full surrender of the policy;

2) The *insured* dies;

Sentry000352

3) The policy grace period ends;

4) The policy reaches the *maturity date*; or

5) *Indebtedness* causes the surrender value to equal zero or become negative.

## PREMIUM PROVISIONS

**Initial Premium** — The initial premium is due on the *policy date* and is shown on the Policy Specifications Page.

**Scheduled Premiums** — Scheduled premium payments may be made annually, semiannually, quarterly or by automatic bank check. Other modes of payment will be accepted subject to our requirements. The scheduled premium payments are subject to the following minimum amounts, unless our then current rules specify lower amounts:

| Mode of Payment | Scheduled Premium Minimum Amount |
|---|---|
| Annual | $200 |
| Semi-Annual | 125 |
| Quarterly | 75 |
| Automatic Bank Check | 30 |

You may change the frequency and amount of scheduled premiums by sending us a written notice. We reserve the right to limit the amount of any increase of the scheduled premium.

Any premium payment which exceeds the scheduled premium shown on the Policy Specifications Page will be considered an unscheduled premium subject to the following provision.

**Unscheduled Premiums** — You may make unscheduled premium payments of at least $50, unless our then current rules specify a lower amount, at any time prior to the *maturity date*. We reserve the right to limit the frequency and amount of unscheduled premium payments to one per policy month.

**Maximum Premium Limitation** — In order to conform to requirements of the Internal Revenue Code, we will limit the total amount of premiums, both scheduled and unscheduled, that may be paid during each policy year. The applicable maximum premium limitation is set forth on the Policy Specifications Page or any subsequent Policy Amendment. Because the maximum premium limitation is in part dependent on the *specified amount* for each policy, changes in the *specified amount* may affect this limitation. In the event that a premium is paid that exceeds the maximum premium limitation, we will accept only the portion of the premium up to the maximum limitation and return the excess to you. Thereafter, no additional premiums will be accepted until allowed by the maximum premium limitation set forth in the policy.

780.107 (5) ONO

Sentry000353

**Grace Period —** If the surrender value is not sufficient to cover the monthly deduction when due, a grace period of 61 days will be allowed for the payment of a premium sufficient to cover the monthly deduction. We will mail notice of such premium due to the last known address we have recorded for you at least 30 days prior to the end of the grace period. The policy will continue to be *in effect* during this grace period. If the *insured* dies during the grace period, we will deduct any monthly deductions that are due from the policy proceeds.

If the required premium is still unpaid at the end of the grace period, the premium is in default and all coverage will terminate without value.

**Reinstatement —** After a premium default, you may request that the policy be put back *in effect*. We will reinstate the policy on the following conditions:

1) your request is in writing and within three years from the date of premium default;

2) we receive proof satisfactory to us that the *insured* is still insurable; and

3) you pay a minimum premium sufficient to keep the policy in force for two *policy months*.

The effective date of a reinstated policy will be the *monthly policy day* on or next following the date we approve your application for reinstatement.

## INSURANCE COVERAGE PROVISIONS

**Death Benefit —** Subject to the terms of this policy, the death benefit will be as follows:

**Option 1 —** If Death Benefit Option 1 is shown on the Policy Specifications Page, or a subsequent Policy Amendment, the *specified amount* includes the cash value. The benefit will equal the greater of A) or B), where:

A) is the *specified amount* on the date of death; and
B) is an amount calculated as (1) multiplied by (2), where:

(1) is the cash value on the date of death; and
(2) is the applicable percentage shown in the Table of Death Benefit Percentages and is based on the *insured's age* on the date of death.

**Option 2 —** If Death Benefit Option 2 is shown on the Policy Specifications Page, or a subsequent Policy Amendment, the *specified amount* is in addition to the cash value. The death benefit will equal the greater of A) or B), where:

A) is the *specified amount* plus the cash value on the date of death; and
B) is an amount calculated as (1) multiplied by (2), where:

(1) is the cash value on the date of death; and
(2) is the applicable percentage shown in the Table of Death Benefit Percentages and is based on the *insured's age* on the date of death.

Sentry000354

### Table of Death Benefit Percentages

| Age | % | Age | % | Age | % |
|---|---|---|---|---|---|
| 40 or less | 250 | 56 | 146 | 71 | 113 |
| 41 | 243 | 57 | 142 | 72 | 111 |
| 42 | 236 | 58 | 138 | 73 | 109 |
| 43 | 229 | 59 | 134 | 74 | 107 |
| 44 | 222 | 60 | 130 | 75 | 105 |
| 45 | 215 | | | | |
| | | 61 | 128 | 76-90 | 105 |
| 46 | 209 | 62 | 126 | | |
| 47 | 203 | 63 | 124 | 91 | 104 |
| 48 | 197 | 64 | 122 | 92 | 103 |
| 49 | 191 | 65 | 120 | 93 | 102 |
| 50 | 185 | | | 94 | 101 |
| | | 66 | 119 | | |
| 51 | 178 | 67 | 118 | | |
| 52 | 171 | 68 | 117 | | |
| 53 | 164 | 69 | 116 | | |
| 54 | 157 | 70 | 115 | | |
| 55 | 150 | | | | |

The death benefit will be reduced by the amount of any *indebtedness* against this policy on the date of death.

**Change of Death Benefit Option** — You may change the Death Benefit Option shown on the Policy Specifications Page upon our acceptance of your written request. Such a change may result in a new *specified amount* and may be subject to evidence of insurability before the change will be made. The change will be shown on a Policy Amendment.

**Changes in Specified Amount** — The *specified amount* may be increased or decreased upon your written request subject to the following conditions:

1) The *specified amount* may be changed only one time in any policy year.

2) The *specified amount* may not be less than $10,000, unless our then current rules specify a lower amount.

3) Decreases in Specified Amount — No decreases in the *specified amount* may be made in the first policy year. Any decrease will take effect on the *monthly policy day* or on next following the date we receive your written request for the decrease. Decreases will be deducted from the most recent increases in *specified amount*, if any, on a last in/first out basis.

4) Increases in Specified Amount — No increase in the *specified amount* may be made in the first policy year. Any request for an increase must be applied for on a supplemental application. We must also be provided with satisfactory evidence of insurability. When we approve the increase, it will take effect on the next *monthly policy day* following our approval. The effective date of the increased amount will be shown on a Policy Amendment.

Sentry000355

If the increase in *specified amount* results in a change to the Mortality Class Factors for this policy, the new Factors will be shown on a Policy Amendment. Refer to the Cost of Insurance Provisions for details on how the Factors are determined and applied.

A new surrender charge may be imposed on an increase in *specified amount*. Refer to the Full Surrender Charge Provision for details.

## NONFORFEITURE PROVISIONS

**Cash Value** — On the *policy date*, the cash value will be 100% of the initial premium, if received. If the initial premium has not been received by the *policy date* the cash value will equal $0.

On each *monthly policy day*, the cash value will be calculated as (1) minus (2), plus (3), plus (4), minus (5), minus (6), where:

    (1) is the cash value on the previous *monthly policy day*;

    (2) is the monthly deduction for the previous *policy month*;

    (3) is one *policy month's* interest on the difference between (1) and (2);

    (4) is 100% of all premiums received for the policy since the previous *monthly policy day*, plus interest from the date we received your premium payment;

    (5) is the amount of any partial surrender made on the *monthly policy day*; and

    (6) is the amount of any partial surrender charges or fees made on the *monthly policy day*.

On any day between *monthly policy days*, the cash value will be calculated as (1) minus (2), plus (3), plus (4), where:

    (1) is the cash value on the preceding *monthly policy day*;

    (2) is the monthly deduction for that *policy month*;

    (3) is interest on the difference between (1) and (2) for the number of days since the preceding *monthly policy day*; and

    (4) is 100% of all premiums received since the preceding *monthly policy day*, plus interest from the date we received your premium payment

**Interest Rate** — The guaranteed interest rate applied in the calculation of cash values is applied on a daily basis, at a daily rate, which is equivalent to an effective annual rate of 4½%.

Sentry000356

We may apply interest in addition to the guaranteed rate as additional cash value to be used to extend the period of coverage or to allow the policy to become paid up or to mature the policy as an endowment. Such interest will be credited at least annually in accordance with procedures and standards on file with the Superintendent. We will not credit additional interest on that part of the cash value which equals any *indebtedness* against the policy.

**Monthly Deduction** — The monthly deduction for a *policy month* will be calculated as (1) plus (2) where:

    (1)  is the cost of insurance for this policy and any additional benefits provided by rider for the *policy month*; and

    (2)  is a $5 administrative fee.

**Cost of Insurance** — The cost of insurance for the policy is determined on a *policy month* basis. Such cost is calculated as (1) divided by 12, multiplied by the result of (2) minus (3), where:

    (1)  is the mortality charge (see Table of Guaranteed Maximum Mortality Rates);

    (2)  is the death benefit at the beginning of the *policy month* divided by 1.0036748; and

    (3)  is the cash value at the beginning of the *policy month*, less the administrative fee for that *policy month* and the cost of insurance for any riders.

The cost of insurance for any rider is calculated as shown in the Cost of Insurance Provision of the rider.

**Mortality Charge** — The monthly mortality charge is based on our current Mortality Rates and the Mortality Class Factors for your policy. (These two parts to the mortality charge are described below.) A detailed statement of the formulas used to calculate the monthly mortality charge has been filed with the Insurance Department of the State where this policy is delivered.

    1)  Mortality Rates — The current mortality rates for the policy are based on the *insured's* attained *age* and mortality class. We will determine the current mortality rates based on our expectations as to future mortality experience. The current rate is set in accordance with procedures and standards on file with the Superintendent. Any change in mortality rates will apply to all *insureds* of the same mortality class. Mortality rates for inforce policies will be reviewed whenever the factors for comparable new issues are changed, but in no event more often than once each policy year, nor less than once every five policy years. In no case will mortality rates for an *insured* in a standard mortality class ever be greater than those shown in the Table of Guaranteed Maximum Mortality Rates in this policy. Such guaranteed rates are based on the 1958 Commissioner's Standard Ordinary Mortality Table, Age Last Birthday. The guaranteed rates for *insureds* classified as smokers or substandard are based on percentage multiples of the 1958 CSO Commissioners Standard Ordinary Mortality Table, Age Last Birthday.

Sentry000357

2) Mortality Class Factors — The mortality class(es) shown on the Policy Specifications Page, and on any Policy Amendments, are the result of our underwriting your insurability. The Factors shown with each mortality class are used to determine the mortality charge.

**Continuation of Insurance —** If you stop paying premiums, this policy will remain *in effect* until the surrender value is insufficient to cover the monthly deduction, as provided in the Grace Period Provision.

This provision will not continue the policy beyond the *maturity date* or continue any rider beyond its termination date, as provided in the rider.

**Partial Surrender —** You may request a partial surrender of this policy upon written request to us, subject to the terms of this and the Surrender Requirements Provision.

A partial surrender charge may be incurred on each partial surrender. The partial surrender charge will be calculated as the result of (1) minus (2) multiplied by the result of (3) divided by (4), where:

(1)   is the full surrender charge on the date of the partial surrender;

(2)   is the sum of all partial surrender charges deducted previously;

(3)   is the amount of the partial surrender; and

(4)   is the surrender value on the date of the partial surrender.

If the sum of all partial surrender charges, deducted previously, exceeds the full surrender charge, there will be no partial surrender charge.

If there is no partial surrender charge as calculated above, then a partial surrender fee of $25, or, if less, 5% of the amount withdrawn, will be incurred on each partial surrender.

The cash value and death benefit will be reduced by the sum of any partial surrender, partial surrender charges and partial surrender fees. If the policy is on Death Benefit Option 1, the *specified amount* will also decrease by the sum of any partial surrender, partial surrender charges and partial surrender fees. The *specified amount* remaining after a partial surrender must be at least $10,000. We reserve the right to limit the number of partial surrenders made to one per *policy month*.

**Full Surrender Charge —** The full surrender charge is calculated as (1) multiplied by (2) multiplied by (4), plus (3) multiplied by (4), where:

(1)   is the surrender charge per $1,000 of *specified amount* shown in the Table of Surrender Charges for the *insured's* issue age;

(2)   is the initial *specified amount* divided by $1,000;

Sentry000358

(3) is the additional surrender charge shown on a Policy Amendment that may occur following each increase in *specified amount*; and

(4) is the applicable percentage shown in the following table where Year is the number of full policy years from the original *policy date* or from the policy *anniversary* on or preceding the date of each increase in *specified amount* to the date of surrender.

| Year | % | Year | % |
|------|-----|------|-----|
| 0 | 100 | 5 | 100 |
| 1 | 100 | 6 | 80 |
| 2 | 100 | 7 | 60 |
| 3 | 100 | 8 | 40 |
| 4 | 100 | 9 | 20 |
|   |   | 10+ | 0 |

A detailed statement of the method of calculating surrender charges has been filed with the Insurance Department of the state where this policy is delivered.

A decrease in *specified amount* will not change any existing surrender charges.

We will waive any surrender charges if the policy has been *in effect* for 10 years and Optional Settlement Plan 2 is elected.

**Full Surrender Value** — You may surrender this policy for its full surrender value upon written request to us, subject to the terms of this and the Surrender Requirements Provision. If you make a full surrender, the policy will terminate.

The full surrender value will be calculated as (1) minus (2), where:

(1) is the cash value on the date of surrender, less any *indebtedness* against this policy; and

(2) is the full surrender charge on the date of surrender, less the sum of all partial surrender charges deducted previously.

If the sum of all partial surrender charges exceeds the full surrender charge, there will be no full surrender charge.

**Additional Surrender Charge** — We may impose an additional surrender charge on any full or partial surrender. This charge will not exceed (1) minus (2), where:

1) is the interest credited during the previous 12 *policy months* on the amount surrendered; and

2) is the interest which would have been credited during the previous 12 *policy months* at the guaranteed interest rate of 4½% on the amount surrendered.

We will waive any additional surrender charges if the policy has been *in effect* for 10 years and Optional Settlement Plan 2 is elected.

Sentry000359

**Surrender Requirements** — Your request for a partial or full surrender of this policy is subject to the following requirements:

1) it must be effective on a *monthly policy day*;

2) it must be made during the *insured's* lifetime;

3) it must be made before the *maturity date*; and

4) it must be made while the policy is *in effect*.

We reserve the right to defer payment of the amount of any partial or full surrender for up to six months from the date we receive your request for a surrender.

**Policy Loan** — You may borrow any existing surrender value under this policy at any time while the policy is *in effect*. Your request for a policy loan must be in writing. The loan will be made on the sole security of this policy and proper assignment of the policy to us.

We reserve the right to defer making a policy loan for up to six months from the date we receive your written request for the loan.

**Loan Interest** — The policy loan interest rate is applied on all policy loans on a daily basis, at a daily rate of .017255%, which is equivalent to an annual effective interest rate of 6½%. Interest will be due at the end of each policy year. Unpaid interest will be added to the existing *indebtedness* and will be charged interest at the same rate.

**Repayment** — *Indebtedness* may be repaid in part or in full at any time while this policy is *in effect*. If not repaid, it will be deducted from the policy proceeds.

If the *indebtedness* causes the surrender value to equal zero or become negative, the policy will terminate. We will mail notice to you and any collateral assignee in our records at the last known addess we have for you and the assignee at least 30 days prior to termination.

## OPTIONAL SETTLEMENT PROVISIONS

**Optional Settlement Plans** — Any policy proceeds payable under this policy will be paid in one sum unless one of the following plans is chosen. While the *insured* is living, you may request one of the plans. If no plan has been requested at the *insured's* death, the *beneficiary* may request a plan. The request requires satisfactory written notice to us. After we record it, the request is effective from the date the notice was signed. We will not be responsible for any payment we make or other action we take before we record your request.

Plan 1: Proceeds Held At Interest — We will hold the policy proceeds and make payments at the times and in the amount agreed upon, as long as any policy proceeds remain. We will credit interest on the policy proceeds we hold on a monthly basis, at a monthly rate of at least .28709%, which is equivalent to an annual effective interest rate of at least 3½%.

Sentry000360

When the *payee* dies, any remaining policy proceeds will be paid to his or her estate, unless otherwise specified.

Plan 2:  Lifetime Payments With A Guarantee — We will make monthly payments for as long as the *payee* lives. A guaranteed number of payments may be chosen. If the *payee* dies before the guaranteed number of payments has been made, we will continue payments until the guaranteed number has been made.

Guaranteed amounts of monthly payments for each plan are shown in the Optional Settlement Plan Tables. The minimum amount we will hold under any settlement plan is $5,000. The minimum payment is $50. We will consider special requests.

**Provisions of Optional Settlement Plans** — Proof of *age* and continued survival will be required from the *payee*.

The policy proceeds under one of the settlement plans may not be assigned or transferred.

The policy proceeds we hold, as well as any payments we make, are protected from the claims of any *payee's* creditors to the extent permitted by law.

# Optional Settlement Plan Tables

## PLAN 1

Guaranteed amounts of level monthly payments per $1,000 of policy proceeds which use up the policy proceeds.

| No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.65 | 7 | $13.38 | 13 | $7.94 | 19 | $5.97 | 25 | $4.96 |
| 2 | 43.05 | 8 | 11.90 | 14 | 7.49 | 20 | 5.75 | 26 | 4.84 |
| 3 | 29.19 | 9 | 10.75 | 15 | 7.10 | 21 | 5.56 | 27 | 4.73 |
| 4 | 22.27 | 10 | 9.83 | 16 | 6.76 | 22 | 5.39 | 28 | 4.63 |
| 5 | 18.12 | 11 | 9.09 | 17 | 6.47 | 23 | 5.24 | 29 | 4.53 |
| 6 | 15.35 | 12 | 8.46 | 18 | 6.20 | 24 | 5.09 | 30 | 4.45 |

## PLAN 2

The Table is based on the *payee's* adjusted age. To find the adjusted age, subtract one year from the *payee's* actual age on the date of the first payment for each 15 years since the *policy date*. The Table shows the guaranteed amounts of level monthly payments per $1,000 of policy proceeds.

| Adjusted Age of Payee | 10 Year Guar. | 20 Year Guar. | Adjusted Age of Payee | 10 Year Guar. | 20 Year Guar. |
|---|---|---|---|---|---|
| 25 | $3.46 | $3.45 | 50 | $4.63 | $4.47 |
| 26 | 3.49 | 3.47 | 51 | 4.76 | 4.53 |
| 27 | 3.51 | 3.50 | 52 | 4.85 | 4.59 |
| 28 | 3.54 | 3.52 | 53 | 4.94 | 4.65 |
| 29 | 3.57 | 3.55 | 54 | 5.03 | 4.71 |
| 30 | 3.60 | 3.58 | 55 | 5.13 | 4.78 |
| 31 | 3.63 | 3.61 | 56 | 5.24 | 4.84 |
| 32 | 3.67 | 3.64 | 57 | 5.34 | 4.91 |
| 33 | 3.70 | 3.68 | 58 | 5.46 | 4.97 |
| 34 | 3.74 | 3.71 | 59 | 5.58 | 5.04 |
| 35 | 3.78 | 3.75 | 60 | 5.70 | 5.10 |
| 36 | 3.82 | 3.78 | 61 | 5.83 | 5.17 |
| 37 | 3.87 | 3.82 | 62 | 5.97 | 5.23 |
| 38 | 3.92 | 3.86 | 63 | 6.11 | 5.29 |
| 39 | 3.96 | 3.91 | 64 | 6.26 | 5.35 |
| 40 | 4.02 | 3.95 | 65 | 6.41 | 5.40 |
| 41 | 4.07 | 3.99 | 66 | 6.57 | 5.45 |
| 42 | 4.13 | 4.04 | 67 | 6.74 | 5.50 |
| 43 | 4.19 | 4.09 | 68 | 6.91 | 5.54 |
| 44 | 4.25 | 4.14 | 69 | 7.09 | 5.58 |
| 45 | 4.31 | 4.19 | 70 | 7.27 | 5.62 |
| 46 | 4.38 | 4.24 | 71 | 7.46 | 5.65 |
| 47 | 4.45 | 4.30 | 72 | 7.65 | 5.67 |
| 48 | 4.52 | 4.35 | 73 | 7.83 | 5.69 |
| 49 | 4.60 | 4.41 | 74 | 8.02 | 5.71 |

Sentry000362

# TABLE OF SURRENDER CHARGES

### (Per $1,000 of Specified Amount)

| AGE | NONSMOKER | SMOKER | SUBSTANDARD* | AGE | NONSMOKER | SMOKER | SUBSTANDARD* |
|---|---|---|---|---|---|---|---|
| 0-18 | 1.70 | 2.00 | 1.85 | 42 | 6.20 | 9.30 | 7.55 |
| 19 | 1.85 | 2.25 | 2.05 | 43 | 6.80 | 10.20 | 8.20 |
| | | | | 44 | 7.40 | 11.10 | 8.85 |
| 20 | 2.00 | 2.50 | 2.25 | 45 | 8.00 | 12.00 | 9.50 |
| 21 | 2.15 | 2.75 | 2.45 | 46 | 8.60 | 12.90 | 10.15 |
| 22 | 2.30 | 3.00 | 2.65 | 47 | 9.20 | 13.80 | 10.80 |
| 23 | 2.45 | 3.25 | 2.85 | 48 | 9.80 | 14.70 | 11.45 |
| 24 | 2.60 | 3.50 | 3.05 | 49 | 10.40 | 15.60 | 12.10 |
| 25 | 2.75 | 3.75 | 3.25 | | | | |
| 26 | 2.90 | 4.00 | 3.45 | 50 | 11.00 | 16.50 | 12.75 |
| 27 | 3.05 | 4.25 | 3.65 | 51 | 11.60 | 17.40 | 13.40 |
| 28 | 3.20 | 4.50 | 3.85 | 52 | 12.20 | 18.30 | 14.05 |
| 29 | 3.35 | 4.75 | 4.05 | 53 | 12.80 | 19.20 | 14.70 |
| | | | | 54 | 13.40 | 20.10 | 15.35 |
| 30 | 3.50 | 5.00 | 4.25 | 55 | 14.00 | 21.00 | 16.00 |
| 31 | 3.65 | 5.25 | 4.45 | 56 | 14.60 | 21.90 | 16.65 |
| 32 | 3.80 | 5.50 | 4.65 | 57 | 15.20 | 22.80 | 17.30 |
| 33 | 3.95 | 5.75 | 4.85 | 58 | 15.80 | 23.70 | 17.95 |
| 34 | 4.10 | 6.00 | 5.05 | 59 | 16.40 | 24.60 | 18.60 |
| 35 | 4.25 | 6.25 | 5.25 | | | | |
| 36 | 4.40 | 6.50 | 5.45 | 60 | 17.00 | 25.50 | 19.25 |
| 37 | 4.55 | 6.75 | 5.65 | 61 | 17.60 | 26.40 | 20.00 |
| 38 | 4.70 | 7.00 | 5.85 | 62 | 18.20 | 27.30 | 20.75 |
| 39 | 4.85 | 7.25 | 6.05 | 63 | 18.80 | 28.20 | 21.50 |
| | | | | 64 | 19.40 | 29.10 | 22.25 |
| 40 | 5.00 | 7.50 | 6.25 | 65-94 | 20.00 | 30.00 | 23.00 |
| 41 | 5.60 | 8.40 | 6.90 | | | | |

*The Substandard Rate must be multiplied by the Mortality Class Factor for the Initial Specified Amount.

380-107 (SI ONY)

Sentry000363

# TABLE OF GUARANTEED MAXIMUM MORTALITY RATES
## STANDARD MORTALITY CLASS

| Attained Age | Annual Rate Per $1,000 | Attained Age | Annual Rate Per $1,000 | Attained Age | Annual Rate Per $1,000 |
|---|---|---|---|---|---|
| 0 | $4.43 | 32 | $ 2.28 | 64 | $ 30.45 |
| 1 | 1.64 | 33 | 2.36 | 65 | 33.31 |
| 2 | 1.49 | 34 | 2.45 | 66 | 36.47 |
| 3 | 1.43 | 35 | 2.57 | 67 | 39.95 |
| 4 | 1.37 | 36 | 2.72 | 68 | 43.76 |
| 5 | 1.32 | 37 | 2.90 | 69 | 47.84 |
| 6 | 1.28 | 38 | 3.13 | 70 | 52.13 |
| 7 | 1.24 | 39 | 3.39 | 71 | 56.60 |
| 8 | 1.22 | 40 | 3.68 | 72 | 61.19 |
| 9 | 1.21 | 41 | 4.00 | 73 | 65.97 |
| 10 | 1.22 | 42 | 4.35 | 74 | 71.07 |
| 11 | 1.24 | 43 | 4.72 | 75 | 76.65 |
| 12 | 1.29 | 44 | 5.13 | 76 | 82.87 |
| 13 | 1.35 | 45 | 5.59 | 77 | 89.88 |
| 14 | 1.42 | 46 | 6.09 | 78 | 97.71 |
| 15 | 1.50 | 47 | 6.65 | 79 | 106.28 |
| 16 | 1.58 | 48 | 7.27 | 80 | 115.49 |
| 17 | 1.65 | 49 | 7.96 | 81 | 125.24 |
| 18 | 1.71 | 50 | 8.71 | 82 | 135.43 |
| 19 | 1.76 | 51 | 9.54 | 83 | 146.05 |
| 20 | 1.81 | 52 | 10.43 | 84 | 157.15 |
| 21 | 1.84 | 53 | 11.40 | 85 | 168.80 |
| 22 | 1.87 | 54 | 12.45 | 86 | 181.08 |
| 23 | 1.90 | 55 | 13.61 | 87 | 194.11 |
| 24 | 1.92 | 56 | 14.88 | 88 | 208.12 |
| 25 | 1.94 | 57 | 16.28 | 89 | 223.45 |
| 26 | 1.97 | 58 | 17.81 | 90 | 240.54 |
| 27 | 2.01 | 59 | 19.48 | 91 | 259.94 |
| 28 | 2.05 | 60 | 21.31 | 92 | 282.31 |
| 29 | 2.10 | 61 | 23.30 | 93 | 308.39 |
| 30 | 2.16 | 62 | 25.47 | 94 | 340.06 |
| 31 | 2.22 | 63 | 27.85 | | |

Sentry000364

Sentry000365