# EXHIBIT G

*Sentry Plus Universal Life*



**Sentry Life
Insurance Company**

PROCESS DATE 10/01/93

## POLICY SPECIFICATIONS

| | |
|---|---|
| INSURED:  MARK M. SENTRY | POLICY DATE:   OCTOBER 01, 1993 |
| MALE   AGE:  35 | MONTHLY POLICY DAY:  01 |
| POLICY NUMBER:  1234567A | MATURITY DATE:✶  OCTOBER 01, 2053 |
| BASIC PLAN OF INSURANCE: FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE | DEATH BENEFIT OPTION:  01 SPECIFIED AMOUNT INCLUDES CASH VALUE |
| INITIAL PREMIUM:  $ 1,000.00 | SCHEDULED PREMIUM:  $ 1,000.00 |
| PAYOR:  DAVID M. SENTRY | MODE OF PAYMENT: ANNUAL |

### SCHEDULE OF POLICY BENEFITS

| INITIAL SPECIFIED AMOUNT | EFFECTIVE DATE | MORTALITY CLASS |
|---|---|---|
| $ 100,000.00 | POLICY DATE | STANDARD NON-SMOKER |

| RIDERS | MONTHLY COST OF INSURANCE | YEARS PAYABLE | MATURITY/✶ EXPIRY DATE |
|---|---|---|---|
| PAYOR WAIVER OF MONTHLY DEDUCTION | ✶✶ | | OCTOBER 01, 2018 |

✶ NOTE:  IT IS POSSIBLE FOR BENEFITS TO END PRIOR TO THIS DATE WHEN EITHER NO PREMIUMS ARE PAID AFTER THE INITIAL PREMIUM, OR ADDITIONAL PREMIUMS AND CREDITED INTEREST ARE INSUFFICIENT TO CONTINUE THE BENEFIT TO SUCH DATE. PLEASE REFER TO THE STATEMENT OF POLICY COST AND BENEFIT INFORMATION FOR AN ILLUSTRATION OF PROJECTED POLICY VALUES AND EXPIRATION DATES BASED ON CURRENT AND GUARANTEED FACTORS.

✶✶SEE ATTACHED SCHEDULE PAGE 380-2180.

SPECIMEN

380-2150

EXHIBIT
Derksen
42   12·7·18
Grossbier & Associates, Inc.

PAGE 1 OF 3

Sentry000314



**Sentry Life Insurance Company**

PROCESS DATE 10/01/93

## POLICY SPECIFICATIONS (CONTINUED)

| | | |
|---|---|---|
| MONTHLY NO-LAPSE PREMIUM | $ | 65.75 |
| NO-LAPSE-PERIOD | 10-01-93 TO | 10-01-98 |
| SURRENDER CHARGE | $ | 2,471.00 |

### MAXIMUM PREMIUM LIMITATION*

| | | |
|---|---|---|
| GUIDELINE SINGLE PREMIUM | $ | 14,783.00 |
| GUIDELINE ANNUAL PREMIUM | $ | 1,301.00 |

*THE TOTAL PREMIUMS PAID CANNOT EXCEED THE GREATER OF THE GUIDELINE SINGLE PREMIUM OR THE SUM OF THE GUIDELINE ANNUAL PREMIUMS. FOR MORE DETAILED INFORMATION, PLEASE REFER TO THE MAXIMUM PREMIUM LIMITATION PROVISION.

FOR A MORE DETAILED EXPLANATION OF THE MONTHLY NO-LAPSE PREMIUM AND THE NO-LAPSE PERIOD, PLEASE REFER TO THE NO-LAPSE CONDITIONS PROVISION. FOR AN EXPLANATION OF THE SURRENDER CHARGE, PLEASE REFER TO THE SURRENDER CHARGE PROVISION.

AN ADMINISTRATIVE FEE OF $7.50 IS DEDUCTED EACH MONTH FROM THE CASH VALUE. REFER TO THE MONTHLY DEDUCTION AND COST OF INSURANCE PROVISIONS.

SPECIMEN

2150

Sentry000315

Sentry000316

 **Sentry Life Insurance Company**

PROCESS DATE 10/01/93

---

## POLICY SPECIFICATIONS (CONTINUED)

---

### OTHER INSURED RIDER(S)

OTHER INSURED:                                    EFFECTIVE DATE :
        AGE:                    SPECIFIED AMOUNT : $
MORTALITY CLASS:

SPECIMEN

2150

Sentry000317

Sentry000318



**Sentry Life
Insurance Company**

## TABLE OF GUARANTEED POLICY VALUES

INSURED:  MARK M. SENTRY                POLICY NUMBER:  1234567A

BASIC PLAN OF INSURANCE:                MALE    ISSUE AGE:  35
FLEXIBLE PREMIUM ADJUSTABLE
LIFE INSURANCE

| OCTOBER 01 | ATTAINED AGE | GUARANTEED CASH VALUE | GUARANTEED SURRENDER VALUE | CONTINUATION OF INSURANCE | |
|---|---|---|---|---|---|
| | | | | YEARS | MONTHS |
| 1994 | 36 | 597 | 0 | 0 | 0 |
| 1995 | 37 | 1,410 | 0 | 0 | 0 |
| 1996 | 38 | 2,137 | 0 | 0 | 0 |
| 1997 | 39 | 2,877 | 406 | 2 | 8 |
| 1998 | 40 | 3,631 | 1,160 | 8 | 6 |
| 1999 | 41 | 4,395 | 2,048 | 10 | 10 |
| 2000 | 42 | 5,170 | 2,946 | 11 | 8 |
| 2001 | 43 | 5,954 | 3,854 | 12 | 3 |
| 2002 | 44 | 6,748 | 4,771 | 12 | 8 |
| 2003 | 45 | 7,547 | 5,818 | 12 | 10 |
| 2004 | 46 | 8,352 | 6,869 | 12 | 11 |
| 2005 | 47 | 9,157 | 7,922 | 12 | 11 |
| 2006 | 48 | 9,964 | 8,976 | 13 | 1 |
| 2007 | 49 | 10,768 | 10,026 | 13 | 2 |
| 2008 | 50 | 11,565 | 11,194 | 13 | 2 |
| 2009 | 51 | 12,349 | 12,349 | 13 | 1 |
| 2010 | 52 | 13,112 | 13,112 | 12 | 11 |
| 2011 | 53 | 13,845 | 13,845 | 12 | 8 |
| 2012 | 54 | 14,534 | 14,534 | 12 | 5 |
| 2013 | 55 | 15,167 | 15,167 | 12 | 1 |
| 2018 | 60 | 16,890 | 16,890 | 9 | 11 |
| 2023 | 65 | 17,472 | 17,472 | 7 | 0 |
| 2028 | 70 | 13,045 | 13,045 | 3 | 5 |

THE VALUES IN THIS TABLE ARE BASED ON THE FOLLOWING ASSUMPTIONS:

- EACH SCHEDULED PREMIUM IS RECEIVED ON THE FIRST DAY OF EACH PAYMENT
  PERIOD.
- THE SPECIFIED AMOUNT OF INSURANCE IS NOT CHANGED.
- GUARANTEED MORTALITY RATES AND GUARANTEED RATES OF INTEREST ARE USED
  IN THE CALCULATION OF CASH VALUES.
  THERE ARE NO PARTIAL SURRENDERS OR POLICY LOANS.
  THE CONTINUATION OF INSURANCE PERIODS WILL BE BASED ON THE GUARANTEED
  RENDER VALUE.

.151

SPECIMEN

Sentry000319

Sentry000320

**List of Policy Provisions**

General Provisions

Insuring Agreement .................................... 3
Contract ............................................. 3
Application .......................................... 3
Owner ............................................... 3
Contingent Owner ..................................... 3
Change of Owner or Contingent Owner .................. 3
Collateral Assignment ................................ 4
Beneficiary .......................................... 4
Change of Beneficiary ................................ 4
Incontestability ..................................... 4
Suicide Exclusion .................................... 4
Policy Proceeds ...................................... 4
Misstatement of Age or Sex ........................... 5
Effective Date of Coverage ........................... 5
Policy Change ........................................ 5
Annual Report ........................................ 5
No Dividends ......................................... 5
Projections of Benefits/Values ....................... 6
Calculations ......................................... 6
Termination .......................................... 6

Premium Provisions

Initial Premium ...................................... 7
Scheduled Premiums ................................... 7
Unscheduled Premiums ................................. 7
Maximum Premium Limitation ........................... 7
No-Lapse Conditions .................................. 7
Grace Period ......................................... 8
Reinstatement ........................................ 8

Insurance Coverage Provisions

Death Benefit ........................................ 9
Change of Death Benefit Option ....................... 10
Changes in Specified Amount .......................... 11

Nonforfeiture Provisions

Cash Value ........................................... 11
Interest Rate ........................................ 12
Monthly Deduction .................................... 12
Cost of Insurance .................................... 13
Mortality Charge ..................................... 13
Continuation of Insurance ............................ 13

SPECIMEN

Sentry000321

Nonforfeiture Provisions (continued)
    Partial Surrender ................................... 14
    Complete Surrender ................................. 14
    Surrender Charge ................................... 14
    Surrender Requirements ............................. 15

Policy Loan Provisions
    Policy Loans ....................................... 16
    Loan Interest ...................................... 16
    Repayment ........................................ 16

Optional Settlement Provisions
    Optional Settlement Plans .......................... 16
    Provisions of Optional Settlement Plans ............. 17

Optional Settlement Plan Tables ....................... 18

Table of Guaranteed Maximum Mortality Rates (male) ............ 19

Table of Guaranteed Maximum Mortality Rates (female) ........... 20

**PLEASE READ YOUR POLICY CAREFULLY.
IT IS A LEGAL CONTRACT BETWEEN YOU AND US.**

SPECIMEN

380-2150

2

**GENERAL
PROVISIONS**

Insuring Agreement - We will pay the *beneficiary* the *death benefit* subject to the terms of this policy, when we receive due proof that the *insured* died prior to the *maturity date* and while this policy was *in effect*.

We will pay you the *cash value*, less any *indebtedness*, if the *insured* is living on the *maturity date* and this policy is still *in effect*.

Contract - We have issued this policy in consideration of the required initial premium payment and the completed application. This policy, with all its pages and cover, the attached copies of the application, any attached copies of supplemental applications and any attached amendments or riders form the entire contract.

No agent, nor anyone other than one of our officers, has the power to change this contract or waive any of our rights or requirements.

Application - In issuing this policy, we have relied on statements in the application. All statements in the application and any supplemental applications are assumed to be true and complete to the best of the knowledge and belief of the person making them. All statements in the application and any supplemental applications are, in the absence of fraud, considered to be representations and not warranties. No statement will be used by us to void this policy or deny a claim unless that statement is a material misrepresentation and is in the application or supplemental applications.

Owner - The owner is the *insured*, unless otherwise specified in the application. You may exercise all policy rights and privileges, while the *insured* is living, without the consent of any revocable *beneficiary*.

Contingent Owner - If you are not the *insured*, you may name a contingent owner upon satisfactory written notice to us. After we record it, the contingent owner named is effective from the date you signed the notice. If you die before the *insured*, the contingent owner will become the owner and will possess all the rights of an owner. If the contingent owner is dead, or if no contingent owner has been named at your death, your rights as owner will go to your estate.

Change of Owner or Contingent Owner - You may change the owner or contingent owner of this policy during the *insured's* lifetime. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living when we record a change of owner for it to be effective. You do not have to be living when we record a change of contingent owner for it to be effective. We will not be responsible for any payment we make or other action we take before we record any change.

SPECIMEN

Sentry000323

**Collateral Assignment** - You may assign this policy as collateral on a form provided by us. We are not responsible for the validity or effect of any collateral assignment. The interest of any revocable *beneficiary* will be subject to the terms of the assignment. We will not be responsible for knowledge of any assignment until we record your written notice to us.

**Beneficiary** – Unless changed, the *beneficiary* of this policy is named in the application. If there is no named *beneficiary* when the *insured* dies, we will pay the *death benefit* to you or your estate. If any *beneficiary* dies at the same time or within ten days of the *insured* or is disqualified by state law, the *death benefit* will be paid as though that *beneficiary* died before the *insured*.

**Change of Beneficiary** - You may change the *beneficiary* during the *insured's* lifetime. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living at the time we record the change for it to be effective. We will not be responsible for any payment we make or other action we take before we record the change.

**Incontestability** - Except for failure to pay premiums, we will not contest the validity of this policy after it has been *in effect* during the *insured's* lifetime for two years from the *policy date*.

This incontestability provision will not apply to any benefit riders attached to this policy.

Any increase in the *specified amount* after the *policy date* will be incontestable only after such increase has been *in effect* during the *insured's* lifetime for two years following the effective date of such increase.

**Suicide Exclusion** - If the *insured* commits suicide within two years from the *policy date*, whether sane or insane, our liability will be limited to the premiums paid prior to the *insured's* death, less any *indebtedness*, less any partial surrenders and less any partial surrender fees.

If the *insured* commits suicide, whether sane or insane, after two years from the *policy date* and within two years from the effective date of any increase in *specified amount*, our liability with respect to such increase will be limited to the cost of insurance for such increase.

**Policy Proceeds** - *Policy proceeds* means the amount payable under this policy on the earliest of the following:

(1)   the *maturity date*;

SPECIMEN

4

Sentry000324

(2)     complete surrender of the policy; or

(3)     death of the *insured*.

On the *maturity date*, the *policy proceeds* will be the *cash value* less any *indebtedness*. If the policy is surrendered, the *policy proceeds* will be the *surrender value* (as described in the Complete Surrender provision). At the *insured's* death, the *policy proceeds* will be the *death benefit* (as described in the Death Benefit provision).

**Misstatement of Age or Sex** - If there is a misstatement of *age* or sex in the policy, the amount of the *specified amount* and *death benefit* will be adjusted. The adjusted *specified amount* and *death benefit* will be that which would be purchased by the most recent mortality charge at the correct *age* or sex.

If the misstatement of *age* or sex is discovered other than at the time of death, the adjusted *specified amount* will be used in the determination of future *death benefits* and *cash values*. Future mortality charges will be based on the correct *age* or sex and the adjusted *specified amount*.

**Effective Date of Coverage** - The effective date of coverage under this policy is as follows:

(1)     The *policy date* is the effective date for all coverage provided as a result of the original application. This date is shown on the Policy Specifications page.

(2)     The effective date for any increase or addition to coverage will be the *monthly policy day* on or next following the date we approve your application for the increase or addition. This date will be shown on a Policy Amendment.

**Policy Change** - If any change in the policy is made, we will issue a Policy Amendment.

**Annual Report** - At least once a year, we will send you a report which shows the *death benefit*, current *cash value*, *surrender value*, interest credited, premiums paid, partial surrenders and fees deducted since the last report, loan activity and status and any other required information.

**No Dividends** - This is a nonparticipating policy. It does not pay dividends and will not share in our profits or surplus.

SPECIMEN

360-2150                                    5



**Projections of Benefits/Values** - You may request a projection of illustrative future *death benefits* and policy values at any time. Your request to us must be in writing. We may charge a service fee up to $50 for this projection. The illustration will be based on:

(1)  assumptions as to the *specified amount* and future premium payment, as you may specify; and

(2)  other assumptions as are necessary and agreed upon by you and us.

**Calculations** - Guaranteed *surrender values* for policies issued at the *insured's* attained *age* 15 and above are based on the 1980 Commissioners Standard Ordinary Smoker or Nonsmoker Mortality Table, Age Last Birthday, with interest at an effective annual rate of 3½%. For policies issued prior to the *insured's* attained *age* 15, the guaranteed surrender values are based on the 1980 Commissioners Standard Ordinary Mortality Table, Age Last Birthday, with interest at an effective annual rate of 3½% until the *insured* reaches attained *age* 15. For policies issued prior to the *insured's* attained *age* 15, the guaranteed surrender values are based on the 1980 Commissioners Standard Ordinary Smoker or Nonsmoker Mortality Table, Age Last Birthday, with interest at an effective annual rate of 3½% when the *insured* reaches attained *age* 15 and above. A detailed statement of the method of calculating *surrender values* under this policy has been filed with the Insurance Department of the state in which this policy is delivered. *Surrender values* under this policy are not less than the minimum required on the *policy date* by the state in which this policy is delivered.

**Termination** - All coverage under this policy will terminate on the earliest of the following dates:

(1)  the date you surrender the policy;

(2)  when the *insured* dies;

(3)  the date the policy grace period ends;

(4)  the policy *anniversary* on or next following the *insured's* 95th birthday; or

(5)  when *indebtedness* causes the *surrender value* to equal zero or become negative.

SPECIMEN

380-2150

6

## PREMIUM PROVISIONS

Initial Premium - The initial premium is due on the *policy date* and is payable to us in advance. The initial premium is shown on the Policy Specifications page.

Scheduled Premiums - All scheduled premium payments after the initial premium payment are payable to us on or before the due date. A receipt signed by an officer of our company is available upon request. Scheduled premium payments may be made annually, semiannually, quarterly or by automatic bank check. Other modes of payment will be accepted subject to our requirements. Minimum scheduled premium amounts are subject to our current administrative requirements.

You may change the frequency and amount of scheduled premiums by sending us a written request. We reserve the right to limit the amount of any increase of the scheduled premium.

Any premium payment which exceeds the scheduled premium shown on the Policy Specifications page will be considered an unscheduled premium subject to the following provision.

Unscheduled Premiums - You may make unscheduled premium payments of at least $50 at any time prior to the *maturity date*. We reserve the right to limit the frequency and amount of unscheduled premium payments.

Maximum Premium Limitation - In order to conform to requirements of the Internal Revenue Code, we will limit the total amount of premiums, both scheduled and unscheduled, that may be paid during each policy year. The applicable maximum premium limitation is set forth on the Policy Specifications page or any subsequent Policy Amendment. Because the maximum premium limitation is in part dependent on the *specified amount* for each policy, changes in the *specified amount* may affect this limitation. In the event that a premium is paid that exceeds the maximum premium limitation, we will accept only the portion of the premium up to the maximum limitation and return the excess to you. Therefore, no additional premiums will be accepted until allowed by the maximum premium limitation set forth in this policy.

No-Lapse Conditions - This policy will not lapse as long as its *surrender value* is large enough to cover each *monthly deduction* when due. Even if this condition is not met, this policy will not lapse during a no-lapse period if the applicable conditions described below are met.

The initial no-lapse period is a five-year period that starts on the *policy date*. A new no-lapse period is a five-year period that starts on an *increase date*. An *increase date* is a *monthly policy day* on which the *specified amount* is increased. A new no-lapse period supersedes any existing no-lapse period.

SPECIMEN

Sentry000327

This policy will not lapse during a no-lapse period if the accumulated premiums that have been paid as of each monthly date since the start of the no-lapse period are not less than (1) times (2), plus (3), plus (4), where:

(1)   is the monthly no-lapse premium shown on the Policy Specifications page, or the most recent Policy Amendment, if any;

(2)   is the number of monthly dates which have occurred starting with the monthly date at the beginning of the no-lapse period;

(3)   is the increase in *indebtedness* during the no-lapse period; and

(4)   is the amount of *cash value* surrendered during the no-lapse period.

If the *insured* is receiving disability benefits under a rider attached to this policy, any existing no-lapse period will be suspended on the *monthly policy day* following the start of disability. Such no-lapse period will resume on the *monthly policy day* following the end of disability.

Grace Period - If the *surrender value* is not sufficient to cover the *monthly deduction* when due, a grace period of 61 days will be allowed for the payment of a premium sufficient to cover the *monthly deduction*. We will mail notice of such premium due to the last known address we have recorded for you at least 30 days prior to the end of the grace period. This policy will continue to be *in effect* during the grace period. If the *insured* dies during the grace period, we will deduct any *monthly deductions* that are due from the *policy proceeds*. If the required premium is still unpaid at the end of the grace period, the premium is in default and all coverage will terminate without value.

If a no-lapse period is *in effect*, a 61 day grace period will go into effect on the *monthly policy day* on which:

(1)   the *surrender value* is not sufficient to cover the *monthly deduction* when due; and

(2)   the applicable no-lapse conditions are not met.

During the no-lapse period, if a premium sufficient to meet the monthly no-lapse conditions is still unpaid at the end of the grace period, the premium is in default and all coverage will terminate without value.

Reinstatement - After a premium default, you may request that this policy be put back *in effect*. We will reinstate this policy on the following conditions:

(1)   your request is in writing and within three years from the date of premium default;

(2)   we receive proof satisfactory to us that the *insured* is still insurable; and

SPECIMEN

Sentry000328

(3)   you pay a minimum premium equal to the greater of (A) or (B), where:

    (A)   is a premium sufficient to keep the policy *in effect* for two *policy months*; and

    (B)   is a premium sufficient to meet the no-lapse conditions.

The effective date of a reinstated policy will be the *monthly policy day* on or next following the date we approve your application for reinstatement.

Except for failure to pay premiums, we will not contest the validity of a reinstated policy after it has been *in effect* during the *insured's* lifetime for two years from the date of reinstatement.

Any increase in the *specified amount* after the date of reinstatement will be incontestable only after such increase has been *in effect* during the *insured's* lifetime for two years following the effective date of such increase.

## INSURANCE COVERAGE PROVISIONS

**Death Benefit** - Subject to the terms of this policy, the *death benefit* will be as follows:

Option 1 - If Death Benefit Option 1 is shown on the Policy Specifications page, the *specified amount* includes the *cash value*. The *death benefit* will equal the greater of (A) or (B), where:

(A)   is the *specified amount* on the date of death; and

(B)   is an amount calculated as (1) multiplied by (2), where:

    (1)   is the *cash value* on the date of death; and

    (2)   is the applicable percentage shown in the Table of Cash Value Corridor Percentages and is based on the *insured's age* on the date of death.

Option 2 - If Death Benefit Option 2 is shown on the Policy Specifications page, the *specified amount* is in addition to the *cash value*. The *death benefit* will equal the greater of (A) or (B), where:

(A)   is the *specified amount* plus the *cash value* on the date of death; and

SPECIMEN

380-2150

9

(B)   is an amount calculated as (1) multiplied by (2), where:

(1)   is the *cash value* on the date of death; and

(2)   is the applicable percentage shown in the Table of Cash Value Corridor Percentages and is based on the *insured's age* on the date of death.

**Table of Cash Value Corridor Percentages**

| Age | % | Age | % | Age | % |
|---|---|---|---|---|---|
| 40 or less | 250 | 55 | 150 | 70 | 115 |
| 41 | 243 | 56 | 146 | 71 | 113 |
| 42 | 236 | 57 | 142 | 72 | 111 |
| 43 | 229 | 58 | 138 | 73 | 109 |
| 44 | 222 | 59 | 134 | 74 | 107 |
| 45 | 215 | 60 | 130 | 75 | 105 |
| 46 | 209 | 61 | 128 | 76 | 105 |
| 47 | 203 | 62 | 126 | 77 | 105 |
| 48 | 197 | 63 | 124 | 78 | 105 |
| 49 | 191 | 64 | 122 | 79-90 | 105 |
| 50 | 185 | 65 | 120 | 91 | 104 |
| 51 | 178 | 66 | 119 | 92 | 103 |
| 52 | 171 | 67 | 118 | 93 | 102 |
| 53 | 164 | 68 | 117 | 94 | 101 |
| 54 | 157 | 69 | 116 | 95 | 100 |

The *death benefit* will be reduced by the amount of any *indebtedness* against this policy on the date of death.

**Change of Death Benefit Option** - You may change the Death Benefit Option in effect by sending us a written request. Upon our acceptance, the effective date of the change will be the *monthly policy day* following receipt of the request. Such a change may result in a new *specified amount* and may be subject to evidence of insurability satisfactory to us before the change will be made.

A change from Death Benefit Option 1 to Death Benefit Option 2 will decrease the *specified amount* by the policy's *cash value* on the effective date of the change.

SPECIMEN

Sentry000330

A change from Death Benefit Option 2 to Death Benefit Option 1 will increase the *specified amount* by the policy's *cash value* on the effective date of the change.

Changes in Specified Amount - The *specified amount* may be increased or decreased upon your written request to us, subject to the following conditions:

(1)   No changes in the *specified amount* may be made in the first policy year;

(2)   The *specified amount* may be changed only one time in any policy year;

(3)   The *specified amount* may not be less than $25,000, unless our then current administrative rules specify a lower amount;

(4)   Decreases in Specified Amount - Any decrease will take effect on the *monthly policy day* on or next following the date we receive your written request for the decrease. We will not decrease the *specified amount* if the decrease causes the policy to violate the Maximum Premium Limitation provision. Decreases will be deducted from the most recent increases in *specified amount*, if any, on a last in/first out basis. The effective date of the decreased amount will be shown on a Policy Amendment; and

(5)   Increases in Specified Amount - Any request for an increase must be applied for on a life insurance application. We must also be provided with satisfactory evidence of insurability. Any increase in *specified amount* must be made prior to attained *age 76*. When we approve the increase, it will take effect on the next *monthly policy day* following our approval. The mortality class and the effective date of the increase in *specified amount* will be shown on a Policy Amendment.

A new *surrender charge* may be imposed on an increase in *specified amount*. Please refer to the Surrender Charge provision for details.

## NONFORFEITURE PROVISIONS

Cash Value - On the *policy date*, the *cash value* will be 94% of the initial premium payment.

On each *monthly policy day*, the *cash value* will be calculated as (1) minus (2), plus (3), plus (4), minus (5), minus (6), where:

(1)   is the *cash value* on the previous *monthly policy day*;

(2)   is the *monthly deduction* for the previous *policy month*;

(3)   is one *policy month's* interest on the difference between (1) and (2);

380-2150                    11                    SPECIMEN

(4)   is 94% of all premium received for the policy since the previous *monthly policy day* plus interest from the date we received your premium payment;

(5)   is the amount of any partial surrender made on the *monthly policy day*; and

(6)   is the amount of any partial surrender fees made on the *monthly policy day*.

On any day between *monthly policy days*, the *cash value* will be calculated as (1) minus (2), plus (3), plus (4), where:

(1)   is the *cash value* on the preceding *monthly policy day*;

(2)   is the *monthly deduction* for that *policy month*;

(3)   is interest on the difference between (1) and (2) for the number of days since the preceding *monthly policy day*; and

(4)   is 94% of all premium received since the preceding *monthly policy day*, plus interest from the date we received your premium payment.

**Interest Rate** - The guaranteed interest rate applied in the calculation of *cash values* is applied on a daily basis, at a daily rate, which is equivalent to an effective annual rate of 3½%.

We may apply interest in addition to the guaranteed rate in calculating *cash values* at such increased rates and in such manner as we may determine. Interest credited on that part of the *cash value* which equals any *indebtedness* against this policy will be at a rate which is lower than the rate applied to the remainder of the *cash value* but will never be less than the guaranteed interest rate.

**Monthly Deduction** - The *monthly deduction* for a *policy month* will be calculated as (1) plus (2), where:

(1)   is the *cost of insurance* for this policy and any additional benefits provided by rider for the *policy month*; and

(2)   is a $7.50 administrative fee.

SPECIMEN

Sentry000332

Cost of Insurance - The *cost of insurance* for this policy is determined on a *policy month* basis. Such cost is calculated as (1) multiplied by the result of (2) minus (3), where:

(1)   is the mortality charge (as described below);

(2)   is the *death benefit* at the beginning of the *policy month* divided by 1.0028709; and

(3)   is the *cash value* at the beginning of the *policy month*, less the administrative fee for that *policy month* and less the *cost of insurance* for any benefit riders.

The *cost of insurance* for any benefit rider is calculated as shown in the Cost of Insurance Provision of the rider.

Mortality Charge - The monthly mortality charge is based on our current mortality rates. The current mortality rates for this policy are based on the *insured's* attained *age*, sex and mortality class. We will determine the current mortality rates based on our expectations as to future mortality experience. Any change in mortality rates will apply to all *insureds* of the same mortality class. In no case will mortality rates for an *insured* in a standard mortality class ever be greater than those shown in the Table of Guaranteed Maximum Mortality Rates in this policy. The guaranteed mortality rates for a policy issued prior to the *insured's* attained *age* 15 are based on the 1980 Commissioners Standard Ordinary Mortality Table, Age Last Birthday, through attained *age* 14.

At attained *age* 15 and above, the guaranteed mortality rates will be based on the 1980 Commissioners Standard Ordinary Smoker or Nonsmoker Mortality Table, Age Last Birthday. The appropriate smoker or nonsmoker, male or female, mortality table mentioned above will apply to the policy based on the mortality class at issue. A detailed statement of the formulas used to calculate the monthly mortality charge has been filed with the Insurance Department of the state where this policy is delivered.

Continuation of Insurance - If you stop paying premiums, this policy will remain *in effect* until the *surrender value* is insufficient to cover the *monthly deduction*, as provided in the Grace Period provision.

This provision will not continue the policy beyond the *maturity date* or continue any benefit rider beyond its termination date, as provided in the rider.

380-2150

13

SPECIMEN

Sentry000333

**Partial Surrender** - You may request a partial surrender of this policy upon written request to us, subject to the terms of this and the Surrender Requirements provision.

A partial surrender fee will be incurred on each partial surrender. The partial surrender fee will never exceed $50 per partial surrender.

The *cash value* and *death benefit* will be reduced by the sum of any partial surrenders and partial surrender fees. If the policy is on Death Benefit Option 1, the *specified amount* will also decrease by the sum of any partial surrenders and partial surrender fees. A decrease in *specified amount* will be deducted from the most recent increases in *specified amount*, if any, on a last in/first out basis and shown on a Policy Amendment. The *specified amount* remaining after a partial surrender must be at least $10,000. We reserve the right to limit the number of partial surrenders made in a policy year.

The *surrender value* remaining after any partial surrender must be at least $300, unless our then current rules specify a lower amount.

**Complete Surrender** - You may request a complete surrender of this policy at any time upon written request to us, subject to the terms of this and the Surrender Requirements Provision. If you make a complete surrender, this policy will terminate.

The *surrender value* will be calculated as (1) minus (2), where:

(1)   is the *cash value* on the date of surrender, less any *indebtedness* against this policy; and

(2)   is the *surrender charge* on the date of surrender.

**Surrender Charge** - The *surrender charge* is calculated as (1) multiplied by (2), plus (3) multiplied by (2), where:

(1)   is the initial *surrender charge* amount shown on the Policy Specifications page;

SPECIMEN

Sentry000334

(2)   is the applicable percentage shown in the following table where Year is the number of full policy years from the original *policy date* or from the policy *anniversary* on or preceding the date of each increase in *specified amount* to the date of surrender; and

| Year | % | Year | % |
|------|-----|------|----|
| 0 | 100 | 8 | 80 |
| 1 | 100 | 9 | 70 |
| 2 | 100 | 10 | 60 |
| 3 | 100 | 11 | 50 |
| 4 | 100 | 12 | 40 |
| 5 | 95 | 13 | 30 |
| 6 | 90 | 14 | 15 |
| 7 | 85 | 15+ | 0 |

(3)   is the additional *surrender charge,* shown on any Policy Amendments, that may occur following each increase in *specified amount.* An additional *surrender charge* would apply only to any excess of the new *specified amount* over the previous high *specified amount.* A detailed statement of the method of calculating *surrender charges* has been filed with the Insurance Department of the state where this policy is delivered.

A decrease in *specified amount* will not change any existing *surrender charges.*

We will waive any *surrender charges* if this policy has been *in effect* for 10 years and any Optional Settlement Plan is elected with equal monthly guaranteed payments over a period of at least five years.

Surrender Requirements – Your request for a partial or complete surrender of this policy is subject to the following requirements:

(1)   it must be effective on a *monthly policy day;*

(2)   it must be made during the *insured's* lifetime;

(3)   it must be made before the *maturity date;* and

(4)   it must be made while the policy is *in effect.*

We reserve the right to defer payment of the amount of any partial or complete surrender for up to six months from the date we receive your written request for a surrender, unless such partial surrender or complete surrender is to be applied to the payment of premiums on policies with us.

SPECIMEN

380-2150

15

**POLICY LOAN PROVISIONS**

Policy Loans - You may borrow any existing *surrender value* under this policy at any time while this policy is *in effect*. Your request to us for a policy loan must be in writing. The loan will be made on the sole security of this policy and proper assignment of this policy to us.

We reserve the right to defer making a policy loan for up to six months from the date we receive your written request for the loan, unless such policy loan is to be applied to the payment of premiums on policies with us.

Loan Interest - We will charge an annual effective interest rate of 5.5% on all policy loans. Interest will be due at the end of each policy year. Unpaid interest will be added to the existing *indebtedness* and will be charged interest at the same rate.

Repayment - *Indebtedness* may be repaid in part or in full at any time while this policy is *in effect*. If not repaid, it will be deducted from the *policy proceeds*.

If the *indebtedness* causes the *surrender value* to equal zero or become negative, this policy will terminate. We will mail notice to you and any collateral assignee in our records at the last known address we have for you and the assignee at least 30 days prior to termination.

**OPTIONAL SETTLEMENT PROVISIONS**

Optional Settlement Plans - Any *policy proceeds* payable under this policy will be paid in one sum, unless one of the following plans is chosen. While the *insured* is living, you may request one of the plans. If no plan has been requested at the *insured's* death, the *beneficiary* may request a plan. The request requires satisfactory written notice to us. After we record it, the request is effective from the date the notice was signed. We will not be responsible for any payment we make or other action we take before we record your request.

Plan 1:   Proceeds Held At Interest - We will hold the *policy proceeds* and make payments at the times and in the amount agreed upon, as long as any *policy proceeds* remain. We will credit the *policy proceeds* we hold with an annual effective interest rate of at least 3½%.

When the *payee* dies, any remaining *policy proceeds* will be paid to his or her estate, unless otherwise specified.

Plan 2:   Lifetime Payments With A Guarantee - We will make monthly payments for as long as the *payee* lives. A guaranteed number of payments may be chosen. If the *payee* dies before the guaranteed number of payments has been made, we will continue payments to his or her estate, unless otherwise specified, until the guaranteed number of payments has been made.

SPECIMEN

Sentry000336

Guaranteed amounts of monthly payments for each plan are shown in the Optional Settlement Plan Tables. The minimum amount we will hold under any settlement plan is $5,000. The minimum payment is $50. We will consider special requests.

Provisions of Optional Settlement Plans - Proof of age and continued survival will be required from the *payee*.

The *policy proceeds* under one of the settlement plans may not be assigned or transferred.

The *policy proceeds* we hold, as well as any payments we make, are protected from the claims of any *payee's* creditors to the extent permitted by law.

SPECIMEN

380-2150

17

Sentry000337

## OPTIONAL SETTLEMENT PLAN TABLES
### PLAN 1

Guaranteed amounts of level monthly payments per $1,000 of *policy proceeds* which use up the *policy proceeds.*

| No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.65 | 7 | $13.38 | 13 | $7.94 | 19 | $5.97 | 25 | $4.96 |
| 2 | 43.05 | 8 | 11.90 | 14 | 7.49 | 20 | 5.75 | 26 | 4.84 |
| 3 | 29.19 | 9 | 10.75 | 15 | 7.10 | 21 | 5.56 | 27 | 4.73 |
| 4 | 22.27 | 10 | 9.83 | 16 | 6.76 | 22 | 5.39 | 28 | 4.63 |
| 5 | 18.12 | 11 | 9.09 | 17 | 6.47 | 23 | 5.24 | 29 | 4.53 |
| 6 | 15.35 | 12 | 8.46 | 18 | 6.20 | 24 | 5.09 | 30 | 4.45 |

### PLAN 2

The Table is based on the *payee's* adjusted age.  To find the adjusted age, subtract one year from the *payee's* actual age on the date of the first payment for each 7 years since January 1, 1984.  The Table shows the guaranteed amounts of level monthly payments per $1,000 of *policy proceeds.*

| Adjusted Age of Payee | MALE 10 Year Guar. | MALE 20 Year Guar. | FEMALE 10 Year Guar. | FEMALE 20 Year Guar. | Adjusted Age of Payee | MALE 10 Year Guar. | MALE 20 Year Guar. | FEMALE 10 Year Guar. | FEMALE 20 Year Guar. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | $3.33 | $3.32 | $3.22 | $3.21 | 50 | $4.29 | $4.17 | $3.97 | $3.91 |
| 26 | 3.35 | 3.34 | 3.23 | 3.23 | 51 | 4.36 | 4.23 | 4.02 | 3.96 |
| 27 | 3.37 | 3.36 | 3.25 | 3.25 | 52 | 4.43 | 4.29 | 4.08 | 4.01 |
| 28 | 3.39 | 3.38 | 3.27 | 3.26 | 53 | 4.51 | 4.34 | 4.14 | 4.07 |
| 29 | 3.41 | 3.40 | 3.29 | 3.28 | 54 | 4.59 | 4.40 | 4.20 | 4.12 |
| 30 | 3.44 | 3.42 | 3.30 | 3.30 | 55 | 4.67 | 4.47 | 4.27 | 4.18 |
| 31 | 3.46 | 3.45 | 3.32 | 3.32 | 56 | 4.76 | 4.53 | 4.34 | 4.24 |
| 32 | 3.49 | 3.47 | 3.34 | 3.34 | 57 | 4.85 | 4.59 | 4.42 | 4.30 |
| 33 | 3.52 | 3.50 | 3.37 | 3.36 | 58 | 4.95 | 4.66 | 4.50 | 4.36 |
| 34 | 3.55 | 3.53 | 3.39 | 3.38 | 59 | 5.05 | 4.73 | 4.59 | 4.43 |
| 35 | 3.58 | 3.56 | 3.41 | 3.40 | 60 | 5.16 | 4.79 | 4.68 | 4.50 |
| 36 | 3.61 | 3.59 | 3.44 | 3.43 | 61 | 5.28 | 4.86 | 4.77 | 4.57 |
| 37 | 3.65 | 3.62 | 3.47 | 3.45 | 62 | 5.40 | 4.93 | 4.87 | 4.64 |
| 38 | 3.68 | 3.65 | 3.49 | 3.48 | 63 | 5.53 | 5.00 | 4.98 | 4.71 |
| 39 | 3.72 | 3.69 | 3.52 | 3.51 | 64 | 5.66 | 5.06 | 5.09 | 4.78 |
| 40 | 3.76 | 3.72 | 3.55 | 3.54 | 65 | 5.80 | 5.13 | 5.21 | 4.86 |
| 41 | 3.81 | 3.76 | 3.59 | 3.57 | 66 | 5.95 | 5.19 | 5.34 | 4.93 |
| 42 | 3.85 | 3.80 | 3.62 | 3.60 | 67 | 6.10 | 5.25 | 5.48 | 5.01 |
| 43 | 3.90 | 3.84 | 3.66 | 3.63 | 68 | 6.26 | 5.31 | 5.62 | 5.08 |
| 44 | 3.95 | 3.88 | 3.69 | 3.67 | 69 | 6.43 | 5.36 | 5.77 | 5.15 |
| 45 | 4.00 | 3.93 | 3.73 | 3.70 | 70 | 6.59 | 5.41 | 5.93 | 5.22 |
| 46 | 4.05 | 3.97 | 3.78 | 3.74 | 71 | 6.77 | 5.46 | 6.10 | 5.29 |
| 47 | 4.11 | 4.02 | 3.82 | 3.78 | 72 | 6.94 | 5.50 | 6.27 | 5.35 |
| 48 | 4.17 | 4.07 | 3.87 | 3.82 | 73 | 7.12 | 5.54 | 6.45 | 5.41 |
| 49 | 4.23 | 4.12 | 3.92 | 3.87 | 74 | 7.31 | 5.58 | 6.64 | 5.46 |

SPECIMEN

390-2150

18

# TABLE OF GUARANTEED MAXIMUM MORTALITY RATES
## MALE
### Annual Rate Per $1,000 of Specified Amount

| Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker |
|---|---|---|---|---|---|---|---|---|
| 0 | 2.63 | 2.63 | 32 | 1.52 | 2.29 | 64 | 20.06 | 34.69 |
| 1 | 1.03 | 1.03 | 33 | 1.58 | 2.41 | 65 | 22.25 | 37.90 |
| 2 | .99 | .99 | 34 | 1.65 | 2.55 | 66 | 24.62 | 41.26 |
| 3 | .97 | .97 | 35 | 1.73 | 2.72 | 67 | 27.16 | 44.74 |
| 4 | .93 | .93 | 36 | 1.82 | 2.92 | 68 | 29.92 | 48.39 |
| 5 | .88 | .88 | 37 | 1.94 | 3.17 | 69 | 32.98 | 52.35 |
| 6 | .83 | .83 | 38 | 2.07 | 3.45 | 70 | 36.44 | 56.72 |
| 7 | .78 | .78 | 39 | 2.21 | 3.77 | 71 | 40.39 | 61.63 |
| 8 | .75 | .75 | 40 | 2.38 | 4.14 | 72 | 44.95 | 67.18 |
| 9 | .74 | .74 | 41 | 2.56 | 4.54 | 73 | 50.11 | 73.33 |
| 10 | .75 | .75 | 42 | 2.75 | 4.98 | 74 | 55.78 | 80.07 |
| 11 | .81 | .81 | 43 | 2.96 | 5.46 | 75 | 61.84 | 87.27 |
| 12 | .92 | .92 | 44 | 3.19 | 5.99 | 76 | 68.24 | 94.63 |
| 13 | 1.07 | 1.07 | 45 | 3.45 | 6.55 | 77 | 74.93 | 102.02 |
| 14 | 1.24 | 1.24 | 46 | 3.73 | 7.13 | 78 | 81.95 | 109.49 |
| 15 | 1.36 | 1.76 | 47 | 4.03 | 7.76 | 79 | 89.52 | 117.30 |
| 16 | 1.48 | 1.96 | 48 | 4.36 | 8.44 | 80 | 97.88 | 125.71 |
| 17 | 1.57 | 2.10 | 49 | 4.72 | 9.18 | 81 | 107.25 | 134.96 |
| 18 | 1.63 | 2.21 | 50 | 5.13 | 10.00 | 82 | 117.82 | 145.21 |
| 19 | 1.67 | 2.28 | 51 | 5.60 | 10.93 | 83 | 129.54 | 156.29 |
| 20 | 1.68 | 2.32 | 52 | 6.14 | 11.98 | 84 | 142.18 | 167.83 |
| 21 | 1.66 | 2.32 | 53 | 6.76 | 13.17 | 85 | 155.45 | 179.44 |
| 22 | 1.63 | 2.28 | 54 | 7.45 | 14.47 | 86 | 169.18 | 190.84 |
| 23 | 1.59 | 2.24 | 55 | 8.22 | 15.86 | 87 | 183.16 | 202.54 |
| 24 | 1.55 | 2.18 | 56 | 9.06 | 17.33 | 88 | 197.33 | 214.73 |
| 25 | 1.50 | 2.11 | 57 | 9.95 | 18.88 | 89 | 211.89 | 226.85 |
| 26 | 1.47 | 2.07 | 58 | 10.94 | 20.51 | 90 | 227.05 | 239.08 |
| 27 | 1.45 | 2.05 | 59 | 12.05 | 22.26 | 91 | 243.16 | 251.80 |
| 28 | 1.44 | 2.05 | 60 | 13.29 | 24.21 | 92 | 260.82 | 266.55 |
| 29 | 1.44 | 2.08 | 61 | 14.67 | 26.41 | 93 | 281.75 | 285.47 |
| 30 | 1.45 | 2.13 | 62 | 16.26 | 28.89 | 94 | 309.83 | 311.27 |
| 31 | 1.48 | 2.20 | 63 | 18.06 | 31.66 | | | |

SPECIMEN

380-2150

19

Sentry000339

## TABLE OF GUARANTEED MAXIMUM MORTALITY RATES
## FEMALE
### Annual Rate Per $1,000 of Specified Amount

| Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker |
|---|---|---|---|---|---|---|---|---|
| 0 | 1.88 | 1.88 | 32 | 1.33 | 1.71 | 64 | 12.89 | 18.19 |
| 1 | .84 | .84 | 33 | 1.38 | 1.80 | 65 | 14.26 | 19.92 |
| 2 | .80 | .80 | 34 | 1.44 | 1.90 | 66 | 15.68 | 21.68 |
| 3 | .78 | .78 | 35 | 1.51 | 2.01 | 67 | 17.13 | 23.38 |
| 4 | .77 | .77 | 36 | 1.61 | 2.18 | 68 | 18.63 | 25.10 |
| 5 | .75 | .75 | 37 | 1.73 | 2.38 | 69 | 20.30 | 26.97 |
| 6 | .73 | .73 | 38 | 1.86 | 2.61 | 70 | 22.26 | 29.18 |
| 7 | .71 | .71 | 39 | 2.00 | 2.86 | 71 | 24.65 | 31.98 |
| 8 | .70 | .70 | 40 | 2.17 | 3.16 | 72 | 27.58 | 35.41 |
| 9 | .69 | .69 | 41 | 2.35 | 3.48 | 73 | 31.09 | 39.49 |
| 10 | .68 | .68 | 42 | 2.53 | 3.80 | 74 | 35.13 | 44.14 |
| 11 | .70 | .70 | 43 | 2.71 | 4.12 | 75 | 39.64 | 49.22 |
| 12 | .73 | .73 | 44 | 2.89 | 4.44 | 76 | 44.52 | 54.62 |
| 13 | .77 | .77 | 45 | 3.09 | 4.78 | 77 | 49.75 | 60.26 |
| 14 | .82 | .82 | 46 | 3.30 | 5.13 | 78 | 55.41 | 66.22 |
| 15 | .86 | .96 | 47 | 3.53 | 5.49 | 79 | 61.68 | 72.71 |
| 16 | .90 | 1.01 | 48 | 3.77 | 5.88 | 80 | 68.81 | 79.98 |
| 17 | .93 | 1.06 | 49 | 4.04 | 6.31 | 81 | 77.01 | 88.23 |
| 18 | .96 | 1.11 | 50 | 4.34 | 6.77 | 82 | 86.46 | 97.61 |
| 19 | .99 | 1.14 | 51 | 4.67 | 7.26 | 83 | 97.12 | 108.44 |
| 20 | 1.01 | 1.17 | 52 | 5.05 | 7.82 | 84 | 108.87 | 120.18 |
| 21 | 1.03 | 1.19 | 53 | 5.47 | 8.44 | 85 | 121.58 | 132.65 |
| 22 | 1.04 | 1.22 | 54 | 5.90 | 9.07 | 86 | 135.16 | 145.75 |
| 23 | 1.06 | 1.25 | 55 | 6.36 | 9.72 | 87 | 149.59 | 159.35 |
| 24 | 1.08 | 1.28 | 56 | 6.82 | 10.36 | 88 | 164.88 | 173.52 |
| 25 | 1.10 | 1.31 | 57 | 7.27 | 10.96 | 89 | 181.15 | 188.25 |
| 26 | 1.13 | 1.36 | 58 | 7.72 | 11.55 | 90 | 198.53 | 204.58 |
| 27 | 1.15 | 1.40 | 59 | 8.23 | 12.18 | 91 | 217.42 | 222.16 |
| 28 | 1.18 | 1.45 | 60 | 8.83 | 12.93 | 92 | 238.53 | 241.66 |
| 29 | 1.22 | 1.51 | 61 | 9.57 | 13.87 | 93 | 263.35 | 264.56 |
| 30 | 1.25 | 1.58 | 62 | 10.49 | 15.08 | 94 | 295.23 | 295.23 |
| 31 | 1.29 | 1.64 | 63 | 11.62 | 16.55 | | | |

SPECIMEN

Sentry000340

**GENERAL PROVISIONS**

Rider Effective Date - Unless shown otherwise in this rider, the rider effective date will be the same as the *policy date.*

Incontestability - We will not contest the validity of this rider after it has been in effect during the *payor's* lifetime for two years from the rider effective date. This two-year period does not include any periods of *total disability.*

If this rider is reinstated along with the policy to which it is attached, we will not contest the validity of a reinstated rider after it has been in effect during the *payor's* lifetime for two years from the date of reinstatement. This two-year period does not include any periods of *total disability.*

With respect to increases in coverage due to increases in *specified amount* under the policy, we will not contest an increase in coverage under this rider after the increase has been in effect during the *payor's* lifetime for two years following the effective date of such increase. This two-year period does not include any periods of *total disability.*

Values - This rider has no loan value or *surrender value.*

Termination - All coverage under this rider will terminate on the earliest of the following dates:

(1)   the policy *anniversary* on which the *payor* is *age 60,* unless the payor is then totally disabled;

(2)   the *monthly policy day* or *monthly processing day,* whichever is applicable, on or next following the date we receive your written request to terminate this rider;

(3)   when the policy terminates; or

(4)   when the *payor* dies.

SENTRY LIFE INSURANCE COMPANY

President

Rider Effective Date: _____

(if different from the *policy date*)

SPECIMEN

Sentry000341