# EXHIBIT H

*Contemporary Life Plus ElW*

## CURRENT ASSUMPTION WHOLE LIFE INSURANCE RIDERS

380-2207 Waiver of Premium Rider (See State Exceptions for: MO, SC, TN, WA)
380-2208 Accidental Death Rider AL, CO, GU, HI, IA, KS, LA, ME, MI, NE, NM, ND, OH, OK, RI, TX, UT, VA, WI (See State Exceptions for CT, MN, NJ)
380-2209 Accidental Death Rider AZ, AR, CA, FL, GA, IL, IN, KY, MD, NV, NH, NC, OR, SC, TN, VT (See State Exceptions for: MO, PA, WA)
380-2214 Accidental Death Rider Schedule
380-2210 Guaranteed Insurability Rider (See State Exceptions for NJ)
380-2215 Guaranteed Insurability Rider Rates
380-2211 Children's Term Life Insurance Rider (See State Exceptions for: AL, IL, NJ, WA)
380-2212 Spouse's Term Life Insurance Rider (See State Exceptions for: AL, IL, NJ)
380-2216 Spouse's Rider Benefits
380-2213 Other Insured Rider (See State Exceptions for MA, NJ, PA)
380-2219(A) Schedule of Other Insured Rider Rates (Nonsmoker)(See State Exceptions for: MA, NC, PA)
380-2220(A) Schedule of Other Insured Rider Rates (Smoker)(See State Exceptions for: MA, NC, PA)
380-2223 Waiver of Premium Rates for Other Insured Rider

| | |
|---|---|
| Alabama | 380-2211(AL) Children's Term Life Insurance Rider |
| | 380-2212(AL) Spouse's Term Life Insurance Rider |
| Connecticut | 380-2208(CT) Accidental Death Rider |
| Illinois | 380-2211(IL) Children's Term Life Insurance Rider |
| | 380-2212(IL) Spouse's Term Life Insurance Rider |
| Massachusetts | 380-2213(A) Other Insured Rider |
| | 380-2219(B) Schedule of Other Insured Rider Rates (Nonsmoker) |
| | 380-2220(B) Schedule of Other Insured Rider Rates (Smoker) |
| Minnesota | 380-2208(MN) Accidental Death Rider |
| Missouri | 380-2207(MO) Waiver of Premium Rider |
| | 380-2209(MO) Accidental Death Rider |
| New Jersey | 380-2208(NJ) Accidental Death Rider |
| | 380-2210(NJ) Guaranteed Insurability Rider |
| | 380-2211(NJ) Children's Term Life Insurance Rider |
| | 380-2212(NJ) Spouse's Term Life Insurance Rider |
| | 380-2213(NJ) Other Insured Rider |
| North Carolina | 380-2219(C) Schedule of Other Insured Rider Rates |
| | 380-2220(C) Schedule of Other Insured Rider Rates |
| | 380-257 to attach to a rider page when the rider is added to the policy subsequent to the policy date (sticker). |
| Pennsylvania | 380-2209(PA) Accidental Death Rider |
| | 380-2213(PA) Other Insured Rider |
| | DO NOT SEND SCHEDULE OF OTHER INSURED RATES, FORM 380-2219(A) OR FORM 380-2220(A). |
| | Special Policy Specifications for Other Insured Rider |
| South Carolina | 380-2207(SC) Waiver of Premium Rider |
| Tennessee | 380-2207(TN) Waiver of Premium Rider |
| Washington | 380-2207(TN) Waiver of Premium Rider |
| | 380-2209(WA) Accidental Death Rider |
| | 380-2211(WA) Children's Term Life Insurance Rider |
| West Virginia | WAIVER OF PREMIUM RIDER, FORM 380-2207 IS THE ONLY ADDITIONAL BENEFIT RIDER AVAILABLE WITH THIS POLICY. |

EXHIBIT
Derksen
43  12·7·18
Grossbier & Associates, Inc.

Sentry000394

## List of Policy Provisions

General Provisions
- Insuring Agreement....................................................3
- Contract..............................................................3
- Application..........................................................3
- Owner................................................................3
- Contingent Owner.....................................................3
- Change of Owner or Contingent Owner..................................3
- Collateral Assignment................................................3
- Beneficiary..........................................................3
- Change of Beneficiary................................................4
- Incontestability.....................................................4
- Suicide Exclusion....................................................4
- Policy Proceeds......................................................4
- Misstatement of Age or Sex...........................................4
- Effective Date of Coverage...........................................4
- Maturity Date........................................................5
- Policy Change........................................................5
- Annual Report........................................................5
- No Dividends.........................................................5
- Calculations.........................................................5
- Termination..........................................................5

Premium Provisions
- Initial Premium......................................................5
- Premium Payments.....................................................5
- Additional Premium Payments..........................................5
- Net Premiums.........................................................6
- Guideline Premium Limitation.........................................6
- Grace Period.........................................................6
- Reinstatement........................................................6
- Death Benefit........................................................6

Renewal Options Provisions
- Option Anniversary...................................................7
- Notification of Options..............................................7
- Options..............................................................7
- Automatic Option.....................................................8

Premium Options Provisions
- Reduced Premium Option...............................................9
- Vanishing Premium Option.............................................9

Policy Values Provisions
- Accumulation Value...................................................9
- Interest Rate.......................................................10
- Monthly Deduction...................................................10
- Cost of Insurance...................................................11
- Mortality Charge....................................................11

Sentry000395

Guaranteed Surrender Value...................................11
Surrender Value..............................................11
Surrender Requirements.......................................12
Policy Loan..................................................12
Automatic Premium Loan.......................................12
Loan Interest................................................12
Repayment....................................................12

Nonforfeiture Options Provision...................................13

Optional Settlement Provisions
   Optional Settlement Plans....................................13
   Provisions of Optional Settlement Plans......................14

Optional Settlement Plan Tables...................................15

Table of Guaranteed Maximum Mortality Rates....................16-17

**READ YOUR POLICY CAREFULLY
IT IS A LEGAL CONTRACT BETWEEN YOU AND US**

## GENERAL PROVISIONS

**Insuring Agreement** — We will pay the *beneficiary* the death benefit subject to the terms of this policy, when we receive due proof that the *insured* died prior to the maturity date and while this policy was *in effect*.

We will pay you the accumulation value less any *indebtedness* if the *insured* is living on the maturity date and this policy is still *in effect*.

**Contract** — We have issued this policy in consideration of the required initial premium payment and the application. The policy, with all its pages and cover, the attached copies of the application, any supplemental applications and any attached amendments or riders form the entire contract.

No agent, nor anyone other than one of our officers, has the power to change this contract or waive any of our rights or requirements.

**Application** — In issuing this policy, we have relied on statements in the application. All statements in the application, and any supplemental applications, are assumed to be true and complete to the best of the knowledge and belief of the person making them. No statement will be used by us to void the policy or deny a claim unless that statement is a material misrepresentation and is in the application or supplemental applications.

**Owner** — The owner is the *insured*, unless otherwise specified in the application. You may exercise all policy rights and privileges, while the *insured* is living, without the consent of any revocable *beneficiary*.

**Contingent Owner** — If you are not the *insured*, you may name a contingent owner. If you die before the *insured*, the contingent owner named in the application will become the owner and will possess all the rights of an owner. If the contingent owner is dead, or if no contingent owner has been named at your death, your rights as owner will go to your estate.

**Change of Owner or Contingent Owner** — You may change the owner or contingent owner of this policy during the *insured's* lifetime. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living when we record a change of owner for it to be effective. You do not have to be living when we record a change of contingent owner for it to be effective. We will not be responsible for any payment we make or other action we take before we record any change.

**Collateral Assignment** — You may assign this policy as collateral. We are not responsible for the validity or effect of any collateral assignment. The interest of any revocable *beneficiary* will be subject to the terms of the assignment. We will not be responsible for knowledge of any assignment until we record your written notice to us.

**Beneficiary** — The *beneficiary* of this policy is named in the application. If there is no named *beneficiary* when the *insured* dies, we will pay the death benefit to you or your estate. If any *beneficiary* dies at the same time or within ten days of the *insured*, the death benefit will be paid as though that *beneficiary* died before the *insured*.

Sentry000397

**Change of Beneficiary** — You may change the *beneficiary* during the *insured's* lifetime. The change requires satisfactory written notice to us. After we record it, the change is effective from the date you signed the notice. The *insured* does not have to be living at the time we record the change for it to be effective. We will not be responsible for any payment we make or other action we take before we record the change.

**Incontestability** — Except for failure to pay premiums, we will not contest the validity of this policy after it has been *in effect* during the *insured's* lifetime for two years from the *policy date*. A reinstated policy will be contestable for two years from the date of reinstatement in the case of fraud or misrepresentation of any material facts in the application for reinstatement.

This incontestability provision will not apply to any riders attached to this policy.

Any increase in the *face amount* after the *policy date* will be incontestable only after such increase has been *in effect* during the *insured's* lifetime for two years following the effective date of such increase.

**Suicide Exclusion** — If the *insured* commits suicide within two years from the *policy date*, whether sane or insane, our liability will be limited to the premiums paid prior to the *insured's* death, less any *indebtedness*.

If the *insured* commits suicide, whether sane or insane, within two years from the effective date of any increase in *face amount*, our liability will be limited to the premiums paid for such increase.

**Policy Proceeds** — Policy proceeds means the amount payable under this policy on the earliest of the following:

1) the maturity date;
2) surrender of the policy; or
3) death of the *insured*.

On the maturity date, the policy proceeds will be the accumulation value less any *indebtedness*. If the policy is surrendered, the policy proceeds will be the surrender value (as described in the Surrender Value provision). At the *insured's* death, the policy proceeds will be the death benefit (as described in the Death Benefit provision), less any *indebtedness*.

**Misstatement of Age or Sex** — If the *insured's* age or sex has been misstated, all benefits will be what the premium would have bought at the correct *age* or *sex*.

**Effective Date of Coverage** — The effective date of coverage under this policy is as follows:

1) The *policy date* is the effective date for all coverage provided as a result of the original application.
2) The effective date for any increase in coverage will be an Option Anniversary, subject to the terms of the Renewal Options provision. This date will be shown on a Policy Amendment.

Sentry000398

**Maturity Date** — The maturity date is shown on the Policy Specifications page. It is the policy *anniversary* on or next following the *insured's* 95th birthday.

**Policy Change** — If any change in the policy is made, we will issue a Policy Amendment.

**Annual Report** — At least once a year, we will send you a report which shows the current *face amount*, accumulation value, surrender value, interest credited, premiums paid, loan activity and status, and any other required information.

**No Dividends** — This is a nonparticipating policy. It does not pay dividends and will not share in our profit or surplus.

**Calculations** — Guaranteed surrender values are based on the Commissioners 1980 Standard Ordinary Smoker/Nonsmoker Mortality Table, Age Last Birthday, with interest at an effective annual rate of 5%. A detailed statement of the method of calculating surrender values under this policy has been filed with the Insurance Department of the State in which this policy is delivered. Surrender values under this policy are not less than the minimum required on the *policy date* by the State in which this policy is delivered.

**Termination** — All coverage under this policy will terminate when any one of the following events occurs:

1) you surrender the policy;
2) the *insured* dies;
3) the policy grace period ends;
4) the policy reaches the maturity date; or
5) *indebtedness* causes the surrender value to equal zero or become negative.

## PREMIUM PROVISIONS

**Initial Premium** — The initial premium is due on the *policy date* and is payable to us in advance.

**Premium Payments** — All premiums after the first are payable on or before the due date. Premium payments may be made annually, semi-annually, quarterly or by automatic bank check. We will consider other modes of payment. Minimum premium amounts are subject to our current administrative requirements. You may change the mode of payment by sending us a written notice.

**Additional Premium Payments** — You may make additional premium payments of at least $50 at any time during the first policy year, unless our then current rules specify a lower amount or extend that time period. We reserve the right to limit the frequency and amount of additional premium payments. Additional premium payments will be added to the accumulation value.

380-2222                                         5                                           J 87

Sentry000399

**Net Premiums** — Net premiums are calculated as (1) minus (2), minus (3), minus (4), where:

1) is the gross modal premium paid;
2) is the modal policy fee, if any;
3) is the modal extra life premium, if any; and
4) is the sum of the modal premiums for additional benefits provided by riders, if any.

**Guideline Premium Limitation** — In order to conform to requirements of the Internal Revenue Code, we will limit the total amount of premium that may be paid during each policy year. The applicable guideline premium limitation is set forth on the Policy Specifications page or any subsequent Policy Amendment. In the event that a premium is paid that exceeds the guideline premium limitation, we will accept only the portion of the premium up to the guideline limitation and return the excess to you. Thereafter, premium payments will not be accepted until allowed by the guideline premium limitation set forth in the policy.

**Grace Period** — You are allowed 31 days after the due date for payment of each premium after the initial premium. The policy will continue to be *in effect* during this grace period. If the *insured* dies during the grace period, we will deduct any premiums that are due from the policy proceeds. If the required premium is still unpaid at the end of the grace period and you have not requested the Automatic Premium Loan, the premium is in default and all coverage will terminate without value unless the Nonforfeiture Options apply.

**Reinstatement** — After a premium default, you may request that the policy be put back *in effect*. We will reinstate the policy on the following conditions:

1) your request is in writing and within three years from the date of premium default;
2) we receive proof satisfactory to us that the *insured* is still insurable;
3) you pay all overdue premiums with 6% interest, compounded annually, since the date of default; and
4) you repay or agree to reinstate any *indebtedness* under this policy with interest at 8%, compounded annually, since the date of default.

**Death Benefit** — Subject to the terms of this policy, the death benefit will be equal to the greater of (1) or (2), where:

1) is the *face amount* on the date of death; and
2) is an amount calculated as (a) multiplied by (b), where:
   (a) is the accumulation value on the date of death; and
   (b) is the applicable percentage shown in the Table of Death Benefit Percentages and is based on the *insured's age* on the date of death.

Sentry000400

**Table of Death Benefit Percentages**

| Age | % | Age | % | Age | % |
|---|---|---|---|---|---|
| 40 or less | 250 | 56 | 146 | 71 | 113 |
| 41 | 243 | 57 | 142 | 72 | 111 |
| 42 | 236 | 58 | 138 | 73 | 109 |
| 43 | 229 | 59 | 134 | 74 | 107 |
| 44 | 222 | 60 | 130 | 75 | 105 |
| 45 | 215 |  |  |  |  |
|  |  | 61 | 128 | 76-90 | 105 |
| 46 | 209 | 62 | 126 |  |  |
| 47 | 203 | 63 | 124 | 91 | 104 |
| 48 | 197 | 64 | 122 | 92 | 103 |
| 49 | 191 | 65 | 120 | 93 | 102 |
| 50 | 185 |  |  | 94 | 101 |
|  |  | 66 | 119 | 95+ | 100 |
| 51 | 178 | 67 | 118 |  |  |
| 52 | 171 | 68 | 117 |  |  |
| 53 | 164 | 69 | 116 |  |  |
| 54 | 157 | 70 | 115 |  |  |
| 55 | 150 |  |  |  |  |

## RENEWAL OPTIONS PROVISIONS

**Option Anniversary** — The first option anniversary will be the fifth policy anniversary. Subsequent option anniversaries will be as indicated on the Policy Specifications page.

**Notification of Options** — We will send you an Option Notice at least thirty days prior to each option anniversary. This Notice will explain what new premium will be needed to continue the then current *face amount* for the next policy year. The Notice will also explain what options are available to you. The method used to calculate the new premium and the other values shown in the Notice has been filed with the Insurance Department of the State in which this policy is delivered.

In the explanation below, the new premium is called the calculated premium; the premium that is being paid at the time the Option Notice is sent is called the current premium; and the *face amount* of this policy at the time the Option Notice is sent is called the current *face amount*.

**Options** — The calculated premium may be more or less than the current premium. You will have several options available to you. You will never be required to pay any premium other than what you are currently paying. Whichever option you choose will be effective on the option anniversary. Any change to your policy will be shown on a Policy Amendment.

Sentry000401

1) If the calculated premium is less than the current premium:

   a) You may choose to continue to pay the current premium and have the current *face amount* continued to the next option anniversary. This option will result in accumulation values that will be larger than if you chose option 1b or 1c below.

   b) You may choose to reduce your premium to the calculated premium and have the current *face amount* continued to the next option anniversary.

   c) You may choose to continue to pay the current premium and have the current *face amount* increased to the amount stated in the Option Notice. You must provide satisfactory evidence of insurability to us if you elect this option. The Incontestability and Suicide Exclusion provisions will apply to the additional insurance, starting on the option anniversary.

2) If the calculated premium is more than the current premium:

   a) You may choose to increase your premium to the calculated premium and the current *face amount* will then continue to the next option anniversary.

   b) You may choose to continue to pay the current premium and have the *face amount* reduced to the amount stated in the Option Notice. The reduced *face amount* will never be less than the guaranteed minimum *face amount* shown on the Policy Specifications page.

If option 2b is chosen, you may make application to purchase additional insurance equal to the amount that the *face amount* of the policy was reduced. We must receive your application prior to the option anniversary. The following statements apply to this additional insurance:

1) the additional insurance may be any plan or rider issued by us and must comply with our normal issue limits;

2) this additional insurance will be effective on the option anniversary and will be incontestable from the date of issue;

3) the first premium for this insurance must be paid by the option anniversary;

4) the insurance will be issued without evidence of insurability in the same *class* as this policy; and

5) the premium for the additional insurance will be based on premium rates then in effect for the *insured's* attained *age* and sex and will include any extra premium for *insureds* classified as substandard.

**Automatic Option** — If we have not received your choice by the option anniversary, we will use either option 1a or option 2b as the automatic option.

Sentry000402

## PREMIUM OPTIONS PROVISIONS

**Reduced Premium Option** — On any premium due date, if there is excess surrender value, you may elect to use all or part of that excess to reduce your premium payment. Excess surrender value is calculated as (1) minus (2), where:

(1) is the surrender value; and

(2) is the guaranteed surrender value, less any *indebtedness*.

The minimum premium payable under this option is calculated as (1) minus (2), where:

(1) is the premium due; and

(2) is the excess surrender value.

If you have paid a reduced premium, the accumulation value will be reduced by the unpaid portion of the premium due.

This option will result in surrender values that will be less than if you paid the premium due.

**Vanishing Premium Option** — On any *anniversary*, if the accumulation value, less any *indebtedness*, exceeds the projected net single premium for all future monthly deductions, you may elect to discontinue premium payments. The projected net single premium is calculated using assumed interest rates and current mortality rates. Refer to the Monthly Deduction provision for an explanation of the deductions made from your accumulation value when this option is elected.

You must elect this option in writing. If this option is elected, we will not require premium payments and we will guarantee the *face amount* until the next *anniversary*. If this option is no longer available at the next *anniversary*, premiums will again be payable.

If this option is elected, we reserve the right to recalculate the guaranteed surrender values to reflect the fact that premiums have not been paid.

## POLICY VALUES PROVISIONS

**Accumulation Value** — On the *policy date*, the accumulation value will be the initial net premium payment multiplied by the premium expense factor for the first policy year, plus any additional premium payments.

On each *monthly policy day*, the accumulation value will be calculated as (1) minus (2), plus (3), plus (4), plus (5), where:

(1) is the accumulation value on the previous *monthly policy day*;

(2) is the monthly deduction for the previous policy month;

(3) is one policy month's interest on the difference between (1) and (2);

Sentry000403

(4) is all net premiums received for the policy since the previous *monthly policy day*, multiplied by a premium expense factor, plus interest from the date we received your premium payment; and

(5) is any additional premium payment received for the policy since the previous *monthly policy day*, plus interest from the date we received the additional premium payment.

On any day between *monthly policy days*, the accumulation value will be calculated as (1) minus (2), plus (3), plus (4), plus (5), where:

(1) is the accumulation value on the previous *monthly policy day*;

(2) is the monthly deduction for that policy month;

(3) is interest on the difference between (1) and (2) for the number of days since the previous *monthly policy day*;

(4) is all net premiums received since the previous *monthly policy day*, multiplied by a premium expense factor, plus interest from the date we received your premium payment; and

(5) is any additional premium payment received for the policy since the previous *monthly policy day*, plus interest from the date we received the additional premium payment.

The premium expense factor is shown on the Table of Guaranteed Policy Values. The difference between 100% and the premium expense factor is an expense charge applied to the net premiums.

**Interest Rate** — The guaranteed interest rate applied in the calculation of accumulation values is applied on a daily basis, at a daily rate, which is equivalent to an effective annual rate of 5%.

We may apply interest in addition to the guaranteed rate in calculating accumulation values at such increased rates and in such manner as we may determine. Interest credited on that part of the accumulation value which equals any *indebtedness* against this policy will be at a rate which is lower than the rate applied to the remainder of the accumulation value but will never be less than the guaranteed interest rate.

**Monthly Deduction** — The monthly deduction for a policy month will be the cost of insurance for this policy. If the policy is in a vanished premium status, the monthly deduction on any policy *anniversary* will include the annual policy fee, if any, premiums for any riders and any extra life premiums.

Sentry000404

**Cost of Insurance** — The cost of insurance for the policy is determined on a policy month basis. Such cost is calculated as (1) multiplied by the result of (2) minus (3), where:

(1) is the mortality charge (as described below);

(2) is the death benefit at the end of the policy month, discounted for one month at the current interest rate applicable to the accumulation value; and

(3) is the accumulation value at the beginning of the policy month.

If the policy is in a vanished premium status, the accumulation value on any policy *anniversary* will be reduced by the annual policy fee, if any, premiums for any riders and any extra life premiums.

The premium for any rider is calculated as shown in the Premium provision of the rider.

**Mortality Charge** — The current mortality charges for the policy are based on the *insured's* attained *age, sex* and *class*. The monthly mortality charge is based on our current mortality rates.

We will determine the current mortality rates based on our expectations as to future mortality experience. Any change in mortality rates will apply to all *insureds* of the same *class*. In no case will mortality rates for an *insured* in a standard *class* ever be greater than those shown in the Table of Guaranteed Maximum Mortality Rates in this policy. Such guaranteed rates are based on the Commissioners 1980 Standard Ordinary Smoker/Nonsmoker Mortality Table, Age Last Birthday.

A detailed statement of the formulas used to calculate the monthly mortality charge has been filed with the Insurance Department of the State in which this policy is delivered.

**Guaranteed Surrender Value** — The guaranteed surrender value is the minimum value of this policy. The Table of Guaranteed Policy Values in this policy shows the guaranteed surrender values on the given *anniversary* dates. The values shown are based on the assumption that premiums are paid each policy year and there is no *indebtedness*. Any additional premiums are added to the guaranteed surrender values shown in the Table and accumulate at an effective annual interest rate of 5%.

**Surrender Value** — You may surrender this policy for its surrender value upon written request to us, subject to the terms of this and the Surrender Requirements provisions. If you surrender the policy, all coverage will terminate.

The surrender value will be calculated as (1) minus (2), where:

(1) is the accumulation value on the date of surrender, less any *indebtedness* against the policy; and

(2) is the surrender charge on the date of surrender, as shown on the Table of Guaranteed Policy Values.

However, the surrender value will never be less than the guaranteed surrender value, less any *indebtedness*.

380-2222

4-87

Sentry000405

**Surrender Requirements** — Your request for a surrender of this policy is subject to the following requirements:

1) it must be effective on a *monthly policy day;*
2) it must be made during the *insured's* lifetime;
3) it must be made before the maturity date; and
4) it must be made while the policy is *in effect.*

We reserve the right to defer payment of the amount of any surrender for up to six months from the date we receive your request for a surrender.

**Policy Loan** — The maximum loan value is the lesser of (1) or (2), where:

(1) is the surrender value on the date premiums are paid to, discounted to the date of the loan at the loan interest rate; and

(2) is the surrender value on the next *anniversary,* discounted to the date of the loan at the loan interest rate.

You may borrow any existing loan value under this policy at any time while the policy is *in effect.* Your request for a policy loan must be in writing. The loan will be made on the sole security of this policy and proper assignment of the policy to us.

We reserve the right to defer making a policy loan for up to six months from the date we receive your written request for the loan.

**Automatic Premium Loan** — You must request the Automatic Premium Loan feature on your application or by writing to us. If you have requested this feature and there is enough surrender value, any premium not paid by the end of the grace period will be paid by automatic loan. If the surrender value is less than the premium due but is enough to pay at least a quarterly premium, the loan will be made for the largest premium it will cover.

**Loan Interest** — We charge an annual effective interest rate of 8% on all policy loans. Interest will be due at the end of each policy year. Unpaid interest will be added to the existing *indebtedness* and will be charged interest at the same rate.

**Repayment** — *Indebtedness* may be repaid in part or in full at any time while this policy is *in effect.*

If the *indebtedness* causes the surrender value to equal zero or become negative the policy will terminate. We will mail notice to you and any collateral assignee in our records at the last known address we have for you and the assignee at least 30 days prior to termination.

Sentry000406

## NONFORFEITURE OPTIONS PROVISION

If you stop paying premiums and your policy has a surrender value, you may choose one of the following options. Your request must be in writing and within three months of the due date of the first unpaid premium.

1) Surrender - Refer to the Surrender Value and Surrender Requirements provisions.

2) Paid-Up Insurance - Your policy may remain *in effect* for a reduced amount of insurance. The amount of insurance will be that which the surrender value will buy when used as a net single premium at the *insured's* attained *age*. The net single premium is calculated using the Commissioners 1980 Standard Ordinary Smoker/Nonsmoker Mortality Table, Age Last Birthday, with interest at an effective annual rate of 5%.

3) Extended Term Insurance - This option is available only if the *insured* is classified as standard (see Policy Specifications page).

   Your policy may remain *in effect* for the present *face amount* less any *indebtedness*. The insurance will continue for as long a time as the surrender value will buy when used as a net single premium at the *insured's* attained *age*. The net single premium is calculated using the Commissioners 1980 Extended Term Smoker/Nonsmoker Mortality Table, Age Last Birthday, with interest at an effective annual rate of 5%.

If this policy is under Option 2 or 3, you may surrender it to us for an amount equal to the net single premium for the remaining insurance at the *insured's* attained *age*. The amount within 30 days after an *anniversary* will not be less than the amount on that *anniversary*. Once surrendered, the policy is no longer *in effect*.

Extended term insurance and paid-up insurance benefits do not apply to any rider attached to this policy, unless specifically provided in that rider.

If you do not choose an option within three months of the due date of the first unpaid premium, we will use the third option, Extended Term Insurance, if available. If the third option is not available, we will use the second option, Paid-Up Insurance.

## OPTIONAL SETTLEMENT PROVISIONS

**Optional Settlement Plans** — Any policy proceeds payable under this policy will be paid in one sum unless one of the following plans is chosen. While the *insured* is living, you may request one of the plans. If no plan has been requested at the *insured's* death, the *beneficiary* may request a plan. The request requires satisfactory written notice to us. After we record it, the request is effective from the date the notice was signed. We will not be responsible for any payment we make or other action we take before we record your request.

Sentry000407

Plan 1: Proceeds Held At Interest — We will hold the policy proceeds and make payments at the times and in the amount agreed upon, as long as any policy proceeds remain. We will credit the policy proceeds we hold with an annual effective interest rate of at least 3½%.

When the *payee* dies, any remaining policy proceeds will be paid to his or her estate, unless otherwise specified.

Plan 2: Lifetime Payments With A Guarantee — We will make monthly payments for as long as the *payee* lives. A guaranteed number of payments may be chosen. If the *payee* dies before the guaranteed number of payments has been made, we will continue payments until the guaranteed number has been made.

Guaranteed amounts of monthly payments for each plan are shown in the Optional Settlement Plan Tables. The minimum amount we will hold under any settlement plan is $5,000. The minimum payment is $50. We will consider special requests.

**Provisions of Optional Settlement Plans** — Proof of *age* and continued survival will be required from the *payee*.

The policy proceeds under one of the settlement plans may not be assigned or transferred.

The policy proceeds we hold, as well as any payments we make, are protected from the claims of any *payee's* creditors to the extent permitted by law.

Sentry000408

## Optional Settlement Plan Tables

### PLAN 1

Guaranteed amounts of level monthly payments per $1,000 of policy proceeds which use up the policy proceeds.

| No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. | No. of Yrs. Payable | Mthly. Pymts. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.65 | 7 | $13.38 | 13 | $7.94 | 19 | $5.97 | 25 | $4.96 |
| 2 | 43.05 | 8 | 11.90 | 14 | 7.49 | 20 | 5.75 | 26 | 4.84 |
| 3 | 29.19 | 9 | 10.75 | 15 | 7.10 | 21 | 5.56 | 27 | 4.73 |
| 4 | 22.27 | 10 | 9.83 | 16 | 6.76 | 22 | 5.39 | 28 | 4.63 |
| 5 | 18.12 | 11 | 9.09 | 17 | 6.47 | 23 | 5.24 | 29 | 4.53 |
| 6 | 15.35 | 12 | 8.46 | 18 | 6.20 | 24 | 5.09 | 30 | 4.45 |

### PLAN 2

The Table is based on the *payee's* adjusted age. To find the adjusted age, subtract one year from the *payee's* actual age on the date of the first payment for each 15 years since the *policy date*. The Table shows the guaranteed amounts of level monthly payments per $1,000 of policy proceeds.

| Adjusted Age of Payee | MALE 10 Year Guar. | MALE 20 Year Guar. | FEMALE 10 Year Guar. | FEMALE 20 Year Guar. | Adjusted Age of Payee | MALE 10 Year Guar. | MALE 20 Year Guar. | FEMALE 10 Year Guar. | FEMALE 20 Year Guar. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | $3.46 | $3.45 | $3.35 | $3.34 | 50 | $4.68 | $4.47 | $4.30 | $4.21 |
| 26 | 3.49 | 3.47 | 3.37 | 3.36 | 51 | 4.76 | 4.53 | 4.37 | 4.27 |
| 27 | 3.51 | 3.50 | 3.39 | 3.38 | 52 | 4.85 | 4.59 | 4.45 | 4.33 |
| 28 | 3.54 | 3.52 | 3.41 | 3.40 | 53 | 4.94 | 4.65 | 4.52 | 4.39 |
| 29 | 3.57 | 3.55 | 3.43 | 3.42 | 54 | 5.03 | 4.71 | 4.61 | 4.45 |
| 30 | 3.60 | 3.58 | 3.46 | 3.45 | 55 | 5.13 | 4.78 | 4.69 | 4.52 |
| 31 | 3.63 | 3.61 | 3.48 | 3.47 | 56 | 5.24 | 4.84 | 4.78 | 4.59 |
| 32 | 3.67 | 3.64 | 3.51 | 3.50 | 57 | 5.34 | 4.91 | 4.87 | 4.66 |
| 33 | 3.70 | 3.68 | 3.54 | 3.52 | 58 | 5.46 | 4.97 | 4.97 | 4.73 |
| 34 | 3.74 | 3.71 | 3.57 | 3.55 | 59 | 5.58 | 5.04 | 5.08 | 4.80 |
| 35 | 3.78 | 3.75 | 3.60 | 3.58 | 60 | 5.70 | 5.10 | 5.19 | 4.88 |
| 36 | 3.82 | 3.78 | 3.63 | 3.61 | 61 | 5.83 | 5.17 | 5.30 | 4.95 |
| 37 | 3.87 | 3.82 | 3.66 | 3.64 | 62 | 5.97 | 5.23 | 5.43 | 5.02 |
| 38 | 3.92 | 3.86 | 3.70 | 3.68 | 63 | 6.11 | 5.29 | 5.56 | 5.10 |
| 39 | 3.96 | 3.91 | 3.74 | 3.71 | 64 | 6.26 | 5.35 | 5.70 | 5.17 |
| 40 | 4.02 | 3.95 | 3.78 | 3.75 | 65 | 6.41 | 5.40 | 5.84 | 5.24 |
| 41 | 4.07 | 3.99 | 3.82 | 3.79 | 66 | 6.57 | 5.45 | 6.00 | 5.31 |
| 42 | 4.13 | 4.04 | 3.86 | 3.83 | 67 | 6.74 | 5.50 | 6.17 | 5.37 |
| 43 | 4.19 | 4.09 | 3.91 | 3.87 | 68 | 6.91 | 5.54 | 6.34 | 5.43 |
| 44 | 4.25 | 4.14 | 3.96 | 3.91 | 69 | 7.09 | 5.58 | 6.53 | 5.49 |
| 45 | 4.31 | 4.19 | 4.01 | 3.96 | 70 | 7.27 | 5.62 | 6.72 | 5.53 |
| 46 | 4.38 | 4.24 | 4.06 | 4.00 | 71 | 7.46 | 5.65 | 6.92 | 5.58 |
| 47 | 4.45 | 4.30 | 4.12 | 4.05 | 72 | 7.65 | 5.67 | 7.13 | 5.61 |
| 48 | 4.52 | 4.35 | 4.18 | 4.10 | 73 | 7.83 | 5.69 | 7.34 | 5.64 |
| 49 | 4.60 | 4.41 | 4.24 | 4.15 | 74 | 8.02 | 5.71 | 7.55 | 5.67 |

Sentry000409

# TABLE OF GUARANTEED MAXIMUM MORTALITY RATES
## FEMALE
### Annual Rate Per $1,000 of Face Amount

| Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker |
|---|---|---|---|---|---|---|---|---|
| 0 | 1.88 | 1.88 | 32 | 1.33 | 1.71 | 64 | 12.89 | 18.19 |
| 1 | .84 | .84 | 33 | 1.38 | 1.80 | 65 | 14.26 | 19.92 |
| 2 | .80 | .80 | 34 | 1.44 | 1.90 | 66 | 15.68 | 21.68 |
| 3 | .78 | .78 | 35 | 1.51 | 2.01 | 67 | 17.13 | 23.38 |
| 4 | .77 | .77 | 36 | 1.61 | 2.18 | 68 | 18.63 | 25.10 |
| 5 | .75 | .75 | 37 | 1.73 | 2.38 | 69 | 20.30 | 26.97 |
| 6 | .73 | .73 | 38 | 1.86 | 2.61 | 70 | 22.26 | 29.18 |
| 7 | .71 | .71 | 39 | 2.00 | 2.86 | 71 | 24.65 | 31.98 |
| 8 | .70 | .70 | 40 | 2.17 | 3.16 | 72 | 27.58 | 35.41 |
| 9 | .69 | .69 | 41 | 2.35 | 3.48 | 73 | 31.09 | 39.49 |
| 10 | .68 | .68 | 42 | 2.53 | 3.80 | 74 | 35.13 | 44.14 |
| 11 | .70 | .70 | 43 | 2.71 | 4.12 | 75 | 39.64 | 49.22 |
| 12 | .73 | .73 | 44 | 2.89 | 4.44 | 76 | 44.52 | 54.62 |
| 13 | .77 | .77 | 45 | 3.09 | 4.78 | 77 | 49.75 | 60.26 |
| 14 | .82 | .82 | 46 | 3.30 | 5.13 | 78 | 55.41 | 66.22 |
| 15 | .86 | .96 | 47 | 3.53 | 5.49 | 79 | 61.68 | 72.71 |
| 16 | .90 | 1.01 | 48 | 3.77 | 5.88 | 80 | 68.81 | 79.98 |
| 17 | .93 | 1.06 | 49 | 4.04 | 6.31 | 81 | 77.01 | 88.23 |
| 18 | .96 | 1.11 | 50 | 4.34 | 6.77 | 82 | 86.46 | 97.61 |
| 19 | .99 | 1.14 | 51 | 4.67 | 7.26 | 83 | 97.12 | 108.44 |
| 20 | 1.01 | 1.17 | 52 | 5.05 | 7.82 | 84 | 108.87 | 120.18 |
| 21 | 1.03 | 1.19 | 53 | 5.47 | 8.44 | 85 | 121.58 | 132.65 |
| 22 | 1.04 | 1.22 | 54 | 5.90 | 9.07 | 86 | 135.16 | 145.75 |
| 23 | 1.06 | 1.25 | 55 | 6.36 | 9.72 | 87 | 149.59 | 159.35 |
| 24 | 1.08 | 1.28 | 56 | 6.82 | 10.36 | 88 | 164.88 | 173.52 |
| 25 | 1.10 | 1.31 | 57 | 7.27 | 10.96 | 89 | 181.15 | 188.25 |
| 26 | 1.13 | 1.36 | 58 | 7.72 | 11.55 | 90 | 198.53 | 204.58 |
| 27 | 1.15 | 1.40 | 59 | 8.23 | 12.18 | 91 | 217.42 | 222.16 |
| 28 | 1.18 | 1.45 | 60 | 8.83 | 12.93 | 92 | 238.53 | 241.66 |
| 29 | 1.22 | 1.51 | 61 | 9.57 | 13.87 | 93 | 263.35 | 264.56 |
| 30 | 1.25 | 1.58 | 62 | 10.49 | 15.08 | 94 | 295.23 | 295.23 |
| 31 | 1.29 | 1.64 | 63 | 11.62 | 16.55 | | | |

380-2222

16

4-87

Sentry000410

## TABLE OF GUARANTEED MAXIMUM MORTALITY RATES
## MALE
### Annual Rate Per $1,000 of Face Amount

| Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker | Attained Age | Nonsmoker | Smoker |
|---|---|---|---|---|---|---|---|---|
| 0 | 2.63 | 2.63 | 32 | 1.52 | 2.29 | 64 | 20.06 | 34.69 |
| 1 | 1.03 | 1.03 | 33 | 1.58 | 2.41 | 65 | 22.25 | 37.90 |
| 2 | .99 | .99 | 34 | 1.65 | 2.55 | 66 | 24.62 | 41.26 |
| 3 | .97 | .97 | 35 | 1.73 | 2.72 | 67 | 27.16 | 44.74 |
| 4 | .93 | .93 | 36 | 1.82 | 2.92 | 68 | 29.92 | 48.39 |
| 5 | .88 | .88 | 37 | 1.94 | 3.17 | 69 | 32.98 | 52.35 |
| 6 | .83 | .83 | 38 | 2.07 | 3.45 | 70 | 36.44 | 56.72 |
| 7 | .78 | .78 | 39 | 2.21 | 3.77 | 71 | 40.39 | 61.63 |
| 8 | .75 | .75 | 40 | 2.38 | 4.15 | 72 | 44.95 | 67.18 |
| 9 | .74 | .74 | 41 | 2.56 | 4.54 | 73 | 50.11 | 73.33 |
| 10 | .75 | .75 | 42 | 2.75 | 4.98 | 74 | 55.78 | 80.07 |
| 11 | .81 | .81 | 43 | 2.96 | 5.46 | 75 | 61.94 | 87.27 |
| 12 | .92 | .92 | 44 | 3.19 | 5.99 | 76 | 68.24 | 94.63 |
| 13 | 1.07 | 1.07 | 45 | 3.45 | 6.55 | 77 | 74.93 | 102.02 |
| 14 | 1.24 | 1.24 | 46 | 3.73 | 7.13 | 78 | 81.95 | 109.49 |
| 15 | 1.36 | 1.76 | 47 | 4.03 | 7.76 | 79 | 89.52 | 117.30 |
| 16 | 1.48 | 1.96 | 48 | 4.36 | 8.44 | 80 | 97.88 | 125.71 |
| 17 | 1.57 | 2.10 | 49 | 4.72 | 9.18 | 81 | 107.25 | 134.96 |
| 18 | 1.63 | 2.21 | 50 | 5.13 | 10.00 | 82 | 117.82 | 145.21 |
| 19 | 1.67 | 2.28 | 51 | 5.60 | 10.93 | 83 | 129.54 | 156.29 |
| 20 | 1.68 | 2.32 | 52 | 6.14 | 11.98 | 84 | 142.18 | 167.83 |
| 21 | 1.66 | 2.32 | 53 | 6.76 | 13.17 | 85 | 155.45 | 179.44 |
| 22 | 1.63 | 2.28 | 54 | 7.45 | 14.47 | 86 | 169.18 | 190.84 |
| 23 | 1.59 | 2.24 | 55 | 8.22 | 15.86 | 87 | 183.16 | 202.54 |
| 24 | 1.55 | 2.18 | 56 | 9.06 | 17.33 | 88 | 197.33 | 214.73 |
| 25 | 1.50 | 2.11 | 57 | 9.95 | 18.88 | 89 | 211.89 | 226.85 |
| 26 | 1.47 | 2.07 | 58 | 10.94 | 20.51 | 90 | 227.05 | 239.08 |
| 27 | 1.45 | 2.05 | 59 | 12.05 | 22.26 | 91 | 243.16 | 251.80 |
| 28 | 1.44 | 2.05 | 60 | 13.29 | 24.21 | 92 | 260.82 | 266.55 |
| 29 | 1.44 | 2.08 | 61 | 14.67 | 26.41 | 93 | 281.75 | 285.47 |
| 30 | 1.45 | 2.13 | 62 | 16.26 | 28.89 | 94 | 309.83 | 311.27 |
| 31 | 1.48 | 2.20 | 63 | 18.06 | 31.66 | | | |

SPECIMEN

380-2222

17

4-87