# EXHIBIT KK

# Lincoln Benefit Life Company

A Stock Company

Home Office: 2940 South 84th Street, Lincoln, Nebraska 68506-4142

## *Flexible Premium Adjustable Indexed Life Insurance Policy*

| | | | |
|---|---|---|---|
| Insured: | {JOHN DOE} | | |
| Payment Class: | {PREFERRED NON-SMOKER} | | |
| Issue Age: | {35} | Face Amount: | ${100,000} |
| Sex: | {MALE} | Issue Date: | {01/01/2007} |
| Policy Number: | {SPECIMEN} | Monthly Activity Day: | {1ST Day of the Month} |

### THIS IS A LEGAL CONTRACT--READ IT CAREFULLY

**Lincoln Benefit Life Company promises to pay the death benefit on death of the insured upon receipt of due proof of death of the insured, subject to the terms and conditions of this policy. Minimum initial payment is required for this policy to be in force. Premium payments are flexible for life. This policy does not pay dividends. The values of this policy may be affected by an enternal index, but this policy does not directly participate in any stock or equity.**

Please examine the application. We issued this policy based upon the answers in the application (copy included). If all answers are not complete and true, the policy may be affected. If you have any questions about this policy, please contact us at 1-800-525-9287.

**Right to Examine the Policy**
**You may cancel this policy by returning it to Lincoln Benefit Life Company, or our agent, within 20 days after you receive it. Upon such delivery or mailing of the cancelled policy, the policy will be void as of the issue date. We will return all payments, less any policy debt and/or withdrawals, made for this policy to you. Return of the policy by mail is effective on being postmarked, properly addressed and postage pre-paid.**

Michael J. Velotta
Secretary

Lawrence W. Dahl
President

# Table of Contents

Policy Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 3
Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 8
Death Benefit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 9
Beneficiary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 10
Ownership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 11
Premium Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 12
Policy Value . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 13
Cumulative Guaranteed Value . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 16
Surrender Value . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 17
Loans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 18
Other Terms of Your Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 19
Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Insert
Riders (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Insert

# Policy Data

|  |  |  |  |
|---|---|---|---|
| Insured: | {JOHN DOE} | | |
| Payment Class: | {PREFERRED NON-SMOKER} | | |
| Issue Age: | {35} | Face Amount: | ${100,000} |
| Sex: | {MALE} | Issue Date: | {01/01/2007} |
| Policy Number: | {SPECIMEN} | Monthly Activity Day: | {1st Day of the Month} |

## Benefit Description

|  | Expiry Date |
|---|---|
| Flexible Premium Adjustable Indexed Life Insurance-{Death Benefit Option 1} | Life |

## Payment Information

| | |
|---|---|
| Minimum Initial Payment | {$38.33} |
| Planned {Monthly} Payment | {60.00} |

The payment of a monthly safety net premium of {$38.33}, on or before each monthly activity day, is guaranteed to keep this policy in force for {10} years, assuming no loans or withdrawals are taken.

## Interest Rates

**Annual Interest Rates:**

| | |
|---|---|
| Fixed Account Minimum Guaranteed Annual Interest Rate | {2.00%} |
| Loan Credited Rate | {2.00%} |
| Loan Interest Rate Charges | |
|     On Preferred Loans | {2.00%} |
|     On Standard Loans | {3.00%} |

## Expense and Surrender Charges

**Expense Charges:**

| | |
|---|---|
| Maximum Monthly Policy Fee | {$15.00} |
| Premium Expense Charge | |
|     Policy Year 1-20 | {8.00%} |
| Monthly Administrative Expense Charge (per $1000 of initial face amount) | |
|     Policy Year 1-8 | {$0.04} |
|     Policy Year 9+ | {$0.00} |
| Partial Withdrawal Service Fee | {$25.00} |

**Surrender Charges:**

| Policy Year | Amount of Charge | Policy Year | Amount of Charge | Policy Year | Amount of Charge |
|---|---|---|---|---|---|
| 1 | {$1629.00} | 8 | {$1303.20} | 15 | {$537.57} |
| 2 | {1629.00} | 9 | {1189.17} | 16 | {439.83} |
| 3 | {1629.00} | 10 | {1091.43} | 17 | {325.80} |
| 4 | {1629.00} | 11 | {977.40} | 18 | {211.77} |
| 5 | {1629.00} | 12 | {863.37} | 19 | {114.03} |
| 6 | {1514.97} | 13 | {765.63} | 20 | {0} |
| 7 | {1417.23} | 14 | {651.60} | | |

**Surrender Charge Factors**

| Issue Age | Male PE | Male P-NS | Male Std.NS | Male P-SM | Male Std.SM | Issue Age | Male PE | Male P-NS | Male Std.NS | Male P-SM | Male Std.SM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | n/a | n/a | n/a | n/a | 5.28 | 46 | 26.70 | 28.44 | 29.29 | 29.91 | 27.07 |
| 1 | n/a | n/a | n/a | n/a | 5.31 | 47 | 28.11 | 29.97 | 30.26 | 30.83 | 27.92 |
| 2 | n/a | n/a | n/a | n/a | 5.61 | 48 | 29.76 | 31.19 | 31.19 | 31.80 | 28.82 |
| 3 | n/a | n/a | n/a | n/a | 5.94 | 49 | 31.29 | 32.28 | 32.28 | 32.93 | 29.72 |
| 4 | n/a | n/a | n/a | n/a | 6.33 | 50 | 32.94 | 33.43 | 33.39 | 34.05 | 30.77 |
| 5 | n/a | n/a | n/a | n/a | 6.78 | 51 | 34.58 | 34.58 | 34.58 | 35.24 | 31.89 |
| 6 | n/a | n/a | n/a | n/a | 7.26 | 52 | 35.88 | 35.88 | 35.88 | 36.59 | 33.24 |
| 7 | n/a | n/a | n/a | n/a | 7.80 | 53 | 37.18 | 37.18 | 37.18 | 37.94 | 34.67 |
| 8 | n/a | n/a | n/a | n/a | 8.40 | 54 | 38.54 | 38.54 | 38.54 | 39.38 | 36.34 |
| 9 | n/a | n/a | n/a | n/a | 9.03 | 55 | 39.98 | 39.98 | 39.98 | 40.90 | 38.16 |
| 10 | n/a | n/a | n/a | n/a | 9.66 | 56 | 41.61 | 41.61 | 41.61 | 42.52 | 39.93 |
| 11 | n/a | n/a | n/a | n/a | 10.32 | 57 | 43.27 | 43.27 | 43.27 | 44.24 | 41.72 |
| 12 | n/a | n/a | n/a | n/a | 11.04 | 58 | 44.94 | 44.94 | 44.94 | 45.98 | 43.61 |
| 13 | n/a | n/a | n/a | n/a | 11.64 | 59 | 46.84 | 46.84 | 46.84 | 47.92 | 45.70 |
| 14 | n/a | n/a | n/a | n/a | 12.21 | 60 | 48.87 | 48.87 | 48.87 | 49.93 | 47.86 |
| 15 | n/a | n/a | n/a | n/a | 12.81 | 61 | n/a | 50.95 | 50.95 | 52.17 | 50.18 |
| 16 | n/a | n/a | n/a | n/a | 13.41 | 62 | n/a | 53.17 | 53.17 | 53.41 | 51.67 |
| 17 | n/a | n/a | n/a | n/a | 13.98 | 63 | n/a | 54.49 | 53.76 | 52.61 | 51.02 |
| 18 | 7.89 | 8.70 | 9.99 | 12.57 | 14.60 | 64 | n/a | 53.85 | 53.04 | 51.87 | 50.37 |
| 19 | 8.22 | 9.06 | 10.29 | 13.11 | 14.76 | 65 | n/a | 55.53 | 55.53 | 51.06 | 49.72 |
| 20 | 8.43 | 9.27 | 10.62 | 13.59 | 14.94 | 66 | n/a | 55.38 | 55.38 | 54.31 | 53.02 |
| 21 | 8.64 | 9.42 | 10.89 | 13.89 | 15.21 | 67 | n/a | 55.22 | 55.15 | 53.68 | 52.55 |
| 22 | 8.79 | 9.54 | 11.22 | 14.13 | 15.48 | 68 | n/a | 55.06 | 54.87 | 53.08 | 52.09 |
| 23 | 9.12 | 9.87 | 11.49 | 14.73 | 15.69 | 69 | n/a | 54.48 | 54.19 | 52.42 | 51.59 |
| 24 | 9.51 | 10.26 | 11.88 | 15.30 | 16.00 | 70 | n/a | 53.43 | 53.15 | 51.66 | 50.97 |
| 25 | 9.81 | 10.59 | 12.33 | 15.93 | 16.16 | 71 | n/a | 52.53 | 52.18 | 50.87 | 50.33 |
| 26 | 10.20 | 10.95 | 12.84 | 16.56 | 16.42 | 72 | n/a | 51.64 | 51.30 | 50.06 | 49.66 |
| 27 | 10.59 | 11.31 | 13.44 | 17.22 | 16.69 | 73 | n/a | 50.86 | 50.52 | 49.35 | 49.08 |
| 28 | 11.10 | 11.82 | 14.04 | 17.97 | 16.98 | 74 | n/a | 53.25 | 52.89 | 48.67 | 48.54 |
| 29 | 11.61 | 12.36 | 14.70 | 18.81 | 17.29 | 75 | n/a | 52.56 | 52.21 | 47.98 | 47.98 |
| 30 | 12.15 | 12.87 | 15.39 | 19.57 | 17.54 | 76 | n/a | 51.48 | 51.20 | 47.12 | 46.87 |
| 31 | 12.84 | 13.59 | 16.17 | 20.00 | 17.90 | 77 | n/a | 50.52 | 50.25 | 46.31 | 45.86 |
| 32 | 13.41 | 14.19 | 16.86 | 20.38 | 18.28 | 78 | n/a | 49.69 | 49.49 | 45.62 | 44.98 |
| 33 | 14.07 | 14.85 | 17.64 | 20.86 | 18.68 | 79 | n/a | 48.99 | 48.79 | 45.04 | 44.21 |
| 34 | 14.70 | 15.54 | 18.42 | 21.37 | 19.12 | 80 | n/a | 48.43 | 48.22 | 43.86 | 42.86 |
| 35 | 15.42 | 16.29 | 19.29 | 21.83 | 19.50 | 81 | n/a | n/a | 45.21 | n/a | 39.34 |
| 36 | 16.17 | 17.07 | 20.22 | 22.39 | 20.07 | 82 | n/a | n/a | 38.90 | n/a | 34.17 |
| 37 | 17.04 | 18.00 | 21.27 | 22.99 | 20.59 | 83 | n/a | n/a | 32.51 | n/a | 28.41 |
| 38 | 17.91 | 18.93 | 22.26 | 23.61 | 21.14 | 84 | n/a | n/a | 27.65 | n/a | 23.89 |
| 39 | 18.78 | 19.89 | 23.37 | 24.27 | 21.72 | 85 | n/a | n/a | 24.34 | n/a | 20.84 |
| 40 | 19.83 | 21.00 | 24.20 | 24.96 | 22.34 | 86 | n/a | n/a | 23.14 | n/a | 19.92 |
| 41 | 20.82 | 22.05 | 24.80 | 25.70 | 23.08 | 87 | n/a | n/a | 22.64 | n/a | 19.52 |
| 42 | 21.99 | 23.31 | 25.60 | 26.47 | 23.78 | 88 | n/a | n/a | 22.28 | n/a | 19.24 |
| 43 | 23.01 | 24.45 | 26.30 | 27.29 | 24.52 | 89 | n/a | n/a | 22.07 | n/a | 19.06 |
| 44 | 24.21 | 25.74 | 27.51 | 28.14 | 25.30 | 90 | n/a | n/a | 22.36 | n/a | 19.28 |
| 45 | 25.38 | 26.67 | 28.38 | 28.97 | 26.13 | | | | | | |

# Surrender Charge Percentages

**Male Preferred Elite**

| Age | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 | Year 18 | Year 19 | Year 20+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-45 | 100 | 100 | 100 | 100 | 100 | 93 | 87 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 46-55 | 100 | 98 | 95 | 92 | 90 | 87 | 85 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 56-60 | 100 | 97 | 93 | 90 | 86 | 83 | 79 | 76 | 73 | 70 | 65 | 58 | 51 | 44 | 36 | 29 | 22 | 15 | 7 | 0 |

**Male Preferred Non-Smoker**

| Age | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 | Year 18 | Year 19 | Year 20+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-45 | 100 | 100 | 100 | 100 | 100 | 93 | 87 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 46-55 | 100 | 98 | 95 | 92 | 90 | 87 | 85 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 56-64 | 100 | 97 | 93 | 90 | 86 | 83 | 79 | 76 | 73 | 70 | 65 | 58 | 51 | 44 | 36 | 29 | 22 | 15 | 7 | 0 |
| 65-73 | 100 | 96 | 91 | 87 | 83 | 79 | 75 | 71 | 68 | 64 | 61 | 58 | 55 | 52 | 43 | 34 | 25 | 16 | 9 | 0 |
| 74-80 | 100 | 95 | 90 | 85 | 81 | 77 | 73 | 69 | 65 | 62 | 58 | 54 | 50 | 45 | 38 | 31 | 24 | 17 | 9 | 0 |

**Male Standard Non-Smoker**

| Age | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 | Year 18 | Year 19 | Year 20+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-23 | 100 | 100 | 100 | 100 | 100 | 93 | 87 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 24-35 | 100 | 99 | 98 | 97 | 96 | 93 | 87 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 36-45 | 100 | 98 | 97 | 95 | 93 | 91 | 88 | 81 | 74 | 68 | 61 | 54 | 47 | 41 | 34 | 27 | 20 | 14 | 7 | 0 |
| 46-55 | 100 | 98 | 95 | 92 | 90 | 87 | 85 | 82 | 79 | 75 | 68 | 60 | 53 | 45 | 38 | 30 | 23 | 15 | 8 | 0 |
| 56-64 | 100 | 97 | 93 | 90 | 86 | 83 | 79 | 76 | 73 | 70 | 67 | 64 | 61 | 54 | 46 | 37 | 28 | 18 | 9 | 0 |
| 65-73 | 100 | 96 | 91 | 87 | 83 | 79 | 75 | 71 | 68 | 64 | 61 | 58 | 55 | 52 | 43 | 34 | 25 | 16 | 9 | 0 |
| 74-90 | 100 | 95 | 90 | 85 | 81 | 77 | 73 | 69 | 65 | 62 | 58 | 54 | 50 | 45 | 38 | 31 | 24 | 17 | 9 | 0 |

**Male Preferred Smoker**

| Age | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 | Year 18 | Year 19 | Year 20+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-24 | 100 | 99 | 98 | 97 | 96 | 93 | 87 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 25-35 | 100 | 99 | 97 | 96 | 94 | 93 | 91 | 87 | 80 | 72 | 65 | 58 | 51 | 43 | 36 | 29 | 22 | 14 | 7 | 0 |
| 36-45 | 100 | 98 | 96 | 94 | 92 | 90 | 88 | 86 | 84 | 76 | 69 | 61 | 53 | 46 | 38 | 31 | 23 | 15 | 8 | 0 |
| 46-55 | 100 | 97 | 95 | 92 | 89 | 86 | 84 | 81 | 78 | 76 | 73 | 70 | 61 | 52 | 44 | 35 | 26 | 17 | 9 | 0 |
| 56-65 | 100 | 96 | 93 | 89 | 86 | 83 | 79 | 76 | 73 | 70 | 67 | 64 | 62 | 59 | 49 | 39 | 29 | 19 | 9 | 0 |
| 66-80 | 100 | 96 | 91 | 87 | 84 | 80 | 77 | 73 | 70 | 67 | 63 | 59 | 55 | 50 | 42 | 34 | 26 | 18 | 9 | 0 |

**Male Standard Smoker**

| Age | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 | Year 18 | Year 19 | Year 20+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0-17 | 100 | 100 | 100 | 100 | 100 | 93 | 87 | 80 | 73 | 67 | 60 | 53 | 47 | 40 | 33 | 27 | 20 | 13 | 7 | 0 |
| 18-35 | 100 | 99 | 97 | 96 | 94 | 93 | 91 | 90 | 85 | 77 | 69 | 62 | 54 | 46 | 38 | 31 | 23 | 15 | 8 | 0 |
| 36-45 | 100 | 98 | 96 | 94 | 92 | 90 | 88 | 86 | 84 | 81 | 79 | 73 | 64 | 55 | 46 | 37 | 27 | 18 | 9 | 0 |
| 46-55 | 100 | 97 | 95 | 92 | 89 | 86 | 84 | 81 | 78 | 76 | 73 | 70 | 68 | 63 | 53 | 42 | 32 | 21 | 11 | 0 |
| 56-65 | 100 | 96 | 93 | 89 | 86 | 83 | 79 | 76 | 73 | 70 | 67 | 64 | 62 | 59 | 49 | 39 | 29 | 19 | 9 | 0 |
| 66-90 | 100 | 96 | 91 | 87 | 84 | 80 | 77 | 73 | 70 | 67 | 63 | 59 | 55 | 50 | 42 | 34 | 26 | 18 | 9 | 0 |

# Life Insurance Compliance Test

Life Insurance Compliance Test - {Guideline Premium Test}

| Attained Age | Applicable Percentage | Attained Age | Applicable Percentage |
|---|---|---|---|
| {0 to 40} | {250} | {61} | {128} |
| {41} | {243} | {62} | {126} |
| {42} | {236} | {63} | {124} |
| {43} | {229} | {64} | {122} |
| {44} | {222} | {65} | {120} |
| {45} | {215} | {66} | {119} |
| {46} | {209} | {67} | {118} |
| {47} | {203} | {68} | {117} |
| {48} | {197} | {69} | {116} |
| {49} | {191} | {70} | {115} |
| {50} | {185} | {71} | {113} |
| {51} | {178} | {72} | {111} |
| {52} | {171} | {73} | {109} |
| {53} | {164} | {74} | {107} |
| {54} | {157} | {75 to 90} | {105} |
| {55} | {150} | {91} | {104} |
| {56} | {146} | {92} | {103} |
| {57} | {142} | {93} | {102} |
| {58} | {138} | {94 to 99} | {101} |
| {59} | {134} | {100 and above} | {100} |
| {60} | {130} | | |

## Table of Guaranteed Values

| End of Year | Annual Planned Premium | Surrender Value | Death Benefit |
|---|---|---|---|
| {1} | {$720} | {$0} | {$100,000} |
| {2} | {720} | {0} | {100,000} |
| {3} | {720} | {0} | {100,000} |
| {4} | {720} | {0} | {100,000} |
| {5} | {720} | {0} | {100,000} |
| {6} | {720} | {0} | {100,000} |
| {7} | {720} | {0} | {100,000} |
| {8} | {720} | {136} | {100,000} |
| {9} | {720} | {367} | {100,000} |
| {10} | {720} | {550} | {100,000} |
| {11} | {720} | {716} | {100,000} |
| {12} | {720} | {845} | {100,000} |
| {13} | {720} | {917} | {100,000} |
| {14} | {720} | {961} | {100,000} |
| {15} | {720} | {955} | {100,000} |
| {16} | {720} | {875} | {100,000} |
| {17} | {720} | {744} | {100,000} |
| {18} | {720} | {536} | {100,000} |
| {19} | {720} | {222} | {100,000} |
| {20} | {**} | {**} | {**} |
| {Age 60} | {**} | {**} | {**} |
| {Age 65} | {**} | {**} | {**} |
| {Age 70} | {**} | {**} | {**} |
| {Age 100} | {**} | {**} | {**} |

The values above reflect the cumulative guaranteed value and are calculated assuming payment of annual planned premiums (as shown above), the benefits shown on Page 3 at time of issue, the guaranteed cost of insurance, the maximum charges for these benefits and the fixed account minimum guaranteed interest rate.

{Note: Based on annual planned premiums, fixed account minimum guaranteed interest rate and guaranteed cost of insurance, the policy will expire without value on {09/01/2026} unless premiums larger than the planned premium are paid.}

{**Coverage has expired without value.}

## Guaranteed Maximum Monthly Cost of Insurance

| Policy Year | Rate Per $1000 | Policy Year | Rate Per $1000 |
|---|---|---|---|
| {1} | {0.18083} | {53} | {15.47750} |
| {2} | {0.19333} | {54} | {16.62750} |
| {3} | {0.20750} | {55} | {17.80750} |
| {4} | {0.22333} | {56} | {19.03583} |
| {5} | {0.24167} | {57} | {20.34250} |
| {6} | {0.26250} | {58} | {21.78583} |
| {7} | {0.28500} | {59} | {23.51083} |
| {8} | {0.30917} | {60} | {25.83083} |
| {9} | {0.33583} | {61} | {29.32167} |
| {10} | {0.36417} | {62} | {35.08250} |
| {11} | {0.39417} | {63} | {45.08333} |
| {12} | {0.42667} | {64} | {62.09583} |
| {13} | {0.46083} | {65} | {83.33333} |
| {14} | {0.49750} | | |
| {15} | {0.53833} | | |
| {16} | {0.58333} | | |
| {17} | {0.63583} | | |
| {18} | {0.69417} | | |
| {19} | {0.76083} | | |
| {20} | {0.83417} | | |
| {21} | {0.91333} | | |
| {22} | {0.99750} | | |
| {23} | {1.08667} | | |
| {24} | {1.18167} | | |
| {25} | {1.28500} | | |
| {26} | {1.40000} | | |
| {27} | {1.53000} | | |
| {28} | {1.67667} | | |
| {29} | {1.84083} | | |
| {30} | {2.02250} | | |
| {31} | {2.21833} | | |
| {32} | {2.42750} | | |
| {33} | {2.64917} | | |
| {34} | {2.88750} | | |
| {35} | {3.15083} | | |
| {36} | {3.44750} | | |
| {37} | {3.78583} | | |
| {38} | {4.17333} | | |
| {39} | {4.61167} | | |
| {40} | {5.09167} | | |
| {41} | {5.60417} | | |
| {42} | {6.14167} | | |
| {43} | {6.69750} | | |
| {44} | {7.27667} | | |
| {45} | {7.89667} | | |
| {46} | {8.57833} | | |
| {47} | {9.34083} | | |
| {48} | {10.20083} | | |
| {49} | {11.15333} | | |
| {50} | {12.17667} | | |
| {51} | {13.24833} | | |
| {52} | {14.35083} | | |

# Definitions

When these words are used in this policy, they have the meaning stated:

**Application** - The application that was signed by you requesting this policy.

**Company (we, us, our)** - Lincoln Benefit Life Company.

**Face Amount** - The initial death benefit, shown on the Policy Data pages, adjusted for any changes in accordance with the terms of this policy.

**Fixed Account** - The portion of the policy value receiving fixed interest crediting.

**In Force** - The coverage provided by this policy is in effect.

**Increase Age** - The age of the insured as of the effective date of an increase in face amount, determined by the insured's last birthday.

**Indexed Account(s)** - The portion of the policy value receiving interest determined by an index crediting strategy.

**Index Crediting Strategy** - The  method used to calculate interest for an indexed account, as described in the applicable index crediting strategy rider.  We reserve the right at our sole discretion to add, substitute or eliminate any current or future index crediting strategies we make available.

**Indexed Interest** - Interest credited to the indexed segment on the indexed segment maturity date.

**Index Investment Date** - The date on which net premium or policy value is allocated to an indexed account, as shown in the applicable index crediting strategy rider.

**Indexed Segment** -A portion of the indexed account representing the value allocated to an indexed account on a specific index investment date.  An indexed segment ends on the indexed segment maturity date.

**Insured** - The person whose life is covered by this policy as shown on the Policy Data pages.

**Issue Age** - The age of the insured at the time this policy was issued (issue date) determined by this insured's last birthday.

**Issue Date** - The date the policy is issued, as shown on the Policy Data pages.  It is used to determine policy years and policy months in the policy.

**Minimum Initial Payment** - The minimum payment that must be paid to issue the policy.

**Monthly-Automatic Payment** - A method of making payments each month automatically; for example, by bank draft or salary deduction.

**Monthly Activity Day** - The day of the month on which deductions are made.  This date is shown on the Policy Data pages. If a month does not have that day, the deduction will be made on the last day of that month.

**Net Premium** - The premium paid less the premium expense charge.

**Net Surrender Value** - The amount you would receive upon surrender of this policy, equal to the surrender value less any policy debt.

**Payment Class** - The class into which the insured is placed, determined by our guidelines for providing insurance coverage.

**Policy Anniversary** - The same day and month as your issue date for each subsequent year your policy remains in force.

**Policy Data** - The pages of this policy that identify specific information about the insured and the benefits.

**Policy Debt** - The sum of all unpaid policy loans and accrued interest.

**Policy Month** - A one-month period beginning on the same day of the month as the issue date of the policy.

**Policy Value** - The sum of the fixed account value and the indexed account value(s).

**Policy Year** - A twelve-month period beginning on a policy anniversary.

**Rider** - An additional benefit we are providing.

**Safety Net Period** - The period of time the policy is guaranteed to stay in force based on the payment of the safety net premium.

**Surrender Value** - The greater of the policy value or cumulative guaranteed value, less any applicable surrender charges.

**You, Your** - The person(s) having the rights of ownership defined in the policy.

# Death Benefit

If the insured dies while this policy is in force, we will pay the death benefit when we have received due proof of death, subject to the terms and conditions of this policy and any applicable state requirements. The death benefit will be reduced by any outstanding policy debt.

## Death Benefit Option

While the insured is alive you may choose between three death benefit options.  Option 3 may only be selected or before the issue date and age restrictions may apply for eligibility for this option.

If you select Option 1, the death benefit will be the greater of:

a.   The face amount on the date of death; or

b.   The percentage shown in the Life Insurance Compliance Test section on the Policy Data pages for the insured's attained age at time of death multiplied by the greater of the policy value or the cumulative guaranteed value.

If you select Option 2, the death benefit will be the greater of:

a.   The face amount plus the greater of the policy value or cumulative guaranteed value on the date of death; or

b.   The percentage shown in the Life Insurance Compliance Test section on the Policy Data pages for the insured's attained age at time of death multiplied by the greater of the policy value or the cumulative guaranteed value.

If you select Option 3, the death benefit will be the greater of:

a.   The face amount on the date of death, plus the total amount of premiums paid, less any partial withdrawals taken up to the date of death.  If the total amount of partial withdrawals is greater than the total amount of premiums paid, the death benefit will be less than the face amount; or

b.   The percentage shown in the Life Insurance Compliance Test section on the Policy Data pages for the insured's attained age at time of death multiplied by the greater of the policy value or the cumulative guaranteed value.

The initial death benefit option selected by you is stated in the application.  If no death benefit option is selected at the time of application, the death benefit option will be Option 1.

### Change of Death Benefit Option

At any time after the first policy year, you may request to change the death benefit option by writing to us.  If you ask to change from Option 2 to Option 1, the face amount will be increased by the amount of the policy value.  If you ask to change from Option 1 to Option 2, the face amount will be decreased by the amount of the policy value.  Option 1 and Option 2 may not be changed to Option 3.  If you ask to change from Option 3 to Option 1, the face amount will be increased by the total amount of premiums paid and decreased by any partial withdrawals taken up to the effective date of the change.  If you ask to change from Option 3 to Option 2, the face amount will be increased by the total amount of premiums paid, decreased by any partial withdrawals taken up to the effective date of the change, and decreased by the amount of the policy value.

The change will take effect on the monthly activity day after the date we receive the written request.  We will provide to you an endorsement showing the actual start date of the death benefit option change and the new face amount.  We reserve the right to limit the frequency of the death benefit option changes made under this policy.

If this policy is in force on the policy anniversary following the insured's 100th birthday and Option 2 or Option 3 has been selected, the death benefit option will change to Option 1.

### Change of Face Amount

At any time after the first policy year, you may request either of the following changes by writing us.  The change will take effect on the monthly activity day after the date we approve the request:

1.   Increasing the face amount.  You must submit a new application for an increase in face amount.  We will require due proof that the insured is still insurable.  An increase will take effect on the monthly activity day after the date we approve the increase. The cost of insurance for the increase will be based on the payment class we determine.  We reserve the right to limit the amount of any increases made under this policy.   The minimum increase amount is $10,000.  An increase is not allowed after the maximum issue age.  The face amount may not be increased more than once in any 12-month period.

2.   Decreasing the face amount.  A decrease will take effect on the monthly activity day after the date we approve the request.  A decrease in face amount will first be applied against the most recent increase successively and finally to the initial face amount.  The face amount in effect after any decrease must be at least $100,000.

## Beneficiary

Subject to the terms and conditions of this policy, the beneficiary will receive the death benefit when the insured dies and we have received due proof of death.  The beneficiary is as stated in the application unless changed.

The two classes of beneficiaries are primary beneficiaries and contingent beneficiaries. Primary and contingent beneficiaries are individually and collectively referred to in this policy as "beneficiaries." The beneficiaries will receive the death benefit in the following order:

1.   Primary beneficiary

2.   Contingent beneficiary.

The primary beneficiary is the beneficiary(ies) who is first entitled to receive benefits under this policy upon the death of the insured. In order to receive the death benefit, the beneficiary must be living on the earlier of:

1.   The day we receive due proof of the insured's death, or

2.   The 15th day past the insured's death.

If the beneficiary does not survive the insured in accordance with these requirements, we will pay the death benefit as if the beneficiary were not living when the insured dies. If none of the named beneficiaries are living when the insured dies, the death benefit will be paid to you, if living, otherwise to your estate.

We will pay the death benefit to the beneficiaries according to the most recent written instructions we have accepted from you. We will pay the death benefit in equal shares to the named beneficiaries in the same class who are to share the funds if we do not receive any written instructions. If there is more than one beneficiary in a class and one of the beneficiaries predeceases the insured, the death benefit will be paid in equal shares to the surviving beneficiaries in that class.

You may change or add beneficiaries during the insured's lifetime by written request in a form satisfactory to us, unless you have designated an irrevocable beneficiary. You must file the request with us. Upon acceptance, the change will take effect on the date you signed the request, subject to any action we have taken before we accepted the change.

If you name one or more irrevocable beneficiaries, no change in the beneficiaries and no changes that affect policy values may be made without their consent. Inadvertent acceptance by us of beneficiary changes not consented to by the irrevocable beneficiaries shall not change the irrevocable beneficiaries.

No beneficiary has any rights in this policy until the insured dies.

# Ownership

The insured is the owner if no other person is named in the application as owner. The owner controls the policy during the lifetime of the insured. Unless you provide otherwise, as owner, you may exercise all rights granted by the policy without the consent of anyone else. If the last named owner dies before the insured, then any contingent owner is the new owner. If no owner named in this policy is living, then the owner will be the estate of the last named owner.

You may name a new owner by written request in a form satisfactory to us. We may establish a limit on the maximum number of owners. You must file the request with us. Upon acceptance, it is effective as of the date you signed the request, subject to any action we have taken before we accepted it.

## Assignment

You may assign this policy or an interest in it to another. You must do so in writing and file the assignment with us. No assignment is binding on us until we accept it. When we accept it, your rights and those of any revocable beneficiary will be subject to the assignment. The rights of any irrevocable beneficiary will not be subject to the assignment. We are not responsible for the validity of any assignment you make.

# Premium Payment

**Payments**

Premiums for this policy are referred to as payments. The planned payment and minimum initial payment are shown on the Policy Data pages.

Payments are flexible. This means you may change the amount of planned payments and the time between payments. This policy will not be in force before the first payment is received and all underwriting requirements have been completed.

We will send you a reminder notice if you pay annually, semi-annually or quarterly. You may also make a monthly-automatic payment.

Payments are payable to us. The amount you pay will affect the policy value. If you pay too little, the policy will lapse subject to the grace period.

**Allocation of Premium**

We will invest the net premium in the fixed account and the indexed account(s) you select. You must specify your allocations on the application, in whole percents from 0% to 100%. The total allocation must equal 100%. All net premium will be initially allocated to the fixed account on the date payments are received at our home office. The percentage allocated to the indexed account(s) will be transferred to the indexed account(s) on the next index investment date. If a payment is received on the index investment date, the net premium will be allocated immediately into the indexed account(s). You may request in writing a change in the allocation percentages for new payments at any time. Any change will be effective when we receive it.

We reserve the right to allocate all premium payments to the fixed account during the Right to Examine the Policy period.

**Grace Period**

Except as provided in the Safety Net Premium provision below, if on any monthly activity day the policy value, less surrender charges and less policy debt, is less than the monthly deduction for the current policy month, you will be given a grace period of 61 days. This policy will be in force during the grace period. If you do not make sufficient payment by the end of the grace period, the policy will lapse. If the insured dies during the grace period, we will deduct any due and unpaid monthly deductions and policy debt owed from the death benefit.

We will send a written notice to the most recent address we have for you at least 30 days prior to the day coverage lapses.

**Safety Net Premium**

If total payments, less partial withdrawals and policy debt, are greater than or equal to the monthly safety net premium times the number of months elapsed since the issue date, then the policy is guaranteed to stay in force for a predetermined time period as shown on the Policy Data pages, even if the policy value, less surrender charges and less policy debt, becomes insufficient to cover monthly deductions.

If, at any time the total payments, less partial withdrawals and policy debt, are less than the monthly safety net premium times the number of months elapsed, the Safety Net Premium provision will no longer be in effect. Once the Safety Net Premium provision is not in effect, the policy will continue in force only so long as its policy value, less surrender charges and less policy debt, is sufficient to pay the monthly deductions and for any corresponding grace period.

Increases, decreases, partial withdrawals, death benefit option changes, policy loans, and additions or deletions of riders may affect the monthly safety net premium.

<u>Reinstatement</u>

If this policy terminates prior to the death of the insured and if this policy has not been surrendered, this policy may be reinstated provided you:

1.  Make your request within five years of the date the policy entered the grace period;

2.  Give us the proof we require that the insured is still insurable in the same payment class that the policy was issued;

3.  Make a payment sufficient to cover the unpaid monthly deductions for the grace period, and to keep the policy in force for three policy months from the date of reinstatement; and

4.  Pay or ask us to reinstate any policy debt as described in the Loan Interest provision.

The policy value on the reinstatement date will reflect the policy value at the time of termination and payments applied at the time of reinstatement. The cumulative guaranteed value on the reinstatement date will reflect the cumulative guaranteed value at the time of termination and payments applied at the time of reinstatement. All policy value will be allocated to the fixed account. Allocation and transfers can then be made according to the contract terms. Upon your request, the policy debt on the reinstatement date will equal the policy debt at the time of termination. Surrender charges will continue to be assessed based on the original policy issue date.

The effective date of reinstatement will be the date we approve the request for reinstatement. When this policy is reinstated, a new two-year contestable period will apply with respect to statements made in the application for reinstatement. The contestable period is explained in the Incontestability provision of this policy.

## Policy Value

The policy value is the sum of the values in the indexed account(s) and the fixed account.

Charges, other than the premium expense charge, are deducted on monthly activity days. If there is enough value in the unloaned fixed account to pay the entire monthly deduction, the entire monthly deduction will be charged against the fixed account.    If there is not enough unloaned fixed account value to pay the entire monthly deduction, then the deduction will be assessed in proportion to the values in the unloaned fixed account and the indexed account. Within the indexed account(s), the deductions will be assessed to the most recently renewed or created indexed segment first. If that indexed segment is depleted, the next most recently renewed or created indexed segment will be assessed the remainder of the deductions, continuing in a similar manner until all of the deductions have been charged.

The issue date is the first monthly activity day. The policy value on the issue date is equal to the net premium received on that date.

**Fixed Account Value**

On each monthly activity day after the issue date, the value in the fixed account is:

1.  The value of the fixed account as of the prior monthly activity day, minus

2.  The monthly deduction charged against the fixed account for the prior policy month, plus

3.  One month's interest on Item 1 minus Item 2 above, plus

4.  Any interest credited to monthly deductions charged against the indexed account(s) with interest, plus

5.  Net premium and transfers allocated to the fixed account since the prior monthly activity day with interest, minus

6.  Any transfers from the fixed account to the indexed account since the prior monthly activity day with interest, minus

7.  Partial withdrawals taken since the prior monthly activity day with interest.

On any other day after issue that is not a monthly activity day, the value in the fixed account is a daily accumulation with interest of the prior monthly activity day's value, less the monthly deduction for the current month, plus net premiums and transfers to the fixed account, less withdrawals and transfers from the fixed account. It also includes interest credited on monthly deductions taken from the indexed account(s).

**Indexed Account Value**

On each monthly activity day after the issue date, the value in each indexed account is:

1.  The value of the indexed account as of the prior monthly activity day, minus

2.  Any monthly deduction charged against the indexed account for the prior policy month, plus

3.  Any indexed interest credited to the indexed account since the prior monthly activity day, plus

4.  Any transfers from the fixed account to the indexed account since the prior monthly activity day, plus

5.  Net premium received and allocated to the indexed account since the prior monthly activity day, minus

6.  Any transfers from the indexed account to the fixed account since the prior monthly activity day, minus

7.  Partial withdrawals and loans taken since the prior monthly activity day.

On any other day after issue that is not a monthly activity day, the value in each indexed account is the prior monthly activity day's value, less the monthly deduction for the current month, plus net premiums, plus any indexed interest credited and transfers to the indexed account, less withdrawals and transfers from the indexed account.

**Indexed Interest**

Indexed interest is calculated on an indexed segment maturity date. This amount is determined by multiplying the index increase percentage by the current indexed segment value. Any amount deducted from an indexed segment between the index investment date and the indexed segment maturity date, due to a partial withdrawal, face amount decrease, policy loan, or monthly deduction will not receive the index increase that might have been credited had such deductions not occurred. Any net premium received on the indexed segment maturity date will not receive any indexed interest payable on that indexed segment maturity date. If the policy terminates prior to an indexed segment maturity date, no indexed interest will be credited to the value of that segment.

## Interest Rate

Interest on the fixed account is credited daily. The guaranteed minimum interest rate used to compute fixed account values is shown on the Policy Data pages. The fixed account minimum guaranteed interest rate is an effective annual rate compounded daily. We may credit an interest rate greater than the minimum stated.

In addition, any monthly deductions charged against the indexed account(s) will also receive interest at the current fixed account interest rate from the indexed segment's index investment date to the monthly activity day it was deducted.

## Index Crediting Strategy

We will offer one or more index crediting strategies. The index crediting strategies available at issue are attached by rider to this policy. An index crediting strategy is defined by the method used to calculate interest for an indexed account. The index crediting strategies to which you may allocate to on the issue date are shown on the Policy Data pages. If we make additional index crediting strategies available to you, we will notify you in writing. Each index crediting strategy creates a new indexed account.

## Premium Expense Charge

Upon receipt of each payment, we will deduct a premium expense charge. This charge, shown on the Policy Data pages, is a percentage of the premium received.

## Administrative Expense Charge

The monthly administrative expense charge is equal to the administrative expense charge rate shown on the Policy Data pages for the appropriate policy year, multiplied by the initial face amount, divided by 1000. The applicable charge varies by the issue age, sex, payment class and face amount of the insured.

A monthly administrative expense charge will also be assessed for each increase in face amount for the first eight policy years following the effective date of each increase. The applicable charge is equal to the amount of increase multiplied by a rate, which varies based on the attained age, sex, payment class and face amount of the insured, divided by 1000. The applicable charge will be stated on the endorsement sent to you when your policy's face amount is increased.

## Monthly Deductions

The monthly deduction is the sum of:

1. A monthly policy fee, not to exceed the maximum monthly policy fee shown on the Policy Data pages;

2. The monthly administrative expense charge;

3. The monthly cost of insurance for the policy; and

4. The monthly cost of any riders attached to the policy.

The monthly policy fee is zero on and following the policy anniversary following the insured's attained age 100.

## Cost of Insurance

The cost of insurance is determined as follows:

1. Divide the death benefit as of the prior monthly activity day by 1.0032737. The calculation of the death benefit, when used solely for determining the cost of insurance, shall use policy value and not the cumulative guaranteed value.

2.  Subtract the policy value as of the prior monthly activity day.

3.  Multiply the result by the current cost of insurance rate divided by 1000. The cost of insurance rate is based on multiple factors, including, but not limited to, the insured's sex, issue age, policy year, payment class and face amount. We may change the cost of insurance rates for any reason at any time, but they will never be more than the guaranteed maximum rates shown on the Policy Data pages.

The cost of insurance charge is zero on and following the policy anniversary following the insured's attained age 100.

### Account Transfers

You may transfer amounts between indexed account(s) and/or the fixed account. Transfers from an indexed account to any other account can only occur on the indexed segment maturity date for that specific indexed segment. Transfers from the fixed account to the indexed account can only occur on an index investment date.

If you elect to transfer an indexed account value to a new index crediting strategy or to the fixed account, we must receive written notice from you at our home office, in a form satisfactory to us, at any time before the indexed segment maturity date for a specific indexed segment. You must specify your transfer amount, in a whole percent from 0% to 100%.

If we do not receive notification from you, you will be deemed to have elected to apply the indexed account value of the expiring indexed segment to establish a new indexed segment offering the same index crediting strategy. The amount in the new indexed segment will continue to earn interest in accordance with the index crediting strategy. If the index crediting strategy is no longer available, the indexed account value will be transferred to the fixed account unless you elect to transfer the indexed account value to another then currently available index crediting strategy.

## Cumulative Guaranteed Value

The cumulative guaranteed value is the value that, if greater than the policy value, is used instead of the policy value at the time of death or surrender in the calculation of the death benefit or the surrender value to be paid.

The cumulative guaranteed value on the issue date is equal to the net premium received on that date.

On each monthly activity day after the issue date, the cumulative guaranteed value is:

1.  The cumulative guaranteed value as of the prior monthly activity day, minus

2.  The monthly deduction for the prior policy month with the cost of insurance calculated by the method set forth in the Cost of Insurance provision but using the cumulative guaranteed value as of the prior monthly activity day in lieu of the policy value, plus

3.  Net premium received since the prior monthly activity day, plus

4.  One month's interest on the items above based on the fixed account guaranteed minimum interest rate shown on the Policy Data pages, minus

5.  Partial withdrawals taken since the prior monthly activity day.

On any other day after issue that is not a monthly activity day, the cumulative guaranteed value is the prior monthly activity day's value plus net premiums, less withdrawals.

# Surrender Value

The net surrender value of this policy is the amount we will pay you if you ask us to terminate this policy. It is equal to the greater of Item 1 or Item 2 below, less the surrender charge, less any policy debt.

1.     The policy value; or

2.     The cumulative guaranteed value.

If the surrender charge is greater than Item 1 or Item 2, the surrender value is zero.

We may defer the payment of the net surrender value for up to six months after your request.  If we defer the payment of the net surrender value for more than 30 days after receipt of your written request, we will pay interest in accordance with any applicable state laws.

**Surrender Charge**

The maximum surrender charges we will assess, based on the face amount at issue, are shown on the Policy Data pages.

An additional surrender charge will apply to an elective increase in face amount.  From the effective date of the increase, the new additional surrender charge will continue for 19 years or to the anniversary following the insured's 100th birthday, if sooner.  The additional surrender charge on an increase is calculated as follows:

1.     The surrender charge factor, multiplied by

2.     The increase in face amount divided by 1,000, multiplied by

3.     The surrender charge percentage.

The surrender charge factor and surrender charge percentage, shown in the tables on the Policy Data pages, vary by sex, increase payment class and increase age.

**Continuation of Coverage**

If you stop making payments, this policy and any riders will remain in effect as long as the policy value, less surrender charges and less policy debt, covers the monthly deductions or the policy is still in force as defined in the Safety Net Premium provision.  This provision does not continue any riders beyond their scheduled termination dates.

**Partial Withdrawal**

You may request a partial withdrawal of your policy value, less surrender charges and less policy debt, by writing to us.  The partial withdrawal service fee, as shown on the Policy Data pages, will be assessed on each partial withdrawal.

You may specify how much of your partial withdrawal will be deducted from the indexed account or from the fixed account.  If no allocation is specified, the partial withdrawal will be deducted from the fixed account and the indexed account in proportion to the values in each account.

The policy value will be reduced by the amount of any partial withdrawal and the partial withdrawal service fee. If a portion of your withdrawal is taken from the indexed account, the amount withdrawn will reduce the most recently renewed or created indexed segment first, followed by each subsequent renewed or created indexed segment until the specified withdrawal amount is attained.

If your policy has death benefit option 1, the face amount will also be reduced by the amount of any partial withdrawal. The minimum partial withdrawal amount is $250 and the maximum partial withdrawal amount may not reduce the policy value, less surrender charges and less policy debt, below $500.

We may defer the payment of any partial withdrawal for up to six months after your request. We will continue to credit interest during this time.

### Basis of Values

Minimum surrender values and guaranteed cost of insurance rates are based on the 1980 CSO Smoker Composite Mortality Table, age last birthday, male or female, as applicable. The minimums are not less than those required by the state in which the application is signed. The surrender value at all times reflects the payments that you have made and the time elapsed in the policy year.

## Loans

You may have a loan if you assign this policy to us as sole security. Policy debt on this policy has priority over the claims of any other person. The minimum loan amount is $250. Any new loan that you request, when added to any outstanding policy debt, may not reduce the excess of the policy value over the surrender charges to an amount less than $500.

The loan will be drawn from the fixed account. If there is not enough value for the entire loan in the fixed account, the necessary amount to fulfill the loan request will be transferred from the indexed account to the fixed account. The value from the indexed account will come from the most recently renewed or created indexed segment first, followed by each subsequent renewed or created indexed segment until the specified loaned amount is attained.

If your policy debt exceeds the policy value, less surrender charges, this policy will terminate except as provided in the Grace Period provision. We must mail a notice to you at least 30 days before the policy terminates.

We reserve the right to defer the payment of any loan for six months after your request, unless the loan is to pay a premium to us.

### Loan Interest

An amount equal to your policy value less all premiums paid may be taken as a preferred loan. The annual loan interest rate charged for preferred loans is shown on the Policy Data pages. A standard loan is the amount that may be borrowed from the remaining policy value less surrender charges. The annual loan interest rate for standard loans is shown on the Policy Data pages. Upon expiration of the initial surrender charge period, all new and existing loans will be charged the interest rate for preferred loans. The initial surrender charge period expires when the surrender charge amount becomes zero as shown on the Policy Data pages of your policy.

Interest on policy loans accrues daily and is due at the end of each policy year. Any interest not paid when due becomes part of the policy loan and will bear interest at the rates described in this provision. The amount of the policy value equal to the policy loan will be credited interest at the annual rate shown on the Policy Data pages, regardless of the rate credited to the unloaned policy value.

### Loan Repayment

As long as the policy remains in force, the policy debt may be repaid in whole or in part without penalty at any time while the insured is living. The repayment will be allocated according to your current premium allocation. If a percentage of your repayment is made to the indexed account, it will be allocated on the next available index investment date. If you do not repay the policy debt, we will deduct the policy debt from the amounts we pay pursuant to the terms of this policy.

# Other Terms of Your Policy

## Our Contract With You

This policy, including any endorsements and riders, and the signed application are your entire contract with us. We issued it based upon your application and the payment made by you. A copy of the application is included.

We will not use any statements, except those made in the application, to challenge any claim or to void any liability under this policy. The statements made in the application will be treated as representations and not as warranties.

Only our officers have authority to change this policy. No agent may do this. Any change must be written.

## When Protection Starts

The issue date is the date when this policy becomes effective if the insured is then living, all underwriting requirements have been completed, and the first payment has been made.

## Termination

This policy will terminate upon the earliest of the following events:

1.    Surrender of the policy; or

2.    End of the grace period; or

3.    Death of the insured.

## Misstatement of Age or Sex

If the insured's age or sex shown on the application has been misstated, we will adjust the death benefit to the amount that the most recent cost of insurance charge made would have purchased at the correct age and sex.

## Incontestability

We will not contest this policy after it has been in force during the lifetime of the insured for two years from the issue date unless one of the following exceptions occurs:

1.    Any increase in face amount:  This contestable period with respect to the increase amount will be measured during the lifetime of the insured for two years from the effective date of the increase.

2.    Reinstatement of this policy or any riders:  This contestable period will be measured during the lifetime of the insured for two years from the reinstatement date.

3.    An attached or subsequently issued rider has a separate incontestability provision.  This contestable period will be measured in accordance with the incontestability provision provided in the rider.

We may contest this policy at any time for the failure to make sufficient payments to cover the monthly deductions required to keep this policy and its riders in force.

**Suicide or Self-Destruction**

If the insured dies by suicide while sane or by self-destruction while insane within two years from the issue date of the policy:

1.    We will only pay an amount equal to the payments made less any policy debt and partial withdrawals; and

2.    The policy will terminate.

If the insured dies by suicide while sane or by self-destruction while insane within two years of the effective date of any increase in face amount, our liability with respect to the increase will be limited to the cost of insurance for the increase.

**Annual Report**

Each year we will send you an annual report following the policy anniversary.  Each report will provide information on various transactions that took place during the policy year just completed, as well as information on the current status of the policy.  This information will include items such as:

1.    The policy value as of the end of the current and prior year.

2.    Payments and withdrawals made during the year.

3.    The monthly deductions and expense charges made during the year.

4.    Interest credited to the policy value during the year.

5.    The current death benefit.

6.    The current surrender value.

7.    The amount of policy debt.

**Policy Projections**

You may request an additional policy projection of values report at any time during the policy year.  We may charge you for this extra report, not to exceed $25.  We will inform you of the current charge before sending the report.

**Conformity With State Law**

This policy is subject to the laws of the state where the application was signed.  If any part of the policy does not comply with the law, we will consider that part of the policy modified to comply with applicable state law.

**Nonparticipating**

This policy does not share in our profits or surplus earnings.  We will pay no dividends on this policy.

**Compliance With Federal Laws**

The two requirements below are intended to maintain the status of this policy as life insurance under the current Internal Revenue Code:

First, the amount of payments that you may pay is limited by law. We will conduct a test no less frequently than annually, and return any excess payments, with interest, within 60 days of the end of the policy year in which the excess payments were paid.

Second, the death benefit payable may not be less than that required by the life insurance compliance test you chose on the issue date, as shown on the Policy Data pages. Two methods of complying as life insurance are the guideline premium test and the cash value accumulation test. The death benefit payable may not be less than the applicable percentage of the greater of your policy value or the cumulative guaranteed value. This percentage is based on the attained age as shown in the Life Insurance Compliance Test section on the Policy Data pages.

If you have chosen the cash value accumulation test, then in no event may the greater of your policy value or the cumulative guaranteed value exceed the net single premium which would have to be paid at such time to fund future benefits under the policy. If no life insurance compliance test is selected at the time of application, the test will be the guideline premium test.

We will conduct a test monthly and increase the death benefit, subject to our then current underwriting limits, to be equal to the applicable percentage of your policy value or the cumulative guaranteed value, if necessary. If we cannot increase the death benefit due to underwriting limits, we will return that amount of payments necessary so that the death benefit will be equal to the applicable percentage of your policy value or the cumulative guaranteed value after returning the amount.

If it is necessary for us to return payments to you under the preceding paragraph, we will return them within 60 days of the end of the policy year in which they were paid.

We reserve the right to amend the policy to comply with:

1.     Requirements of the Internal Revenue Code;

2.     Any regulations or rulings issued under the Internal Revenue Code; and

3.     Any other requirements imposed by the Internal Revenue Service.

We will give you a copy of any such amendment.

### Settlement

The death benefit, less any outstanding policy debt, or the net surrender value in the event you withdraw it, will be paid in one sum or applied to any settlement option we then provide. The one sum payment may be paid by a single payment or to a Secure Access account, if available.   When we pay the proceeds, we may ask that this policy be returned to us.  No surrenders or partial withdrawals are permitted after payments under a settlement option have started.

Settlement options will include:

1.     We will pay a selected monthly income until the proceeds, with interest, are exhausted.

2.     We will pay a monthly income, based upon the amount of proceeds, interest rate and the age and sex of the person or persons receiving the funds, for a selected period or the lifetime of the person or persons to whom the funds are being paid.

We guarantee that the rate of interest will not be less than 2%.  We may pay interest in excess of the guaranteed rate.  We will issue a supplementary contract setting forth the benefits to be paid and the rights of the beneficiary. Each election must include at least $5,000 of policy proceeds and must result in installment payments of not less than $50.

The following tables contain the guaranteed monthly payment per $1,000 of policy proceeds applied, which were calculated using the Annuity 2000 Mortality Tables and an annualized effective interest rate of 2%. For ages, guaranteed payment periods, combinations of sex, payment frequencies and annualized effective interest rates not shown in these examples, payment factors will be calculated on a basis consistent with the factors shown. The adjusted age of the beneficiary is used to determine the appropriate monthly payment factor to apply for the selected settlement option.  The adjusted age is the actual age of the beneficiary(ies) on the settlement date, subtracted by two, reduced by one year for each six full calendar years between January 1, 2000 and the settlement date.

Life Income with Guaranteed Payment Period:

| Beneficiary's | Monthly Installment | | | | | |
|---|---|---|---|---|---|---|
| | 10 Year Certain | | 15 Year Certain | | 20 Year Certain | |
| Adjusted Age | Male | Female | Male | Female | Male | Female |
| 55 | $3.86 | $3.58 | $3.80 | $3.55 | $3.70 | $3.49 |
| 56 | 3.95 | 3.65 | 3.88 | 3.62 | 3.77 | 3.56 |
| 57 | 4.04 | 3.73 | 3.96 | 3.69 | 3.84 | 3.62 |
| 58 | 4.13 | 3.82 | 4.04 | 3.77 | 3.90 | 3.69 |
| 59 | 4.23 | 3.90 | 4.13 | 3.85 | 3.97 | 3.76 |
| 60 | 4.34 | 4.00 | 4.22 | 3.93 | 4.04 | 3.83 |
| 61 | 4.45 | 4.09 | 4.31 | 4.02 | 4.11 | 3.90 |
| 62 | 4.56 | 4.20 | 4.41 | 4.11 | 4.18 | 3.98 |
| 63 | 4.69 | 4.31 | 4.51 | 4.21 | 4.25 | 4.05 |
| 64 | 4.82 | 4.42 | 4.61 | 4.31 | 4.31 | 4.13 |
| 65 | 4.95 | 4.54 | 4.71 | 4.41 | 4.38 | 4.20 |
| 66 | 5.09 | 4.67 | 4.81 | 4.52 | 4.45 | 4.28 |
| 67 | 5.24 | 4.80 | 4.92 | 4.63 | 4.51 | 4.35 |
| 68 | 5.39 | 4.95 | 5.03 | 4.74 | 4.57 | 4.42 |
| 69 | 5.54 | 5.10 | 5.13 | 4.85 | 4.62 | 4.49 |
| 70 | 5.71 | 5.26 | 5.24 | 4.97 | 4.68 | 4.56 |
| 71 | 5.87 | 5.42 | 5.34 | 5.09 | 4.73 | 4.62 |
| 72 | 6.04 | 5.60 | 5.44 | 5.20 | 4.77 | 4.68 |
| 73 | 6.22 | 5.78 | 5.54 | 5.32 | 4.81 | 4.74 |
| 74 | 6.39 | 5.96 | 5.63 | 5.43 | 4.85 | 4.79 |
| 75 | 6.57 | 6.16 | 5.72 | 5.54 | 4.88 | 4.83 |
| 76 | 6.75 | 6.36 | 5.80 | 5.65 | 4.91 | 4.87 |
| 77 | 6.93 | 6.56 | 5.88 | 5.75 | 4.94 | 4.90 |
| 78 | 7.11 | 6.77 | 5.96 | 5.84 | 4.96 | 4.93 |
| 79 | 7.29 | 6.97 | 6.02 | 5.92 | 4.98 | 4.95 |
| 80 | 7.46 | 7.17 | 6.08 | 6.00 | 4.99 | 4.97 |
| 81 | 7.63 | 7.37 | 6.14 | 6.07 | 5.00 | 4.99 |
| 82 | 7.79 | 7.57 | 6.18 | 6.13 | 5.01 | 5.00 |
| 83 | 7.95 | 7.75 | 6.23 | 6.18 | 5.02 | 5.01 |
| 84 | 8.09 | 7.93 | 6.26 | 6.23 | 5.03 | 5.02 |
| 85 | 8.23 | 8.09 | 6.29 | 6.27 | 5.03 | 5.03 |
| 86 | 8.35 | 8.24 | 6.32 | 6.30 | 5.04 | 5.03 |
| 87 | 8.47 | 8.37 | 6.34 | 6.33 | 5.04 | 5.04 |
| 88 | 8.57 | 8.49 | 6.36 | 6.35 | 5.04 | 5.04 |
| 89 | 8.67 | 8.60 | 6.38 | 6.37 | 5.04 | 5.04 |
| 90 | 8.76 | 8.70 | 6.39 | 6.38 | 5.04 | 5.04 |

Guaranteed Payment Period:

| No. of Years | Monthly Payment | No. of Years | Monthly Payment |
|:---:|:---:|:---:|:---:|
| 1 | $84.09 | 11 | $8.42 |
| 2 | 42.46 | 12 | 7.80 |
| 3 | 28.59 | 13 | 7.26 |
| 4 | 21.65 | 14 | 6.81 |
| 5 | 17.49 | 15 | 6.42 |
| 6 | 14.72 | 16 | 6.07 |
| 7 | 12.74 | 17 | 5.77 |
| 8 | 11.25 | 18 | 5.50 |
| 9 | 10.10 | 19 | 5.26 |
| 10 | 9.18 | 20 | 5.04 |

**FLEXIBLE PREMIUM ADJUSTABLE INDEXED LIFE INSURANCE POLICY**

**Lincoln Benefit Life Company promises to pay the death benefit on death of the insured upon receipt of due proof of death of the insured, subject to the terms and conditions of this policy.  Minimum initial payment is required for this policy to be in force.  Premium payments are flexible for life.  This policy does not pay dividends.  The values of this policy may be affected by an external index but this policy does not directly participate in any stock or equity.**