## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

PRUDENCE F. MAXON, individually
and on behalf of all others similarly situated,

        Plaintiff,

                                   **CASE NO. 3:18-cv-00254-jdp**

v.

SENTRY LIFE INSURANCE
COMPANY,

        Defendant.

_____

## DECLARATION OF JOSEPH M. FEIERABEND IN SUPPORT OF PLAINTIFF'S REPLY ON NOTICE OF SUPPLEMENTAL AUTHORITY

Joseph M. Feierabend hereby declares as follows:

1.     I am an attorney and partner at the law firm of Miller Schirger LLC, counsel of record for Plaintiff and the putative class in the above-captioned matter. I make this declaration based on my personal knowledge and if called to testify to the contents hereof, I could and would competently do so.

2.     On April 23, 2019, I submitted a Declaration in Support of Plaintiff Prudence F. Maxon's Notice of Supplemental Authority, ECF No. 129, describing discovery of a decision of administrative law Judge Alice M. Shuman-Johnson of the State of Wisconsin, Office of the Commissioner of Insurance ("OCI"), on motions for summary judgment filed in the *Matter of PHL Variable Insurance Co.*, No. 13-C35362 (Wis. Off. Ins. Comm.) ("*PHL Matter*").

3.     Attached hereto as Exhibit A is certain email correspondence occurring on April 22, 2019, between counsel for Plaintiff and Defendant concerning Plaintiff's

anticipated filing of notice of the *PHL Matter*, such notice having been submitted to the Court on April 23, 2019. ECF No. 128.

       4.      Attached hereto as Exhibit B is an April 30, 2013, Notice of Hearing in the *PHL Matter*, executed by Richard B. Wicka, attorney for the Wisconsin Office of the Commissioner of Insurance.

       5.      Attached hereto as Exhibit C is a "Settlement Agreement and Release" in the *PHL Matter* as executed by attorneys for the Wisconsin Office of the Commissioner of Insurance and PHL Variable Insurance Company on June 19, 2017 and June 20, 2017, respectively.

       I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

       Executed on May 2, 2019, in Kansas City, Missouri.

*/s/ Joseph M. Feierabend*
Joseph M. Feierabend
Miller Schirger, LLC
4520 Main St., Ste. 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
Email: jfeierabend@millerschirger.com