UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRUDENCE F. MAXON, individually
and on behalf of all others similarly situated,

        Plaintiff,

v.                                CASE NO. 3:18-cv-00254-JDP

SENTRY LIFE INSURANCE
COMPANY,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Prudence F. Maxon, on behalf of herself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from (a) each and every part of the district court's Order entered September 19, 2019 (Dkt. 138), granting Defendant Sentry Life Insurance Company's Motion for Judgment on the Pleadings; (b) each and every part of the resulting Judgment entered by the Clerk of Court on September 19, 2019 (Dkt. 139); and (c) each and every part of the district court's Order entered November 27, 2019 (Dkt. 156), denying Plaintiff's Motion for Reconsideration of Order Granting Defendant's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 59(e).

Dated: December 23, 2019                    Respectfully Submitted,

*/s/ Norman E. Siegel*
Norman E. Siegel (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101
siegel@stuevesiegel.com

John J. Schirger (*pro hac vice*)
Matthew W. Lytle (*pro hac vice*)
Joseph M. Feierabend (*pro hac vice*)
**MILLER SCHIRGER, LLC**
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

Daniel C. Girard (*pro hac vice*)
Elizabeth A. Kramer *(pro hac vice)*
Angelica M. Ornelas (*pro hac vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dgirard@girardsharp.com
ekramer@girardsharp.com
aornelas@girardsharp.com

Andrew W. Erlandson
**HURLEY BURISH, S.C.**
33 East Main Street, Suite 400
Madison, WI 53701-1528
Tel: 608-257-0945
Fax: 608-257-5764
aerlandson@hulreyburish.com

***Counsel for Plaintiff Prudence F. Maxon***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Norman E. Siegel*
Norman E. Siegel